FILED
4/17/2023 11:00 AM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Jeremy Jones DEPUTY

**CAUSE NO. DC-23-03371**

| | | |
|---|---|---|
| **SONYA L. CHAPMAN,** | § | **IN THE DISTIRICT COURT** |
| | § | |
| ***Plaintiff*,** | § | |
| | § | |
| **v.** | § | **134th JUDICIAL DISTRICT** |
| | § | |
| **ADT LLC ET SEQ,** | § | |
| | § | |
| ***Defendant*.** | § | **DALLAS COUNTY, TEXAS** |

**NOTICE OF REMOVAL TO FEDERAL COURT**

On April 17, 2023, Defendant ADT LLC removed this case from the 134th Judicial District Court of Dallas County, Texas to the United States District Court for the Northern District of Texas. A copy of *Defendant's Notice of Removal* will be served on Plaintiff and is attached as Exhibit A. In accordance with 28 U.S.C. § 1446, with the filing of *Defendant's Notice of Removal*, Defendant asks that the Court take no further action in this case unless and until the case is remanded from the United States District Court for the Northern District of Texas.

Respectfully Submitted,

*/s/ Brent Sedge*

Stephen J. Roppolo
Texas Bar No. 00797939
Brent Sedge
Texas Bar No. 24082120
Fisher & Phillips LLP
500 North Akard Street, Suite 3550
Dallas, Texas 75201
Telephone: (214) 220-9100
Facsimile: (214) 220-9122
*sroppolo@fisherphillips.com*
*bsedge@fisherphillips.com*

**ATTORNEYS FOR DEFENDANT ADT LLC**

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 17th day of April, 2023, I caused a true and correct copy of the above-referenced document to be served by certified mail, return receipt requested, on the following:

Sonya Chapman
1533 Honey Trl.
Glenn Heights, Texas 75154

***Plaintiff pro se***

*/s/ Brent Sedge*
Brent Sedge

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SONYA L. CHAPMAN,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **Civil Action No. ___________** |
| | § | |
| **ADT LLC ET SEQ,** | § | |
| | § | |
| ***Defendant.*** | § | |

**DEFENDANT'S NOTICE OF REMOVAL**

In accordance with 28 U.S.C. §§ 1331, 1332, 1441 and 1446, Defendant ADT LLC[1] ("Defendant") submits *Defendant's Notice of Removal*, removing the above-captioned action from the 134th Judicial District, Dallas County, Texas, to the United States District Court for the Northern District of Texas, Dallas Division. In support, Defendant shows the following:

**I.**
**STATE COURT ACTION**

Plaintiff Sonya L. Chapman ("Plaintiff" or "Chapman") filed *Plaintiff's Original Petition* against Defendant in the 134th Judicial District Court, Dallas County, Texas, Cause No. DC-23-03371 ("State Court Action") on March 14, 2023. Plaintiff later filed her operative pleading, *Plaintiff's Original Petition Amended* ("Petition") on March 23, 2023, in the State Court Action.

In her *Petition*, Plaintiff asserts a variety of claims against Defendant under state and federal law based on theories of employment discrimination. *See, e.g.*, Petition at 5-6 ¶¶ 19-24 (asserting claims against Defendant under Title VII of the Civil Rights Act of 1964 in connection with her *Charge of Discrimination*). Plaintiff demanded trial by jury in the State Court Action.

[1] Incorrectly named as "ADT LLC ET SEQ" in Plaintiff's *Petition*.

## II.
## TIMELINESS OF REMOVAL

ADT received service of *Plaintiff's Original Petition* on March 21, 2023, although this is not reflected on the docket sheet for the State Court Action. Accordingly, *Defendant's Notice of Removal* is timely filed under 28 U.S.C. § 1446(b) because it is filed within 30 days after the receipt by Defendant of the initial pleading setting forth the claim upon which removal is based.

## III.
## VENUE

Venue is proper in this Court under 28 U.S.C. §§ 1441(a), 1446(a), and 124(a)(1) because it is the federal judicial district and division embracing the court where the State Court Action was pending.

## IV.
## BASIS FOR REMOVAL

Removal is proper because Plaintiff's *Petition* on the basis of federal question and diversity of citizenship. 28 U.S.C. §§ 1331, 1332, 1441(a), 1441(c). Specifically, Plaintiff's *Petition* asserts claims that arise under Title VII of the Civil Rights Act of 1964, as well as the United States Constitution. The Court has supplemental jurisdiction over Plaintiff's pendant state law claims under 28 U.S.C. §1441(c).

Removal is proper under diversity of citizenship because there is complete diversity amongst the Parties and the amount in controversy exceeds $75,000. In her *Petition*, Plaintiff alleges that she is a Texas citizen and Defendant is organized under the laws of the State of Delaware with its principle place of business in Boca Raton, Florida. *Petition* at 1 ¶ 4. Of course, for purposes of diversity jurisdiction, the citizenship of a limited lability company is determined by the citizenship of its members. *Harvey v. Grey Wolf Drilling Co*., 542 F.3d 1077, 1080 (5th Cir. 2008). Defendant's sole member is The ADT Security Corporation, a Delaware corporation with its principle place of business in Florida. Accordingly, ADT LLC is a citizen of Delaware

and Florida. There is, therefore, complete diversity of citizenship amongst the Parties.

The amount in controversy requirement is satisfied by Plaintiff's affirmative pleading in her *Petition* that she "states that she seeks monetary relief in an amount in excess of $1,000,000.00." *Petition* at 2 ¶ 5. The Court is thus vested with jurisdiction over the entire State Court Action based on diversity of citizenship.

## V.
## SUPPORTING MATERIALS

Attached as Exhibit A to *Defendant's Notice of Removal* is an index of all documents that were filed in the State Court Action at the time of removal as required under LOCAL RULE 81.1 of the LOCAL RULES OF PRACTICE FOR THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS, including: a copy of the docket sheet in the State Court Action; and a true and correct copy of each and every document filed in the State Court Action. Defendant has also separately filed a Certificate of Interested Persons pursuant to Local Rule 81.1.a.4.D.

## VI.
## NOTICE

As required under 28 U.S.C. § 1446(d), a copy of *Defendant's Notice of Removal* is being filed promptly with the Clerk of the 134th Judicial District Court in Dallas County, Texas. Written notice of filing of the notice of removal, together with a copy of *Defendant's Notice of Removal* itself, will also be served upon Plaintiff.

## VII.
## NOTICE OF RELATED CASE

Defendant notes to the Court that Plaintiff's *Petition* appears to mirror, if not largely track, the allegations made in the lawsuit she has already filed in this Court against Defendant, Civil Action No. 3:22-cv-02188-D-BN, which is awaiting Plaintiff's objections to the *Findings, Conclusions, and Recommendation of the United States Magistrate Judge* that her *Amended Complaint* be dismissed. *Report and Recommendation*, ECF No. 13 at 2. *See also Order*, ECF

Case 3:23-cv-00799-K   Document 1   Filed 04/17/23   Page 4 of 6   PageID 4

No. 15 (granting Plaintiff's request for an extension to object to Magistrate Judge Horan's *Report and Recommendation* to May 9, 2023.

## VIII.
## RESPONSIVE PLEADING

By filing *Defendant's Notice of Removal*, Defendant does not waive any defenses that may be available, including, but not limited to, lack of subject matter jurisdiction, lack of personal jurisdiction, insufficiency of process, insufficiency of service of process, the expiration of any statute of limitations, bar by statute of frauds, or failure by Plaintiff to state any claim upon which relief may be granted. In accordance with FED. R. CIV. P. 81(c)(2), Defendant will serve its initial responsive pleading no later than seven days after filing of *Defendant's Notice of Removal* unless otherwise excused by the Court given that Plaintiff never received permission in the related case to serve her *Amended Complaint* on Defendant.

## IX.
## CONCLUSION AND PRAYER

Defendant respectfully requests that the Court retain jurisdiction over this matter and grant Defendant any further relief to which the Court finds it is justly entitled.

Respectfully Submitted,

*/s/ Brent Sedge*

Stephen J. Roppolo
Texas Bar No. 00797939
Brent Sedge
Texas Bar No. 24082120
Fisher & Phillips LLP
500 North Akard Street, Suite 3550
Dallas, Texas 75201
Telephone: (214) 220-9100
Facsimile: (214) 220-9122
*sroppolo@fisherphillips.com*
*bsedge@fisherphillips.com*

**ATTORNEYS FOR DEFENDANT ADT LLC**

Case 3:23-cv-00799-D Document 1 Filed 04/17/23 Page 5 of 6 PageID 5

## CERTIFICATE OF SERVICE

In accordance with FED. R. CIV. P. 5(b), I certify that I filed *Defendant's Notice of Removal* with the Clerk for the United States District Court for the Northern District of Texas on April 17, 2023, using the Court's Electronic Case Filing system. The Court's system will send a "Notice of Electronic Filing" to all counsel of record. I further certify that I served Defendant's Notice of Removal on April 17, 2023, ***via first-class mail*** on:

Sonya Chapman
1533 Honey Trl.
Glenn Heights, Texas 75154

**Plaintiff (Pro Se)**

*/s/ Brent Sedge*
Brent Sedge

# EXHIBIT A

# EXHIBIT A

## INDEX OF DOCUMENTS FILED IN STATE COURT

| | DOCUMENT |
|---|---|
| A-1 | Docket Sheet |
| A-2 | Citation – March 14, 2023 (issued March 15, 2023) |
| A-3 | Plaintiff's Original Petition - filed March 14, 2023 |
| A-4 | Civil Case Filing Cover Sheet – filed March 14, 2023 |
| A-5 | Plaintiff's Amended Petition – filed March 21, 2023 |
| A-6 | Plaintiff's Amended Petition – filed March 21, 2023 |
| A-7 | Citation – March 21, 2023 (issued March 22, 2023) |

## Case Information

DC-23-03371 | SONYA L. CHAPMAN vs. ADT LLC ET SEQ

| Case Number | Court | Judicial Officer |
|---|---|---|
| DC-23-03371 | 134th District Court | TILLERY, DALE |
| File Date | Case Type | Case Status |
| 03/14/2023 | DEFAMATION | OPEN |

## Party

PLAINTIFF
CHAPMAN, SONYA L.

Address
1533 HONEY TRL.
GLENN HEIGHTS TX 75154

Active Attorneys
Pro Se

DEFENDANT
ADT LLC ET SEQ

Address
1501 YAMATO RD
BOCA RATON FL 33431

## Events and Hearings

03/14/2023 NEW CASE FILED (OCA) - CIVIL

03/14/2023 ISSUE CITATION

ISSUE CITATION-ADT LLC ET SEQ

03/14/2023 ORIGINAL PETITION

ORIGINAL PETITION

**EXHIBIT A-1**

03/14/2023 AFFIDAVIT INABILITY TO PAY

03/14/2023 CASE FILING COVER SHEET

CASE FILING COVER SHEET

03/15/2023 CITATION

Unserved

Anticipated Server
CERTIFIED MAIL

Anticipated Method
Comment
ADT LLC ET SEQ 9214 8901 0661 5400 0184 3826 91

03/21/2023 AMENDED PETITION

AMENDED PETITION

Comment
1ST

03/21/2023 ISSUE CITATION

ISSUE CITATION-ADT LLC ET SEQ

Comment
CERT MAIL

03/22/2023 CITATION

Unserved

Anticipated Server
CERTIFIED MAIL

Anticipated Method
Comment
ADT LLC ET SEQ 9214 8901 0661 5400 0184 5886 04

## Financial

CHAPMAN, SONYA L.

| | |
|---|---|
| Total Financial Assessment | $518.00 |
| Total Payments and Credits | $0.00 |

| | | |
|---|---|---|
| 3/14/2023 | Transaction Assessment | $350.00 |

| | | |
|---|---|---|
| 3/14/2023 | Transaction Assessment | $84.00 |
| 3/21/2023 | Transaction Assessment | $84.00 |

## Documents

ORIGINAL PETITION

CASE FILING COVER SHEET

ISSUE CITATION-ADT LLC ET SEQ

AMENDED PETITION

AMENDED PETITION

ISSUE CITATION-ADT LLC ET SEQ

# THE STATE OF TEXAS

**CERTIFIED MAIL**
**CITATION**

**No.: DC-23-03371**

**SONYA L. CHAPMAN**
**vs.**
**ADT LLC ET SEQ**

**ISSUED**
**on this the 15th day of March, 2023**

**FELICIA PITRE**
**Clerk District Courts,**
**Dallas County, Texas**

By: **BRITTANY FOREMAN**, Deputy

**Attorney for Plaintiff PRO SE**
**SONYA L. CHAPMAN**
1533 HONEY TRL
GLENN HEIGHTS TX 75154
214-694-5770
SNYCHPMN@YAHOO.COM

**To:** **ADT LLC ET SEQ**
**1501 YAMATO RD**
**BOCA RATON FL 33431**

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **134th District Court** at 600 Commerce Street, Dallas, Texas 75202.

Said Plaintiff being **SONYA L. CHAPMAN**

Filed in said Court **14th day of March, 2023** against

**ADT LLC ET SEQ**

For Suit, said suit being numbered **DC-23-03371,** the nature of which demand is as follows:
Suit on **DEFAMATION** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office **on this the 15th day of March, 2023**

ATTEST: FELICIA PITRE,
Clerk of the District Courts of Dallas County, Texas

By_______________, Deputy
**BRITTANY FOREMAN**

Affidavit Of Inability To Pay

**EXHIBIT A-2**

## OFFICER'S RETURN

Cause No. DC-23-03371

Court No.: 134th District Court

Style: SONYA L. CHAPMAN
vs.
ADT LLC ET SEQ

Came to hand on the ____________________day of __________________________, 20_________, at __________o'clock _________.M. Executed at __________________________________________________, within the County of __________________________ at ____________ o'clock _______ .M. on the ________________day of________________________________________, 20_____________, by delivering to the within named ______________________________________________________________________________________________________ ______________________________________________________________________________________________________

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was __________miles and my fees are as follows: To certify which witness my hand.

For serving Citation $__________ _______________________________________________

For mileage $__________ of__________________ County, ____________________

For Notary $__________ By______________________________________ Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said_________________________________ before me this_______ day of ___________________________,

20_______, to certify which witness my hand and seal of office.

_______________________________________

Notary Public____________ County__________

AFFIDAVIT INABILITY TO PAY

DC-23-03371
CAUSE NO.

FILED
23 MAR 14 PM 3:22
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Belinda Hernandez
DEPUTY

| | | |
|---|---|---|
| **SONYA L. CHAPMAN** | § | **IN THE DISTRICT COURT OF** |
| ***Plaintiff,*** | § | |
| | § | |
| | § | |
| **v.** | § | **DALLAS COUNTY, TEXAS** |
| | § | |
| **ADT LLC ET SEQ** | § | G-134th |
| | § | |
| ***Defendant.*** | § | **_____ JUDICIAL DISTRICT** |

PLAINTIFF'S ORIGINAL PETITION

COMES NOW, SONYA L. CHAPMAN, Plaintiff in the above-styled case, complaining against Defendant ADT LLC ET SEQ and its subsidiaries, and files this Original Petition and would for cause respectfully show the Court as follows:

DISCOVERY PLAN

1. Plaintiff intends to conduct discovery in this matter under Level 3 of the Texas Rules of Civil Procedure.

PARTIES

2. Plaintiff is an individual and a citizen of Dallas County Texas.

3. Defendant is a limited liability company organized under the laws of the state of Delaware with its principal place of business located at 1501 Yamato Rd. Boca Raton, Fl 33431.

JURISDICTION

4. This is an action at law and in equity to redress violations of Title VII of the Civil Rights Act of 1964, as amended, 29 U. S.C. Section 621 et seq, and the Texas Labor Code, Section 21.051, "Discrimination by Employer"; Section 21.055, "Retaliation"; and Section



EXHIBIT A-3

21.056, "Aiding and Abetting Discrimination". Jurisdiction of this action is vested in this Court as the causes of action alleged herein are based upon the actions and activities of the parties that took place at all relevant times in Dallas County, Texas. By reason thereof, the jurisdiction and venue of this action is proper in any district court of Dallas County, Texas.

5. This is a civil liability case brought to collect a legal debt of money damages due and owing to Plaintiff by reasons of the injuries to and damages of Plaintiff due to improper and wrongful conduct on the part of Defendant. The Court has jurisdiction over the controversy because the damages are within the jurisdictional limits of the Court. As required by Rule 47(c), Texas Rules of Civil Procedure, Plaintiff states that she seeks monetary relief in an amount in excess of $1,000,000.00. The amount of monetary relief actually awarded, however, will ultimately be determined by a jury. Plaintiff also seeks pre-judgment and post-judgment interest at the highest legal rate.

## FACTUAL STATEMENT

6. Plaintiff was an employee for Defendant from January 2021 until March 7th, 2022. In January 2022, Plaintiff began training for a new position of Regional Support Specialist. She was determined to be qualified for the new position. (Exhibit 1 Attached and Exhibit 1 USB).

7. Plaintiff attempted to perform her job duties to the best of her ability during the training period, but Defendant refused to properly train Plaintiff, and consequently undermined the work Plaintiff did.

8. Plaintiff was punished for taking notes during training. She was instead asked to use the trainers' notes. Plaintiff was also punished for using leisure time to go over material pertaining to the job.

9. Plaintiff requested Defendant to move her to the new position on March 8, 2022. Despite several requests, Defendant without any good cause, refused to move her to the new position. The only excuse Defendant gave was that he believed Plaintiff would be unable to perform the duties of the new position. Defendant failed to elaborate his reasons for the refusal. (Exhibit 2 Attached).

10. Despite everything, Plaintiff continued to fulfill her employment duties to the best of her ability. On one occasion, Defendant refused to train Plaintiff and instead asked her to "figure it out". (Exhibit 2 Audio).

11. Additionally, Plaintiff was reprimanded for her performance and behavior during the course of training, resulting in her unlawful termination. (Exhibit 3 Attached, Exhibit 3 USB).

12. In March 2022, Plaintiff asked to be transferred to a different position as an alternative to termination.

13. Plaintiff applied for multiple jobs postings that the Defendant had posted, but Defendant refused to hire Plaintiff for those positions even though Plaintiff was determined to be qualified for those positions. (Exhibit 2 Attached, Exhibit 9 Attached)

14. Defendants refused to allow Plaintiff to remain employed at any position at the Company and instead terminated her.

15. Additionally, Defendant placed reprimands in Plaintiffs file, making her ineligible for rehire at a different position in the Company.

16. Plaintiff was subject to a hostile, retaliatory, and discriminatory atmosphere at her workplace. Defendants intentionally constructively discharged Plaintiff as the same HR personnel that hired Plaintiff were the same Defendants that terminated. Plaintiff contends Defendants had no intention of Plaintiff working the RSS position she was hired for. (Exhibit 1 Attached Exhibit 2 Attached, Exhibit 2 USB- Audio). Plaintiff has experience as a customer service representative and has since become employed as a customer service representative. Plaintiffs was subject to undue hardship as Defendant's intentionally treated Plaintiff indifferently by testing her differently, requiring her to have a different skill than other employees in the same and or similar role as Plaintiff. Other employees had issues with the new role just as Plaintiff (Exhibit 6 USB )

16. Defendant intentionally treated Plaintiff differently than her peers, who were younger, of a different race, sex and color than the Plaintiff. Defendant's actions and comments on numerous occasions implied that Plaintiff's other co-workers were more subservient than the Plaintiff and hence, more suitable for the job. (Exhibit 2 USB- Audio)

17. Defendants are the direct and or proximate cause of Plaintiffs injury, and but for Defendant's actions, Plaintiff would not have suffered injury.

Defendants intentionally offered the RSS role to Plaintiff with the intent to constructively discharge Plaintiff, and by not reserving their right to at will employment by ending the temporary position an allegation of intentional discrimination is made. Defendants for discriminatory reasons including but not limited to disparate treatment treated Plaintiff differently by requiring Plaintiff to have skills that were not required of other same or similar situated employees and was terminated when same and or similar situated employees remained employed. Defendants during their training had issues with other

employees not learning their new assigned position and remained employed (Exhibit 6 USB). Plaintiff was not given the time it takes for a new role to be learned and practiced outside of a training environment as the other employees. Plaintiff repeatedly asked for a different position which Defendants were hiring at the time for roles similar to the RSS role and afterward until now. (Exhibit 7 USB). Defendants denied any wrong doing, compelling Plaintiff to record some of their actions. Defendants refused to assist Plaintiff if her head set was not plugged in so they could continue the unfair treatment without notice. Defendants reason for terminating Plaintiff is not the true reason. Plaintiff asks that the Defendant's may be required to answer to Plaintiff's claims.

## CAUSES OF ACTION

### I. Violation of Title VII

18. Plaintiff incorporates herein by reference the factual statements set forth in the foregoing paragraphs.

19. Plaintiff sues under Title VII of the Civil Rights Act of 1964, as amended, and the Texas Human Rights Act, each which prohibit discrimination in employment on the basis of national origin, race and sex as detailed above.

20. Plaintiff timely filed her charge of discrimination with the Equal Employment Opportunity Commission, exhausting all of her administrative remedies.

21. Plaintiff received her Right to Sue letter from the EEOC and timely filed suit in Federal Court against the Defendant. Federal court dismissed Plaintiff's original federal law action claim, and hence declined supplemental jurisdiction over the state law claims. (Exhibit 8)

22. The actions taken against Plaintiff were willful and with the intent to violate her rights under Title VII of the Civil Rights Act of 1964, as amended.

23. Therefore, Plaintiff is timely exercising her right to refile her employment discrimination complaint against the Defendant in State court.

## II. Violations of Texas Labor Code

24. Plaintiff incorporates herein by reference the factual statements set forth in each of the foregoing paragraphs.

25. Plaintiff engaged in protected activity as set forth in Texas Labor Code section 21.055. Pursuant to Sec. 21.055, *"an employer, labor union, or employment agency commits an unlawful employment practice if the employer, labor union, or employment agency retaliates or discriminates against a person who, under this chapter (i) opposes a discriminatory practice; (ii) makes or files a charge; (iii) files a complaint; or (iv) testifies, assists, or participates in any manner in an investigation, proceeding, or hearing."*

26. Defendant took actions that were discriminatory in nature against Plaintiff including but not limited to wrongful termination. Defendant intentionally retaliated against Plaintiff and ultimately terminated Plaintiff's employment as set out herein in violation of the Texas Labor Code 21.055. Defendants retaliated against Plaintiff if she said anything they did not approve of, which was anything Plaintiff did or said and is hostile in and of itself. Defendants ridiculed Plaintiffs work style throughout the training periods for both positions. (Exhibits 2 and 3 USB-Audio). Directly violating the terms and conditions of Plaintiffs employment as provided below Texas Labor Code Section 21.051.

27. Defendant's conduct as set forth above also violated Texas Labor Code Section 21.051 "Discrimination by Employer." Sec 21.051 provides, *"An employer commits an unlawful employment*

28. *practice if because of race, color, disability, religion, sex, national origin, or age the employer:*

*(1) fails or refuses to hire an individual, discharges an individual, or discriminates in any other manner against an individual in connection with compensation or the terms, conditions, or privileges of employment; or*

*(2) limits, segregates, or classifies an employee or applicant for employment in a manner that would deprive or tend to deprive an individual of any employment opportunity or adversely affect in any other manner the status of an employee."*

29. Here, Defendant violated s.21.051 by deliberately placing baseless reprimands on Plaintiff's file due to her race, color and sex, limiting her growth into her new role by failing to giving her adequate and proper training, and thus, resultantly depriving her of an employment opportunity at the Company, even for other job openings for which she was qualified.

30. Additionally, Defendant violated Section 21.056, "Aiding and Abetting Discrimination", which provides *"An employer, labor union, or employment agency commits an unlawful employment practice if the employer, labor union, or employment agency aids, abets, incites, or coerces a person to engage in a discriminatory practice."*

31. Here, Defendant aided and abetted in discrimination by trainer Latoya and Phil intentionally, willingly and knowingly made a disparate impact during Plaintiff's training by telling Plaintiff to figure it out and refusing to train Plaintiff for a temporary customer

support role. Defendant's treatment worsened after offering Plaintiff a permanent role that Defendant's did not intend for Plaintiff to work saying Plaintiff was not a good fit from day one. (Exhibit 2 USB-Audio )

32. Trainers Latoya, Phil, Samuel, Kayla, and Ashley all showed open disparagement towards Plaintiff both in their evaluation of Plaintiffs work and while training Plaintiff. This behavior is condemned by the companies Code of Conduct, yet nothing was done. Defendants' actions were intentional as these same Defendants are the same Defendants that hired Plaintiff for both positions temporary and permanent. Defendants made it obvious that Plaintiff was unwelcomed.

33. Defendant's actions against Plaintiff were intentional and willful and violated Plaintiff's rights. Plaintiff now sues to recover any and all damages she may be entitled to.

## III. Violation of Constitutional Rights

29. Plaintiff incorporates herein by reference the factual statements set forth in each of the foregoing paragraphs.

30. Defendant's actions in unlawfully discharging Plaintiff violated Plaintiffs procedural and substantive Due Process rights guaranteed under the United States and Texas Constitutions. Defendant's total disregard of Plaintiffs interests in her continued employment and the arbitrary and capricious manner in which Plaintiff was unlawfully discharged constitute these complained of violations.

31. Plaintiff now sues to recover any and all damages she may be entitled to.

IV. Negligence and Gross Negligence

32. Plaintiff incorporates herein by reference the factual statements set out in the foregoing paragraphs.

33. Defendants owed Plaintiff a duty to ensure that she was not subjected to the retaliatory, discriminatory, and wrongful conduct that she faced. Defendants were guilty of breaching that duty by failing to undertake reasonable measures to ensure that the conduct and actions Plaintiff was subjected to would not happen, and by failing to ensure that procedures and policies were in place and adhered to, which breach was a proximate cause of the injuries and damages sustained by Plaintiff.

34. Defendants owed Plaintiff the duty to exercise reasonable care in the supervision, conduct, and training of its personnel and to provide a work environment free from such dangers and harassment. Defendants' acts and omissions, taken separately or collectively, constitute a direct and proximate cause of the damages, including damages for mental pain, anguish and suffering, suffered by Plaintiff in an amount within the jurisdictional limits of this Court.

35. Defendants' negligent acts, as shown, were aggravated by that kind of wantonness, and gross indifference to the welfare and rights of Plaintiff for which the law allows the imposition of exemplary damages. Defendant acted with gross indifference to Plaintiff"s rights and welfare. In this connection, Plaintiff will show that as a result of Defendants' wrongful conduct and gross negligence, she has suffered damages, and other expenses incurred in the investigation and prosecution of this action. Accordingly, Plaintiff requests an award of exemplary damages of and from Defendants.

## V. Infliction of Emotional Distress

36. Plaintiff incorporates herein by reference the factual statements set out in the foregoing paragraphs.

37. Defendants' actions were intentional and reckless and so extreme and outrageous to directly and proximately cause Plaintiff tremendous emotional distress and mental anguish for which Plaintiff now seeks recovery.

38. Defendant knowingly, intentionally, willfully, and maliciously repeatedly acted without regard to the outcome of their actions, and harm caused to Plaintiff.

39. Plaintiff is caused harm by Defendants acts and or omission of acts by being forced to work a different position by terminating her employment, causing more stress, and anxiety, forcing her to work part-time hours earning less in income.

40. Plaintiff contends it takes time to build experience/seniority at a work position, and due to the stress and anxiety caused by Defendants actions she has difficulty obtaining employment. Plaintiff contends that she would have to start over, building experience/seniority learning a new position, achieving maximum productivity with minimal wasted effort or expense i.e. 100 percent, is delayed to the extent she works less than full time hours and could possibly delay her achievement at her new position, thus causing further harm.

41. Plaintiff contends she worked full-time hours in her position with Defendants and was dedicated to learning and performing well. Plaintiff contends she performed above what was expected of her regarding learning and performance. Plaintiff contends she was dedicated to learn more in her previous role with Defendants by consulting with team leads, colleagues, management, by taking notes, which better suited her for the position of

Regional Support Specialist. A colleague wrote a statement of appreciation to Plaintiff on the great job she did assisting her and the customer. The actions mentioned by my colleague in this compliment statement are the same steps I would have taken as an RSS agent but without the title. Plaintiff learned RSS duties as an OSC agent to better assist her in her role as an OSC agent and later applied for the RSS role. Plaintiff mentored with management staff in her OSC role to prepare her for the RSS role. Plaintiff had skills from working in OSC the trainees in her training class did not have that prepared her for her role as RSS agent. OSC and RSS agents work directly together in scheduling and rescheduling field appointments. Plaintiff has numerous notes she took she would like to include as evidence she was diligent in both her roles as OSC agent and RSS agent. (Exhibit 4 Attached).

42. Plaintiff contends to be efficient in her position as well as any position i.e., working in a well and organized competent way she must learn and know related tasks to best perform her duties, in which Plaintiff took thorough notes and reached out to other colleagues for support as the scenarios were ever changing, and not all colleagues had the same skill level.

VI. Disparate Treatment Under TCHRA , 29 CFR 1607.11

43. Plaintiff incorporates herein by reference the factual statements set out in the foregoing paragraphs.

44. Plaintiff is a member of a protected class. Plaintiff applied for a job, and her application was rejected. The position remained opened for a considerable length of time after her rejection. Plaintiff is a 54-year old female and was the eldest person of color present at the time of the incidence. Although Plaintiff had the qualifications required for the job,

Defendant arbitrarily rejected her. Following her wrongful termination, Defendants continued to hire and look for other applicants with Plaintiffs qualifications. (Exhibit 9 Attached)

45. Plaintiff was denied the same employment, training, promotion, opportunity, available to other employees or applicants. Defendant intentionally treated Plaintiff less favorable than other similarly situated individuals because of her race, age, and sex.

46. Defendants continued to hinder Plaintiffs training by refusing to allow Plaintiff to interact during training, such as ask questions. Plaintiff was reprimanded and retaliated against for taking notes during the training, forcing her to rely on the trainer's instruction alone at times.

47. Plaintiff had to be persistent in order to make notes during the training by informing the trainer of what notes were being taken by her, whilst being cautious of not dissatisfying the trainer regarding the notes being taken.

48. Defendants wrote false disciplinary actions against Plaintiff. (Exhibit 4 Attached) The disciplinary actions state falsely Plaintiff intentionally clocked back in, abandoned her duties waiting until it is time to clock out to avoid end of day reviews. Plaintiff first asked the trainers and training manager Ashley to go over what she needed help with the most at the end of the day and she would not have avoided a review at the end of the day. Plaintiff contends Defendants actions are injurious intentional acts, and unlawful.

49. Plaintiff would not have suffered injury but for Defendants intentional acts, and or omission and the same acts or omissions are the cause of Plaintiffs injury.

50. Defendant's actions violated section 21.051 of the Texas Labor Code, TCHRA, 42 USC 1981, Title VII Civil Rights Act of 1964, and 29 USC § 623(c), and Fair Employment Act.

## VII. Disparate Impact under TCHRA, Title VII

51. Plaintiff incorporates herein by reference the factual statements set out in the foregoing paragraphs.

52. Plaintiff is a female, over age 40, and person of color. Plaintiff accepted an offer of permanent employment. Plaintiff suffered adverse action and treatment at the hands of the Defendant. Plaintiff was the only female, over age 40, person of color, a temporary employee in the group promoted to a permanent position and subsequently terminated during training phase only.

53. Defendants continued to hire and look for other applicants with Plaintiffs qualifications despite Plaintiff satisfactorily meeting all the required qualifications.

54. Plaintiff while working was attentive, met performance metrics taking 60 to 120 calls per day, had great attendance, positive attitude, hard-working, invested, approachable, and loyal to the company.

55. Plaintiff had the education and work experience to perform all of the related job tasks. Plaintiff began telephone sales/telemarketing in 1986 at 18 years of age, customer service in restaurant business in 1983 at 15 years of age, grocery business in 1984 at 16 years of age, and first computer training school in 1987 at 18 years of age. (Exhibit 1). Plaintiff has had training since 1987 in how to operate a computer and subsequent computer training continued from 1987 until 2014.

56. Plaintiff has worked steadily in a call center environment since November 2017, where she had to perform same and similar job duties related to the position with Defendants.

57. Defendants in their corrective action publication state Plaintiff's *"behaviors impacted her performance to be on pace with the class….."step away to avoid reviews, that Plaintiff "has a habit logging back from payroll and saying nothing, after repeated calling she will unmute after a few minutes and say yes"* (Exhibit 4).

58. Defendants, in publishing the corrective action plan, attempted to defame Plaintiff by including these false statements of facts.

59. Plaintiff contends that Defendants' reason for terminating her, which were that she could not perform the job duties are a disputed material fact. It is also a disputed material fact whether Defendant's training manager, Ashley Merrick, who terminated Plaintiff did or did not witness Plaintiff's behavior for which she was terminated for.

60. Defendant's conspired to deprive Plaintiff of her due process, inalienable right to life, liberty, and the pursuit of happiness. Plaintiff contends civil conspiracy took place in that a combination of two or more persons for the purpose of injuring Plaintiff resulting in special damages.

61. Plaintiff contends that Defendants intentionally committed the unlawful act of conspiring to injure Plaintiff by terminating her, by making defamatory statements in their corrective action publication to make it look like their reason for terminating the Plaintiff was lawful.

62. Plaintiff contends that Defendants knowingly, intentionally, willfully, and maliciously knew that their corrective action publication is not a correct assessment of Plaintiffs abilities to perform her work duties.

63. Plaintiff contends that Defendants knowingly, intentionally, willfully, and maliciously knew or should have known that their publication was false regarding Plaintiff avoiding review.

64. Plaintiff contends that Defendants' defamatory publication is not supported by Plaintiffs previous reviews just prior to her promotion to the RSS role, and is a just cause to avoid summary judgment in favor of Defendants, and a material fact to be disputed avoiding summary judgment.

65. Plaintiff contends Defendants knowingly, intentionally, willfully, and maliciously, conspired to terminate her for reason of causing her harm.

66. Plaintiff contends Defendants knowingly, intentionally, willfully and maliciously committed more than one unlawful act while terminating Plaintiff. Plaintiff contends that civil conspiracy to terminate Plaintiff is different from Defendants' defamation corrective action publications, different from Defendant's reason given for terminating Plaintiff as at will employee, different from wrongful termination, and different from discrimination based on race, age, and sex.

67. Defendants acts and or omissions proximately caused Plaintiff damages, and but for Defendant's acts and or omissions Plaintiff would not have suffered injury.

68. Plaintiff position with the Defendant was fully remote, work at home position. It prevented Plaintiff from the danger of traveling in busy traffic, road rage, wear and tear to Plaintiffs vehicle. It also prevented Plaintiff from the expense of fuel to travel to and from work. Plaintiff had to retain new employment, new training skills for this new position. Plaintiff's work environment changed from work at home to an in-office call center environment, where there are new challenges of working in an in-office call center environment. The two are not comparable positions in relation to work environments.

69. Plaintiff was unlawfully and wrongfully forced to accept a lower paying position.

70. Plaintiff made notes throughout her tenure which assisted her as well as colleagues to be more efficient. Plaintiff was often thanked by members of the sales team, technicians, service and install coordinators for her support, hard-work and diligence. (Exhibit 1). Plaintiff during her tenure frequently assisted colleagues with processes, both colleagues with more and less seniority than Plaintiff. (Exhibit 1)

71. Defendant's employment practice of offering employment to employees of a less dominant personality for hire into an already management workforce with more dominant personalities for purposes of training and development to later impart fundamentally different treatment has a disparate impact.

72. Defendant's arbitrarily and unreasonably required Plaintiff to perform work duties during a training period as those of an experienced employee working the same position per Defendants statement during recorded audio. (Exhibit 6)

73. Defendant's expectations of the Plaintiff during training per the Defendants reason for termination were unreasonable as Defendants did not allow Plaintiff to work the position and was not the "best estimate of anticipated experience".

74. Defendant's made mention of Plaintiff use of the word "Unfortunately" in the corrective action setting off the customer. Defendant's made use of the same word when terminating Plaintiff saying it was "Unfortunate". Defendants used unfortunate in one of the scripts provided to employees used to respond to customers.

75. Defendants used double standards when evaluating Plaintiff's performance during training,

76. Although Defendants state Plaintiff's employment was at will, and termination was a business necessity, Defendants "reason for its decision is unworthy of belief".

77. "Defendants practice or policy in question has not demonstrated that terminating Plaintiff during training has a demonstrable relationship to the requirements of the job, the business necessity defense".

78. Plaintiff contends Defendants have a duty to train and develop Plaintiff as an employee, and this requirement is not equivalent to at will employment, and is protected under due process, and anti-discrimination laws.

## VIII. Age Discrimination——TCHRA

79. Plaintiff incorporates each of the foregoing paragraphs.

80. Plaintiff is a member of a protected class 40 years and older.

81. Plaintiff is qualified for the position; Plaintiff worked a previous position for 12 months with similar duties while working for Defendants. Plaintiff suffered a final, adverse employment action.

82. Plaintiff was replaced by someone younger.

83. Plaintiff was treated less favorable than others who were similarly situated, including persons of color, persons of a different race, and persons under the age of 40 years that were part of the same training class as Plaintiff.

84. Plaintiff was the only female, person of color, over age 40 that received corrective action and terminated during the training process.

85. Defendants punished Plaintiff for exercising her right to employment training, right to take notes during training, right to be treated fairly, and that but for Defendants actions Plaintiff would have no injury.

86. Defendants refused to provide necessary lawful indiscriminatory training for new position to Plaintiff.

87. Plaintiff was the only female, over age 40, and person of color terminated during training.

88. Plaintiff has no recourse but Defendants Human Resource Department, who are responsible for the actions complained of in this complaint.

89. Plaintiff would not have suffered injury but for Defendants intentional acts and or omissions.

90. Defendant's actions violated section 21.051 of the Texas Labor Code, TCHRA, 42 USC 1981, Title VII Civil Rights Act of 1964, and 29 USC § 623(c).

IX. Hostile Work environment - Race Discrimination—TCHRA , Title VII Civil Rights Act 1964, 42 USC 2000 (e), 14th Amendment, 18 USC 1001

91. Plaintiff incorporates herein by reference the factual statements set out in the foregoing paragraphs.

92. Defendant discriminated against Plaintiff because of Plaintiff' race, age, and sex. Plaintiff is a female, over age 40, and a person of color.

93. Defendants made written and verbal untrue statements that Plaintiff abandoned her employment while punched in to avoid performance reviews of her work. (Exhibit 5)

94. Defendants "willfully" made a false statement with intent to deceive, a design to induce belief in the falsity, or to mislead. Defendants "made a conscious effort to avoid learning the truth, and is a material misrepresentation of the truth".

95. Defendants neglected to train Plaintiff telling Plaintiff to "figure it out" when questions arose during periods of training.

96. Defendants knew or should have known their actions were discriminatory, intentional, and unlawful.

97. Plaintiff would not have suffered injury but for Defendants acts and or omissions.

98. Defendant's actions violated section 21.051 of the Texas Labor Code, TCHRA, 42 USC 1981, Title VII Civil Rights Act of 1964, 29 USC § 623(c), and 42 USC 2000(e) .

X. Wrongful Termination—Constructive Discharge Discrimination—TCHRA

99. Plaintiff incorporates herein by reference the factual statements set out in the foregoing paragraphs.

100. Defendant terminated Plaintiff's employment as a constructive discharge due to race, age, and sex.

101. Defendants refused to offer Plaintiff fair training, and made statements that Plaintiff "figure it out" during training. (Exhibit 2).

102. Plaintiff is not responsible for the training process or lack thereof. Plaintiff made audio recordings of the training staff's actions towards her during training.

103. Defendants intentionally labeled Plaintiff throughout the entire training period by isolating Plaintiff, refusing to allow Plaintiff to participate, by not calling on Plaintiff with raised hands during question answer session of the training.

104. Defendants' expectations of the job performance during the training period were unreasonable.

105. Plaintiff has the necessary experience and skills to perform the job tasks. She has performed similar job-related tasks for the Defendant previously for over 12 months, yet

Defendants discriminatorily picked the most desired employees in the training class, causing disparate impact towards Plaintiff.

106. Defendant's "suspicious timing" in terminating Plaintiff is ambiguous as well as confusing since Plaintiff had worked in a position with similar duties for 12 months prior to the new position.

107. Plaintiff was not allowed the opportunity to even practice and implement the newly introduced job duties fully before being wrongfully terminated.

108. Prior to applying for the position from which she was wrongfully terminated, Plaintiff consulted with management as to whether they felt she had the experience required for the job and she was given an affirmative response. Plaintiff, after training for a period of 4 months in preparation to apply for the Regional Support Specialist role, applied and was hired instantly.

109. Normal practice in customer service, support specialist roles is to allow an employee time to build their new skills of the position by practice, trial and error. Plaintiff's performance reviews exceeded expectations and the new position was an extension of the same duties. Plaintiff went in to the new position with experience performing the same duties.

110. Defendants' actions are subjective in nature, and violates Plaintiff's due process right to employment, life, liberty, and property. Defendants did not allow any due process regarding Plaintiffs termination.

111. Plaintiff inquired from the Defendants about the possibility of appeal, and she was denied a hearing as well as any process to refute her termination.

112. Defendants used Plaintiff's behavioral issues as the reason for terminating her, coupled with the right to terminate Plaintiff at will due to business necessity.

113. Defendants limited Plaintiff's ability to speak during training and asking questions. Defendants also limited Plaintiff's opportunity to give feedback. When Plaintiff did give feedback, she was retaliated against by undermining her performance during training.

114. Defendants wrote false disciplinary actions against Plaintiff during the last training period during which Plaintiff exceeded expectations performance reviews, and she had excellent attendance in her previous position.

115. Defendants were hostile towards Plaintiff during both training periods of 2021 and 2022, forcing Plaintiff to ask Defendants to go over what she lacked at the end of the remaining training days in March 2022. The training staff gave poor performance reviews without going over ways to improve.

116. Defendants bullied Plaintiff throughout the entire training period while displaying mob like, discriminatory treatment.

117. Defendants hostile work environment escalated and manifested by a series of harassing acts.

118. Plaintiff is a minority female over age forty working in a position primarily assigned to younger employees statistically.

119. Defendant's actions violated section 21.051 of the Texas Labor Code; Title VII, TCHRA, 42 USC 1981, 29 USC § 623(c), 42 USC 2000(e), 14th Amendment.

XI. Defamation, Libel and Slander

120. Plaintiff incorporates herein by reference the factual statements set out in the foregoing paragraphs.

29. Defendants made a publication of a false statement of fact to a third party. The publication was oral as well as written, and defamatory concerning the Plaintiff. Defendants defamatory statement caused harm resulting in damages to the Plaintiff.

30. Plaintiff was terminated by final written notice on March 7, 2022. Defendant made a false statement of fact in their corrective action publication, and the false statement pertaining to the Plaintiff was published.

31. Plaintiff suffered injury to her reputation, character, professional reference and background due to Defendants false statements.

## XII. RESPONDEAT SUPERIOR

32. Plaintiff incorporates each of the foregoing paragraphs.

33. Defendant is liable for the acts and/or omissions of their respective agents, representatives, employees, servants, and officers.

34. Plaintiff was subjected to unwelcome harassment based on her race, age, and sex. The harassment was severe and pervasive so as to alter the conditions of Plaintiff's work environment by creating a hostile and abusive situation, creating a basis for employer liability. Plaintiff was determined to have behavioral issues by the training and management staff for the role of RSS. Plaintiff worked with much of the same staff in her OSC role and behavioral issues were not an issue. Defendants had mixed motives for terminating Plaintiff and false pretense. Defendant's Inclusive Diversity policy was not followed saying the environment is "a place where you can be your authentic self". The training staff Phil, Samuel, Kayla, and Ashely did not comply with the companies Inclusive Diversity policy, by retaliating against Plaintiff during training for asking questions and

denying her to be her own person by saying she had behavioral issues disregarding company policy. Defendant's Inclusive Diversity actions according to Defendant's included placing Plaintiff with new trainers. (Exhibit 10 USB)

DAMAGES

35. Plaintiff' s unlawful discharge had an incredibly devastating effect on Plaintiff and her family's emotional and financial stability. Plaintiff was humiliated that she lost her job and extremely depressed and anguished that she could not continue to contribute to the family's economic well-being.

36. Plaintiff was quite fearful of how she and her family would survive without the income they needed, which has caused her extreme anxiety.

37. Defendants' actions violated the TCHRA, which entitles Plaintiff to recover from Defendants back pay, front pay, compensatory damages, as well as pre-judgment and post-judgment interest.

38. Because Defendants' actions were done with malice and/or reckless indifference to Plaintiff's state-protected rights, Plaintiff is entitled to recover from Defendants punitive damages. 42 USC 1981(a).

39. Plaintiff seeks all damages available to her under the TCHRA; Title VII, 42 USC 1981, Title VII Civil Rights Act of 1964, 29 USC § 623(c), 42 USC 2000(e), 14th Amendment.

ATTORNEY'S FEES

40. Defendants' conduct, as described in this Petition has necessitated the employment by Plaintiff of the undersigned attorneys, and the agreement by Plaintiff to pay the attorneys a reasonable fee and reimburse their expenses. Accordingly, Plaintiff is entitled to recover

reasonable attorneys' fees. Plaintiff is additionally entitled to recover from Defendants an additional sum to compensate Plaintiff for her attorney's fees in the preparation and prosecution of this action, as well as a reasonable fee for appeals to all other courts. In the event of one or more appeals by Defendants, additional reasonable attorney's fees will be incurred.

## NOTICE OF INTENT

41. Plaintiffs hereby gives notice of intent to utilize any and all items produced in discovery in the trial of this matter and the authenticity of such items is self-proven per the Texas Rules of Civil Procedure 193.7.

## REQUEST FOR DISCLOSURE

42. Pursuant to Texas Rules of Civil Procedure 194, Plaintiff requests that Defendant disclose and produce to Plaintiff's counsel within 30 days of the service of this request, the information or material described in Rule 194.2.

## JURY DEMAND

43. Plaintiff requests that this case be tried to a jury.

## RELIEF REQUESTED

WHEREFORE, PREMISES CONSIDERED, Plaintiff **SONYA L. CHAPMAN** requests Defendant be cited to appear and answer, and that upon final trial of this matter, the Court enter

judgment, exclusive of interest and costs, when including all claims and causes of action, including equitable relief, awarding Plaintiff:

1. Actual and compensatory damages, for the Defendant's discharge of the Plaintiff to include back and front pay and Plaintiffs emotional distress;
2. Exemplary damages for Defendants' conduct in willfully discharging the Plaintiff;
3. Punitive damages;
4. All damages, jointly and severally to which Plaintiff may be entitled pursuant to this Original Petition;
5. Pre-judgment interest on the amounts owed at the maximum rate allowed by law
6. Attorneys' fees and expenses;
7. Costs of court;
8. Post-judgment interest on the amount of judgment until paid at the maximum rate allowed by law;
9. Injunctive and declaratory relief, including but not limited to, an Order:
   i. Prohibiting Defendant from engaging in unlawful discrimination;
   ii. Reinstating Plaintiff's employment with Defendant with back pay;
   iii. Reporting to the Court on the manner of compliance with the terms of a final order issued by this Court;
   iv. Paying court costs;
   v. A declaration that Defendant violated Plaintiff's rights under Chapter 21 of the Texas Labor Code, engaged in unlawful employment discrimination, and considered an illegal factor in terminating Plaintiff's employment; and

10. Such other and further relief, legal and equitable, as may be warranted under the facts and the law.

Respectfully submitted,

Done this 14th day of March 2023.

Sonya Chapman
Sonya Chapman
Pro Se
1533 Honey Trl.
Glenn Heights, Texas 75154
214-694-5770

# EXHIBIT 1

# Offer of Employment ADT LLC Work From Home-Regional Support Specialist , Confidentiality Agreement & Benefits Overview

From: ADT Careers (noreply@recruiting.mail.adt.com)

To: snychpmn@gmail.com

Date: Wednesday, December 1, 2021 at 02:04 PM CST

Dear Sonya,

Congratulations on your offer for the Work From Home-Regional Support Specialist position with ADT! You may review the details of this offer and all supporting documentation by logging into ADT's Confidential Portal. Please log in with the username and password you created when applying (your username has been provided for you below as a reminder). If you decide to accept our offer, we ask that you electronically, review, sign, and/or acknowledge (as appropriate) the Offer Letter and Confidentiality Agreement within 48 hours of receipt of this email.

Please log in with this username: SonyaChapman@ADT.com

Thank you,

ADT, Talent Acquisition Team

# Action Required: ADT Submit Additional Information Request Reminder

From: Lunin, Mona (mlunin@adt.com)

To: snychpmn@yahoo.com

Date: Tuesday, December 7, 2021 at 04:49 PM CST

Hello,

We look forward to having you join the team! An email requesting additional information was sent. Please check your junk/spam for any missed communication.

- Complete and submit the **Additional Information Request,** within the next **24hrs.**

**Important Note:** This step is to provide consent to initiate your background check and drug screen. The drug screen is time-sensitive and requires action within **48hrs** of the issuance date.

Your employment offer is contingent upon a successfully completed background check and drug screen. No action or communication in the next 24 hours can impact your offer of employment.

Please let us know if you need assistance or have any questions.

**Mona Lunin**
Talent Acquisition Coordinator
1501 Yamato Road | Boca Raton, FL 33431-4438
(o) 561.226.2981

This email, including attachments, may contain information that is private or confidential. If you received this communication in error, please delete it from your system without copying it and notify sender by reply communication. ADT Security Services and its affiliates reserve the right to monitor communications handled by its data communications systems to help ensure compliance with ADT's policies, confidentiality obligations, and applicable laws.

Case 3:23-cv-00799-B-BK Document 1-1 Filed 04/17/23 Page 37 of 290 PageID 43

# 1/17 New Hire - Welcome Email

From: Brown, Bryan J (Aurora) (bbrown@adt.com)

Cc: chraymer@adt.com; kschultz@adt.com; JEmmons@adt.com

Date: Tuesday, January 11, 2022 at 03:02 PM CST

Hello Everyone!!

We are looking forward to meeting you all on **Monday 1/17/22**, and getting you started with FOSC Provisioning Training! On behalf of the trainers for your class, I wanted to touch base on a few pieces of information. This class will consist of both external, internal, and contractor hires which have different expectations on day 1. Please make sure you read through this thoroughly so you know what to expect and pertains to you. Here is what you need to know.

**Training Class Schedule:**

- 8 weeks Long for PS/UA and 3 weeks for Customer Inbound
- Monday – Friday
- Times based on your local time zone:
    - 07:00 to 15:30 (MST)
    - 08:00 to 16:30 (CST)
    - 09:00 to 17:30 (EST)

**Training Staff:**

- Training Manager – Christy Raymer
- Training Lead(s) – Jackie Henderson and Kayla Schultz

**Equipment**

- Sent to the address you provided as your home address.
- Will arrive anytime between 1/12 to 1/17
- Recommend to wait until Monday to setup equipment, if received prior to Monday 1/17.
- If you are having issues accessing Microsoft Outlook or Microsoft Teams, please reach out to our 24/7 Helpdesk Support Team at 1-877-238-4357.

**Day 1 (Monday 1/17) Instructions**

- Please complete on-line HR paperwork prior to showing up at local Sales and Service Office (SSO).
- Arrive on site of the local SSO to complete HR paperwork at your scheduled time.

## Please make sure to bring 2 forms of Identification (SS Card and Gov Issued ID)

- Make sure that you have a dedicated work area, somewhere with limited distractions.
- Please make sure to join this zoom meeting at some point before 5PM for a test call to ensure everyone is ready for Day 2:
    - To speed up that process, you can create a free Zoom account here: (https://zoom.us/) You can customize your experience and add a picture.
- Also, please make sure you are on web cam as well during this test call.

**Day 2 (Tuesday 1/18) Instructions**

1. Join the same zoom link to access your Virtual Classroom: (https://adt.zoom.us/j/7124680201) the start of class.

a. We will remind you at the end of day 1. ☺

**Zoom Meeting ID:** (https://adt.zoom.us/j/7124680201)
If you have any questions or concerns between now and then, please feel free to reach out. We want to make sure that you have all of the information that you need!

Internal Team members Only

- Monday is equipment setup for external hires, so you will work your current job function and report during welcome times as indicated above.
- If you have PTO available in your bucket you are welcomed to use for 1/17, but we still ask that you report during welcome times as indicated above.
- Tuesday will be your first day of training
- If you are an internal that needs equipment. You will follow the same as process as external hires and use Monday as equipment set up.

Contractors Converting to ADT ONLY

- You will need to complete i9 paperwork as well going to the local SSO
- You will complete your current job function for Monday 1/17
- Will have an exception entered to go to SSO and complete check-in
- You already have ADT issued equipment.

Contractors

- All applies to you except i9 paperwork and going to SSO

Training Manager Christy Raymer contact # **585-953-9279**.
Text message is preferred. Please leave your name if reaching out.

**List of Locations**

- Please find your name and the SSO address, local time to be on site, and on site contact info will be listed

a. **North Texas**
   1. New Hire: **Sonya Chapman, Martina Deshays**
   2. Onsite time: 13:00 CST
   3. Onsite Contact: Alissa Jolly
      i. Contact #: 469-208-7644
   4. SSO Address: 3220 Keller Springs Rd Suite 130 Carrollton, TX 75006

b. **Central Texas**
   1. New Hire: **Stacey Taylor**
   2. Onsite time: 1/14 at 11:00 CST
   3. Onsite Contact: Shawn Harris
      i. Contact #: (737) 708-2553
   4. SSO Address: 1817 W Braker Ln Suite 400 Bldg F Austin, TX 78758

b. **Alabama**
   1. New Hire: **Regina Edlin, Keaonis McGinnis**
   2. Onsite time: 14:00 CST
   3. Onsite Contact: Amanda Wade
      i. Contact #: (334) 269-8824
   4. SSO Address: 512 Pinnacle Place Suite B-109 Prattville, AL 36066

c. **Florida (Northeast)**
   1. New Hire: **Ivy Williams**
   2. Onsite time: 10:00 EST
   3. Onsite Contact: Naomi Roth
      i. Contact #: (904) 564-5234

4. SSO Address: 10550 Deerwood Park Blvd Suite 400 Jacksonville, FL 32256

d. <u>Mississippi</u>

1. New Hire: **Candice Bullock**
2. Onsite time: Between 09:00 CST
3. Onsite Contact: Candie Elliott
   i. Contact #: (769) 572-3639
4. SSO Address: 195 Country Place Prkwy Suite A Pearl, MS 39208

Thank you,

This email, including attachments, may contain information that is private or confidential. If you received this communication in error, please delete it from your system without copying it and notify sender by reply communication. ADT Security Services and its affiliates reserve the right to monitor communications handled by its data communications systems to help ensure compliance with ADT's policies, confidentiality obligations, and applicable laws.

# EXHIBIT 2

# FW: Training

From: Chapman, Sonya (sonyachapman@adt.com)

To: snychpmn@yahoo.com

Date: Tuesday, March 8, 2022 at 03:25 PM CST

Thank you.

Sonya Chapman
Specialist III.OpsSuptCntr
8880 Esters Blvd | Irving, TX 75063

The information contained in this transmission is confidential and/or may contain attorney-client privileged communications intended for the use of the individual or entity named above. If the reader of this electronic message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying is strictly prohibited. ADT Security Services and its affiliates reserve the right to monitor communications handled by its data communications systems to help ensure compliance with ADT's policies, confidentiality obligations, and applicable laws.

**From:** Brown, Bryan J (Aurora) <BBrown@adt.com>
**Sent:** Tuesday, March 8, 2022 10:29 AM
**To:** Chapman, Sonya <SonyaChapman@ADT.COM>
**Cc:** Merrick, Ashley <amerrick@adt.com>; Noll, Jeremy A <jnoll@adt.com>; Fields, Yolanda <YBouey@adt.com>
**Subject:** RE: Training

Sonya,

Thank you for reaching out and showing commitment to continue your employment. At this time, as part of the business unit we are moving forward requesting termination. Myself and my peers are in support of this decision and feel it is the best solution for ADT. In training, we have dedicated 1 on 1 resources, worked action plans, and gave you extra time to perform at a level that meets business standards of performance. We set clear expectations while providing feedback of your behavior and performance consistently throughout training which had to be addressed with the corrective action process. As of yesterday, you were not at a performance level needed to be successful in the RSS role.

You were a Customer Inbound team member as a contractor which is a different head count. Being an ADT hire, we did not have a position available in our Customer Inbound to offer.

Respectfully,

**Bryan Brown**
Unit Manager.Training, Development, & Quality
**Field and Operations Support Centers**
Work: 904-451-4984 | Cell: 720-308-8191 | Email: bbrown@adt.com

**From:** Chapman, Sonya <SonyaChapman@adt.com>
**Sent:** Tuesday, March 8, 2022 10:39 AM
**To:** Brown, Bryan J (Aurora) <BBrown@adt.com>
**Subject:** FW: Training

Hi Bryan, may you assist me please. Recently, I was terminated per Ashley Merrick advising the Field Ops Managers requested I be terminated due to my performance in the RSS role. I am reaching out for assistance to retain my employment. I am willing to accept a mentorship position, and so on to remain employed. I am not sure where to go regarding a next position. My position before the RSS training was OSC Inbound, may you review If it would be ok for me to return to OSC Inbound. Any help regarding this is greatly appreciated. I included my email to Jeremy Noll, he is not in the office, prompting me to reach out to you.

Thank you.

Sonya Chapman
Specialist III.OpsSuptCntr
8880 Esters Blvd | Irving, TX 75063

The information contained in this transmission is confidential and/or may contain attorney-client privileged communications intended for the use of the individual or entity named above. If the reader of this electronic message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying is strictly prohibited. ADT Security Services and its affiliates reserve the right to monitor communications handled by its data communications systems to help ensure compliance with ADT's policies, confidentiality obligations, and applicable laws.

**From:** Chapman, Sonya
**Sent:** Tuesday, March 8, 2022 9:11 AM
**To:** Noll, Jeremy A <jnoll@adt.com>
**Subject:** Training

Hi Jeremy. Can you please assist me in some way. I reached out to Yolanda Fields as she is listed as one of the regional managers. May I have a chance to confirm or give support to an account of what happened. I am copying you on the email I sent to Yolanda as follows:

Ashley Merrick terminated me on 3/7/2022 due to my performance and advised me it was a decision that came from management. The training did not go well for me. This position did not come without some dedication and hard work. I worked hard in the scheduling department for a year to get to a level where I could apply for the RSS role where I worked well with the OSC inbound team. The role here with ADT is one of significant importance to me. I in no way took my duties and responsibilities lightly and am asking that I get an opportunity to defend my position as an ADT employee. As far as training I was given good feedback from one of the mentors advising I was doing as well as the others in my training class. There is an implication that there could be some personality conflict here as well. I am a dedicated customer service professional willing to do all there is to be the best including training mentoring, counseling whatever it takes. Here is what a team member had to say about me:

"Today I had a particularly difficult situation with a customer who had a service call earlier in the day. His system worked just fine while the tech was there and for several hours after the tech left. But then the exact same error message showed up again and would not clear. He called in to ask for the tech to come back ASAP. I spoke with the tech and there was no way he could return today. He gave me some names and numbers of a couple of his managers and ask that I call them to get the on call tech out tonight. Unfortunately, after several phone calls to each of them as well as a few messages sent to them in teams I was still unable to reach anyone to get this issue resolved. THAT is when Sonya in OSC got involved. After looking at her schedule she told me the chances were very slim that another service call would be made so soon. In fact, there were no slots available for a few weeks. But she said she would do her best and asked me to hang on for a few minutes. I don't know how many calls she made or how many people she spoke with but each time she came back to the line the

dates were getting closer and closer. I don't know what kind of magic she worked. I just know that she worked it. She didn't take the easy way. She didn't just say "I'm sorry. I can't get anything sooner" and then give up. She was persistent and did her very best to help our customer. I don't know how she did it, but she was able to schedule for a return visit first thing in the morning. Our customer was VERY happy and incredibly grateful. And so am I. Sonya really cares about the customer and their needs. And she does everything possible to meet them. I am so grateful to have Sonya as a member of my ADT family."

I can be reached at 214-694-5770 by phone if you are able to reach me by phone. I was given a nonworking HR number for Rachel Ellis 972-680-3618 by Ashley Merrick when I asked to speak to someone in an attempt to save my employment with ADT.

Thank you.

Sonya Chapman
Specialist III.OpsSuptCntr
8880 Esters Blvd | Irving, TX 75063

The information contained in this transmission is confidential and/or may contain attorney client privileged communications intended for the use of the individual or entity named above. If the reader of this electronic message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying is strictly prohibited. ADT Security Services and its affiliates reserve the right to monitor communications handled by its data communications systems to help ensure compliance with ADT's policies, confidentiality obligations, and applicable laws.

This email, including attachments, may contain information that is private or confidential. If you received this communication in error, please delete it from your system without copying it and notify sender by reply communication. ADT Security Services and its affiliates reserve the right to monitor communications handled by its data communications systems to help ensure compliance with ADT's policies, confidentiality obligations, and applicable laws.

ADT Take the next step in your career




Sonya Chapman, you are signed in. |

My Account Options

Sign Out My Job Cart (0 items)

JOB SEARCH MY INFORMATION

Applying for: Remote Customer Troubleshooting Support (Job Number: 2210714)

1 e-Signature Authorization
2 Upload a Resume
3 File Attachments
4 Personal Information
5 Shift Availability
6 Questionnaire
7 Questionnaire Cont'd
8 Work Experience
9 Education
10 Identification
11 Disability
12 Attestment
13 Review and Submit

The following information will be submitted after you click the Submit button. Where an Edit link is displayed, you can modify the corresponding information.

## e-Signature Authorization

| | |
|---|---|
| Enter Full Name | Sonya Chapman |
| Today's Date | Mar 6, 2022 |

## File Attachments

| Relevant Files | Resume | File Name | Date | Comments |
|---|---|---|---|---|
| No | Yes | Processing Resume3.doc | 3/6/22 | This file includes a resume from which basic candidate information has been extracted. |

## Personal Information

| | |
|---|---|
| Full Name | Sonya Chapman |
| Preferred First Name | Sonya |
| Street Address (line 1) | 1533 Honey Trl |
| Apt/Suite | |
| City | Glenn Heights |
| Zip/Postal Code | 75154 |
| Mobile Number | 2146945770 |
| Email Address | sonyachapman@adt.com |

Send an email notification whenever a new position matching this profile is posted. | Yes

## Shift Availability

| | |
|---|---|
| Hours per week, preferred | More than 40 hours |
| Hours per week willing to work | More than 40 hours |
| Expected Hourly Pay Rate | |
| Willing to work on weekends | Yes |
| Willing to work on holidays | Yes |

## Questionnaire

Are you at least 18 years of age? (If not, your employment is subject to verification that you are of at least legal age and that you are able to supply any required work permit).

Are you currently eligible to work in the U.S., and authorized to work for this Company on an ongoing indefinite basis?

Are you willing to submit to a drug test?

Do you have relatives working at ADT?

Have you ever been employed by ADT Inc.or any of it's past or present subsidiaries or affiliates, including ADT LLC, Protection One, Red Hawk Fire & Security LLC, or ADT Commercial LLC?

Have you signed an employment agreement or any kind of restrictive covenant not to compete or a contract of any kind that might restrict your ability to perform duties for this Company?

Will you now or in the future require sponsorship by this Company to attain or maintain your employment eligibility?

## Questionnaire Cont'd

### Questionnaire

Do you reside in one of the following states: Alabama, Arkansas, Florida, Georgia, Idaho, Indiana, Iowa, Kansas, Kentucky, Louisiana, Mississippi, Nebraska, North Dakota, Oklahoma, South Dakota, Texas or Virginia? | Yes

## Work Experience

| | |
|---|---|
| Current Employer | Yes |
| Job Title | Customer Service Advocate |
| Employer | ADT Security Services |
| Start Date | Feb 2021 |

| | |
|---|---|
| End Date | |
| City | |
| State/Province | |
| Supervisor's Name | |
| Supervisor's Title | |
| Supervisor's Phone | |
| The Supervisor may be contacted | No |
| Supervisor's Email Address | |
| What are your compensation expectations? | 34,700 |
| Current Employer | No |
| Job Title | FC1 |
| Employer | Amazon Fulfillment Fulfillment Center 1 |
| Start Date | Jun 2019 |
| End Date | Sep 2020 |
| City | |
| State/Province | |
| Supervisor's Name | |
| Supervisor's Title | |
| Supervisor's Phone | |
| The Supervisor may be contacted | No |
| Supervisor's Email Address | |
| What are your compensation expectations? | 0.0000 |
| Current Employer | No |
| Job Title | Processor |
| Employer | Inmar Rx Solutions |
| Start Date | Oct 2019 |
| End Date | Feb 2020 |
| City | |
| State/Province | |

Supervisor's Name

Supervisor's Title

Supervisor's Phone

The Supervisor may be contacted — No

Supervisor's Email Address

What are your compensation expectations? — 0.000000

## Education

| | |
|---|---|
| Institution | Texas Woman's University |
| Status | Completed |
| Education Level | Bachelor's Degree |
| Major/Specialization | Paralegal w legal emphasis |
| Other Institution Location | Denton |

| | |
|---|---|
| Institution | Collin County Community College |
| Status | Completed |
| Education Level | Associate's Degree/Diploma Program |
| Major/Specialization | PARALEGAL |
| Other Institution Location | Plano |

## Identification

**Voluntary Self- Identification**

| | |
|---|---|
| Gender | Female |
| Ethnicity | Black or African American |
| I belong to the following classifications of protected veterans (Choose all that apply): | I am NOT a veteran |

## Disability

**Form**

| | |
|---|---|
| Disability | I do not wish to provide this information |
| Name | Sonya Chapman |
| Today's_Date | 3/6/22 |

**Attestment**

**General Affirmations, Understandings, and Acknowledgements**

| | |
|---|---|
| Esigned by: | Sonya Chapman |
| Date: | 3/1/22 |

Product Categories

- Home Security
- Home Automation
- Business Security
- Video Surveillance
- Health

About Us

- About ADT
- ADT Reviews
- Newsroom
- Careers

Dealers & Service

- Dealer Lookup
- Local Service Areas

Customer Service

- Support
- Contact Us
- 1-800-521-1734

Follow Us

© 2018 ADT LLC dba ADT Security Services. ADT is an equal opportunity employer committed to diversity in the workplace.

> Jobs by Category
> Jobs by Location
> Jobs by Group
> ADT Home Page
> ADT Job Search
> ADT Privacy Policy

# EXHIBIT 3

Fw: Corrective Action

From: sonya chapman (snychpmn@yahoo.com)

To: snychpmn@gmail.com

Date: Monday, March 7, 2022, 07:29 PM CST

Sent from Yahoo Mail on Android

----- Forwarded Message -----
**From:** "Chapman, Sonya" <SonyaChapman@adt.com>
**To:** "snychpmn@yahoo.com" <snychpmn@yahoo.com>

**Sent:** Mon, Mar 7, 2022 at 4:37 PM
**Subject:** Corrective Action

Corrective Actions

×

Edit Corrective Action

| Name | Category | Code | Level | Status |
|---|---|---|---|---|
| Chapman, Sonya | Behavior | Unprofessional Behavior | Verbal Warning | Completed |

| Supervisor | Created By | Created Date |
|---|---|---|
| Merrick, Ashley | Merrick, Ashley | 2/10/22 |

**Expectation**

As an ADT Team Member, customers depend on you to protect their lives, families and property. As a result, it is our expectation that you adhere to our policies at all times. Any deviation from that expectation adversely impacts our organization, customers and/or work environment and must be addressed. You are a valuable member of the organization and we are dedicated to your continued success. If there are problems affecting your work that you wish to discuss in a confidential manner the Employee Assistance Program (EAP) is available for your use. This is a free and confidential service provided to all ADT employees and their families for their private use. Please feel free to call 1-855-423-8327 where the staff at the EAP can direct you to a wide variety of support.

**Actual**

2/8/22- Sonya has a habit logging back from payroll and saying nothing, after repeated calling she will unmute after a few minutes and say yes. Sonya has difficulties applying what she learned in RSS during OJT. Sonya talks herself into confusion then presents this to the customer. When the mentor guides her through steps she is not listening to the mentor, and not able to repeat back to the customer what the mentor has previously spoke on. She had an escalated customer who when she mentioned "Unfortunately" and it seemed to set off the customer during already escalated scene. Sonya has has been addressed about her tone and behavior on her calls. Sonya's tone - "Whatchu you think you need?" with a tech asking her what to do. It took Sonya 1hr to complete EOD/prep email after all techs were called. She said it wasn't her fault, she still learning. Mentor addressed this and Sonya still said it was not her fault. Sonya gets elevated quickly and does not take accountability during OJT for any mishaps. The training team tries to help Sonya, but she gives pushback. Sonya has difficulties focusing on details of the job or techs and often can't perform RSS duties without continuous help from training team. 2/9/22: Sonya called a customer, trying to give her a tracking# that was placed in ticket last week. Sonya goes back and forth with customer about length of time since job open etc. The customer says they ordered the part 3 weeks ago as that's when ticket was created. Sonya says actually ma am its been 4 days. The customer disconnected the line due to the tone and unprofessional responses. At 1619 Sonya told the mentor, "I don't see how can I complete stuff when you have me noting tickets 2-3 times!" This was regarding end of day notes for techs that can not be reached. Sonya needs to work on her attitude as situations quickly escalate. Sonya still struggles with RSS role and job functions. She still needs constant support and guidance to complete RSS tasks. Both days Sonya did not want to go over with the mentor how her day went and what changes we can work on. She steps away after EOD is completed and comes back when its time to clock out avoiding the review with the mentor.

**Supervisor Plan 1 [2/11/22]:** Sonya, please work on your attitude, tone and professionalism at work. Situations can quickly escalate when we are not professional with our customers, technicians, or fellow employees. Please work with the training team when they are trying to provide support to help understand the RSS role.

Corrective Actions

×

Edit Corrective Action

| Name | Category | Code | Level | Status |
|---|---|---|---|---|
| Chapman, Sonya | Behavior | Unprofessional Behavior | Written Warning | Completed |

| Supervisor | Created By | Created Date |
|---|---|---|
| Merrick, Ashley | Merrick, Ashley | 2/22/22 |

**Expectation**

As an ADT Team Member, customers depend on you to protect their lives, families and property. As a result, it is our expectation that you adhere to our policies at all times. Any deviation from that expectation adversely impacts our organization, customers and/or work environment and must be addressed. You are a valuable member of the organization and we are dedicated to your continued success. If there are problems affecting your work that you wish to discuss in a confidential manner, the Employee Assistance Program (EAP) is available for your use. This is a free and confidential service provided to all ADT employees and their families for their private use. Please feel free to call 1-855-423-8327 where the staff at the EAP can direct you to a wide variety of support.

**Actual**

Sonya Chapman is still showing no improvements between interactions with customers and technicians. Sonya has had 1x1 coaching from multiple mentors as well as the training team lead and discussions with the training manager. During OJT mentors will provide support and feedback to help Sonya throughout the RSS tasks. Sonya will often look past the support and continue to struggle with the task at hand. Navigation is still an area of improvement for Sonya. When coaching to this additional opportunity Sonya insists to do it her way and does not apply the feedback given from the training team. Not being able to apply the feedback / coaching has hindered Sonya from improving with her performance.

**Supervisor Plan 1 (2/24/22):** Work with mentors and training team lead to further your retention of the RSS tasks. Take the feedback and apply it to help gain confidence in your role.

Close

Avail % ACD %

70.59 % 0.75 %

Thank you.

[illegible]

Close

Hold % Other % Other AUX %

Sonya Chapman
Specialist III.OpsSuptCntr
8880 Esters Blvd | Irving, TX 75063

This email, including attachments, may contain information that is private or confidential. If you received this communication in error, please delete it from your system without copying it anc sender by reply communication. ADT Security Services and its affiliates reserve the right to monitor communications handled by its data communications systems to help ensure complianc ADT's policies, confidentiality obligations, and applicable laws.

# orrective Actions

Edit Corrective Action

| Name | Category | Code | Level | Status |
|---|---|---|---|---|
| Chapman, Sonya | Behavior | Unprofessional Behavior | Verbal Warning | Completed |

| Supervisor | Created By | Created Date |
|---|---|---|
| Merrick, Ashley | Merrick, Ashley | 2/10/22 |

| Expectation | Actual |
|---|---|
| As an ADT Team Member, customers depend on you to protect their lives, families and property. As a result, it is our expectation that you adhere to our policies at all times. Any deviation from that expectation adversely impacts our organization, customers and/or work environment and must be addressed. You are a valuable member of the organization and we are dedicated to your continued success. If there are problems affecting your work that you wish to discuss in a confidential manner, the Employee Assistance Program (EAP) is available for your use. This is a free and confidential service provided to all ADT employees and their families for their private use. Please feel free to call 1-855-423-8327 where the staff at the EAP can direct you to a wide variety of support. | 2/8/22- Sonya has a habit logging back from payroll and saying nothing, after repeated calling she will unmute after a few minutes and say yes. Sonya has difficulties applying what she learned in RSS during OJT. Sonya talks herself into confusion then presents this to the customer. When the mentor guides her through steps she is not listening to the mentor, and not able to repeat back to the customer what the mentor has previously spoke on. She had an escalated customer who when she mentioned 'Unfortunately' and it seemed to set off the customer during already escalated scene. Sonya has has been addressed about her tone and behavior on her calls. Sonya' tone - "Whatchu you think you need?" with a tech asking her what to do. It took Sonya1hr to complete EOD/pre email after all techs were called. She said it wasn't her fault, she still learning. Mentor addressed this and Sonya s said it was not her fault. Sonya gets elevated quickly and does not take accountability during OJT for any mishap The training team tries to help Sonya, but she gives pushback. Sonya has difficulties focusing on details of the jo or techs and often can't perform RSS duties without continuous help from training team. 2/9/22: Sonya called a customer, trying to give her a tracking# that was placed in ticket last week. Sonya goes back and forth with customer about length of time since job open etc. The customer says they ordered the part 3 weeks ago as that when ticket was created. Sonya says actually ma'am its been 4 days. The customer disconnected the line due to the tone and unprofessional responses. At 1619 Sonya told the mentor, "I don't see how can I complete stuff wh you have me noting tickets 2-3 times!" This was regarding end of day notes for techs that can not be reached. Sonya needs to work on her attitude as situations quickly escalate. Sonya still struggles with RSS role and job functions. She still needs constant support and guidance to complete RSS tasks. Both days Sonya did not want t go over with the mentor how her day went and what changes we can work on. She steps away after EOD is completed and comes back when its time to clock out avoiding the review with the mentor. |

**upervisor Plan 1 [2/11/22]:** Sonya, please work on your attitude, tone and professionalism at work. Situations can quickly escalate when we are not rofessional with our customers, technicians, or fellow employees. Please work with the training team when they are trying to provide support to help nderstand the RSS role.

Case 3:23-cv-00799-D-BN Document 1-1 Filed 04/11/23 Page 54 of 290 PageID 60

# EXHIBIT 4

Washam, Shirley 8/10/2021 7:09 PM

I just put in your copa note. I didn't know if you would get to see it so I wanted to let you know what it said. I copied the text from it so I could paste it in a message to you. ☺

Today I had a particularly difficult situation with a customer who had a service call earlier in the day. His system worked just fine while the tech was there and for several hours after the tech left. But then the exact same error message showed up again and would not clear. He called in to ask for the tech to come back ASAP. I spoke with the tech and there was no way he could return today. He gave me some names and numbers of a couple of his managers and ask that I call them to get the on call tech out tonight. Unfortunately, after several phone calls to each of them as well as a few messages sent to them in teams I was still unable to reach anyone to get this issue resolved. THAT is when Sonya in OSC got involved. After looking at her schedule she told me the chances were very slim that another service call would be made so soon. In fact, there were no slots available for a few weeks. But she said she would do her best and asked me to hang on for a few minutes. I don't know how many calls she made or how many people she spoke with but each time she came back to the line the dates were getting closer and closer. I don't know what kind of magic she worked. I just know that she worked it. She didn't take the easy way. She didn't just say "I'm sorry. I can't get anything sooner" and then give up. She was persistent and did her very best to help our customer. I don't know how she did it, but she was able to schedule for a return visit first thing in the morning. Our customer was VERY happy and incredibly grateful. And so am I. Sonya really cares about the customer and their needs. And she does everything possible to meet them. I am so grateful to have Sonya as a member of my ADT family.

Today I had a particularly difficult situation with a customer who had a service call earlier in the day. His system worked just fine while the tech was there and for several hours after the tech left. But then the exact same error message showed up again and would not clear. He called in to ask for the tech to come back ASAP. I spoke with the tech and there was no way he could return today. He gave me some names and numbers of a couple of his managers and ask that I call them to get the on call tech out tonight. Unfortunately, after several phone calls to each of them as well as a few messages sent to them in teams I was still unable to reach anyone to get this issue resolved. THAT is when Sonya in OSC got involved. After looking at her schedule she told me the chances were very slim that another service call would be made so soon. In fact, there were no slots available for a few weeks. But she said she would do her best and asked me to hang on for a few minutes. I don't know how many calls she made or how many people she spoke with but each time she came back to the line the dates were getting closer and closer. I don't know what kind of magic she worked. I sjust know that she worked it. She didn't take the easy way. She didn't just say "I'm sorry. I can't get anything sooner" and then give up. She was persistent and did her very best to help our customer. I don't know how she did it, but she was able to schedule for a return visit first thing in the morning. Our customer was VERY happy and incredibly grateful. And so am I. Sonya really cares about the customer and their needs. And she does everything possible to meet them. I am so grateful to have Sonya as a member of my ADT family.

# EXHIBIT 8

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Dallas District Office**
207 S. Houston Street, 3rd Floor
Dallas, TX 75202
(800) 669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 09/01/2022

**To:** Mrs. Sonya Chapman
1533 Honey Trail
Glenn Heights, TX 75154

Charge No: 510-2022-03700

EEOC Representative and email: Yolanda Brown
Equal Opportunity Investigator
yolanda.brown@eeoc.gov

---

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is the official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 510-2022-03700.

On behalf of the Commission,

Yolanda R. Brown Digitally signed by Yolanda R. Brown Date: 2022.09.01 17:44:49 -05'00' /for

Travis Nicholson
Dallas District Director

# EXHIBIT 9

ADT | ADT | CAREER AREAS | DIVERSITY AND INCLUSION | EVENTS | RECENTLY VIEWED JOBS | SAVED JOBS | USER LOGIN

Take the next step in your career

Sales | Field Operations | Corporate | Contact Center

Sonya Chapman, you are signed in.

My Account Options

Sign Out | My Job Cart (0 items)

JOB SEARCH MY INFORMATION

| My Job Cart | My Saved Searches | My Referrals

## My Submissions (5 job submissions found)

This page displays all relevant details related to your draft and completed submissions.

Submissions per page:

10

### Draft Submissions

Remote Customer Service and Retention Representative - Full-time
United States-Texas-Irving, United States
Job Number: 2110437
Job Status: Inactive (No Longer Accepting Job Submissions)
View Submission | View Email Messages | Withdraw

### Completed Submissions

Work From Home-Regional Support Specialist - Full-time
United States-Florida-Jacksonville
Job Number: 2118765
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed - Updated: Oct 18, 2022
View Submission | View Email Messages

Dallas STEM Hiring - Full-time
United States-Texas-Irving
Job Number: 2210213
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed - Updated: Aug 3, 2022
View Submission | View Email Messages

Remote Customer Service Monitoring Representative - Full-time
United States-Texas-Irving
Job Number: 2210600
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed - Updated: Mar 17, 2022
View Submission | View Email Messages

Remote Customer Troubleshooting Support - Full-time
United States-Texas-Irving
Job Number: 2210714
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed - Updated: Mar 17, 2022
View Submission | View Email Messages

My Submissions - Page 1 of 1 Previous | 1 | Next

Withdraw All Submissions

# Remote Customer Service and Retention Representative (Job ID 2119437)

From: sonya chapman (snychpmn@yahoo.com)

To: snychpmn@yahoo.com

Date: Tuesday, March 1, 2022 at 08:37 PM CST

***Major Responsibilities***

We are hiring for our Account Management department as a Retention Agent in the following states: Alabama, Arkansas, Florida, Georgia, Idaho, Indiana, Iowa, Kansas, Kentucky, Louisiana, Mississippi, Nebraska, North Dakota, Oklahoma, South Dakota, Texas and Virginia.

In Account Management, our pursuit to make things right is the driving force behind our customer loyalty. We are the customer's champion – the architect who builds a bridge between what the customer wants, and the value we have to offer through an array of ADT products, led by a mission to protect lives, hopes, dreams, and futures.

- A day in the life of a Retention Agent looks like this:
- Answering incoming calls about our products and services with existing customers
- Retaining ADT customers by problem solving, deescalating customer issues and resolving account issues.
- Reviewing all contacts for accuracy while enhancing the department's ability to maximize profitability and resolution.
- The ability to work independently to find the best solution.

We're looking for someone with these skills:

- Experience in sales or retention
- Effective communication skills that help deescalate customer calls while problem solving
- The ability to work with multiple screens and programs open to help resolve customer issues
- Be able to interpret contracts and communicate terms and conditions
- Perform quick calculations

Compensation

- Competitive pay based on experience with additional financial incentives for team members.

Start Date and Schedule

- Our department is closed on weekends, allowing our employees to receive every weekend off, no matter the shift.

## Job Requirements

- Designated place to work from home
- High speed internet. DSL, Cable or Fiber internet service with the ability to hardwire via ethernet from cable modem to your PC
- At least 25mbps to of internet to download and 15mbps to upload

When you commit to us—we commit to you. Our employees receive a comprehensive, full benefits package that includes:

- Paid virtual training
- Full benefits on the 1st of the month after 31 days of employment
- Casual, yet energetic and engaging work environments
- Medical, Dental, Vision, 401(k) with employer matching
- Paid vacation time (We all need to recharge)
- Tuition reimbursement, employee referral bonuses
- Potential opportunities to work from home based on business needs
- A culture of coaching, development and career growth opportunities

***Knowledge, Skills and Abilities:***

# CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY)*: DC-23-05511 COURT *(FOR CLERK USE ONLY)*: G-134th

STYLED ______________________________
(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

**1. Contact information for person completing case information sheet:**

Name: Sonya Chapman
Email: snychpmn@yahoo.com
Address: 1533 Honey Trl
Telephone: (214)694-5770
City/State/Zip: Glenn Heights TX 75154
Fax:
Signature: Sonya Chapman
State Bar No:

**Names of parties in case:**

Plaintiff(s)/Petitioner(s): Sonya L. Chapman Pro Se

Defendant(s)/Respondent(s): ADT LLC et seq

[Attach additional page as necessary to list all parties]

**Person or entity completing sheet is:**

- ☐ Attorney for Plaintiff/Petitioner
- ☒ *Pro Se* Plaintiff/Petitioner
- ☐ Title IV-D Agency
- ☐ Other: ____

Additional Parties in Child Support Case:
Custodial Parent: ____
Non-Custodial Parent: ____
Presumed Father: ____

FILED 2023 MAR 14 PM 3:22 FELICIA PITRE DISTRICT CLERK DALLAS CO., TEXAS Belinda Hernandez DEPUTY

**2. Indicate case type, or identify the most important issue in the case *(select only 1)*:**

## *Civil*

**Contract**
*Debt/Contract*
- ☐ Consumer/DTPA
- ☐ Debt/Contract
- ☐ Fraud/Misrepresentation
- ☐ Other Debt/Contract: ____

*Foreclosure*
- ☐ Home Equity—Expedited
- ☐ Other Foreclosure
- ☐ Franchise
- ☐ Insurance
- ☐ Landlord/Tenant
- ☐ Non-Competition
- ☐ Partnership
- ☐ Other Contract: ____

**Injury or Damage**
- ☐ Assault/Battery
- ☐ Construction
- ☒ Defamation

*Malpractice*
- ☐ Accounting
- ☐ Legal
- ☐ Medical
- ☐ Other Professional Liability: ____
- ☐ Motor Vehicle Accident
- ☐ Premises

*Product Liability*
- ☐ Asbestos/Silica
- ☐ Other Product Liability List Product: ____
- ☐ Other Injury or Damage: ____

**Real Property**
- ☐ Eminent Domain/ Condemnation
- ☐ Partition
- ☐ Quiet Title
- ☐ Trespass to Try Title
- ☐ Other Property: ____

**Related to Criminal Matters**
- ☐ Expunction
- ☐ Judgment Nisi
- ☐ Non-Disclosure
- ☐ Seizure/Forfeiture
- ☐ Writ of Habeas Corpus—Pre-indictment
- ☐ Other: ____

**Employment**
- ☒ Discrimination
- ☒ Retaliation
- ☒ Termination
- ☐ Workers' Compensation
- ☐ Other Employment: ____

**Other Civil**
- ☐ Administrative Appeal
- ☐ Antitrust/Unfair Competition
- ☐ Code Violations
- ☐ Foreign Judgment
- ☐ Intellectual Property
- ☐ Lawyer Discipline
- ☐ Perpetuate Testimony
- ☐ Securities/Stock
- ☐ Tortious Interference
- ☐ Other: ____

**Tax**
- ☐ Tax Appraisal
- ☐ Tax Delinquency
- ☐ Other Tax

## *Family Law*

**Marriage Relationship**
- ☐ Annulment
- ☐ Declare Marriage Void

*Divorce*
- ☐ With Children
- ☐ No Children

**Post-judgment Actions (non-Title IV-D)**
- ☐ Enforcement
- ☐ Modification—Custody
- ☐ Modification—Other

**Title IV-D**
- ☐ Enforcement/Modification
- ☐ Paternity
- ☐ Reciprocals (UIFSA)
- ☐ Support Order

**Other Family Law**
- ☐ Enforce Foreign Judgment
- ☐ Habeas Corpus
- ☐ Name Change
- ☐ Protective Order
- ☐ Removal of Disabilities of Minority
- ☐ Other: ____

**Parent-Child Relationship**
- ☐ Adoption/Adoption with Termination
- ☐ Child Protection
- ☐ Child Support
- ☐ Custody or Visitation
- ☐ Gestational Parenting
- ☐ Grandparent Access
- ☐ Parentage/Paternity
- ☐ Termination of Parental Rights
- ☐ Other Parent-Child: ____

## *Probate & Mental Health*

*Probate/Wills/Intestate Administration*
- ☐ Dependent Administration
- ☐ Independent Administration
- ☐ Other Estate Proceedings
- ☐ Guardianship—Adult
- ☐ Guardianship—Minor
- ☐ Mental Health
- ☐ Other: ____

**3. Indicate procedure or remedy, if applicable *(may select more than 1)*:**

- ☐ Appeal from Municipal or Justice Court
- ☐ Arbitration-related
- ☐ Attachment
- ☐ Bill of Review
- ☐ Certiorari
- ☐ Class Action
- ☐ Declaratory Judgment
- ☐ Garnishment
- ☐ Interpleader
- ☐ License
- ☐ Mandamus
- ☐ Post-judgment
- ☐ Prejudgment Remedy
- ☐ Protective Order
- ☐ Receiver
- ☐ Sequestration
- ☐ Temporary Restraining Order/Injunction
- ☐ Turnover

**4. Indicate damages sought *(do not select if it is a family law case)*:**

- ☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
- ☐ Less than $100,000 and non-monetary relief
- ☐ Over $100, 000 but not more than $200,000
- ☒ Over $200,000 but not more than $1,000,000
- ☐ Over $1,000,000



EXHIBIT A-4

FILED
'23 MAR 21 AM 9:30
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
DEPUTY

CAUSE NO. DC-23-03379

| | | |
|---|---|---|
| **SONYA L. CHAPMAN** | § | **IN THE DISTRICT COURT OF** |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **DALLAS COUNTY, TEXAS** |
| | § | |
| **ADT LLC ET SEQ** | § | |
| | § | |
| ***Defendant.*** | § | **134th JUDICIAL DISTRICT** |

PLAINTIFF'S ORIGINAL PETITION Amended

COMES NOW, SONYA L. CHAPMAN, Plaintiff in the above-styled case, complaining against Defendant ADT LLC ET SEQ and its subsidiaries, and files this Original Petition and would for cause respectfully show the Court as follows:

DISCOVERY PLAN

1. Plaintiff intends to conduct discovery in this matter under Level 3 of the Texas Rules of Civil Procedure.

PARTIES

2. Plaintiff is an individual and a citizen of Dallas County Texas.
3. Defendant is a limited liability company organized under the laws of the state of Delaware with its principal place of business located at 1501 Yamato Rd. Boca Raton, Fl 33431.

JURISDICTION

4. This is an action at law and in equity to redress violations of Title VII of the Civil Rights Act of 1964, as amended, 29 U. S.C. Section 621 et seq, and the Texas Labor Code, Section 21.051, "Discrimination by Employer"; Section 21.055, "Retaliation"; and Section



EXHIBIT A-5

21.056, "Aiding and Abetting Discrimination". Jurisdiction of this action is vested in this Court as the causes of action alleged herein are based upon the actions and activities of the parties that took place at all relevant times in Dallas County, Texas. By reason thereof, the jurisdiction and venue of this action is proper in any district court of Dallas County, Texas.

5. This is a civil liability case brought to collect a legal debt of money damages due and owing to Plaintiff by reasons of the injuries to and damages of Plaintiff due to improper and wrongful conduct on the part of Defendant. The Court has jurisdiction over the controversy because the damages are within the jurisdictional limits of the Court. As required by Rule 47(c), Texas Rules of Civil Procedure, Plaintiff states that she seeks monetary relief in an amount in excess of $1,000,000.00. The amount of monetary relief actually awarded, however, will ultimately be determined by a jury. Plaintiff also seeks pre-judgment and post-judgment interest at the highest legal rate.

FACTUAL STATEMENT

6. Plaintiff was an employee for Defendant from January 2021 until March 7th, 2022. In January 2022, Plaintiff began training for a new position of Regional Support Specialist. She was determined to be qualified for the new position. (Exhibit 1 Attached).

7. Plaintiff attempted to perform her job duties to the best of her ability during the training period, but Defendant refused to properly train Plaintiff, and consequently undermined the work Plaintiff did.

8. Plaintiff was punished for taking notes during training. She was instead asked to use the trainers' notes. Plaintiff was also punished for using leisure time to go over material pertaining to the job.

9. Plaintiff requested Defendant to move her to the new position on March 8, 2022. Despite several requests, Defendant without any good cause, refused to move her to the new position. The only excuse Defendant gave was that he believed Plaintiff would be unable to perform the duties of the new position. Defendant failed to elaborate his reasons for the refusal. (Exhibit 2 Attached).

10. Despite everything, Plaintiff continued to fulfill her employment duties to the best of her ability. On one occasion, Defendant refused to train Plaintiff and instead asked her to "figure it out". (Exhibit 2 Audio Link Ashley 20220307-153427 - Copy.mp3), Training Audio Phil 1st Training - Copy.m4a.)

11. Additionally, Plaintiff was reprimanded for her performance and behavior during the course of training, resulting in her unlawful termination. (Exhibit 3 Attached).

12. In March 2022, Plaintiff asked to be transferred to a different position as an alternative to termination.

13. Plaintiff applied for multiple jobs postings that the Defendant had posted, but Defendant refused to hire Plaintiff for those positions even though Plaintiff was determined to be qualified for those positions. (Exhibit 2 Attached, Exhibit 9 Attached)

14. Defendants refused to allow Plaintiff to remain employed at any position at the Company and instead terminated her.

15. Additionally, Defendant placed reprimands in Plaintiffs file, making her ineligible for rehire at a different position in the Company.

16. Plaintiff was subject to a hostile, retaliatory, and discriminatory atmosphere at her workplace. Defendants intentionally constructively discharged Plaintiff as the same HR personnel that hired Plaintiff were the same Defendants that terminated. Plaintiff contends Defendants had no intention of

Plaintiff working the RSS position she was hired for. (Exhibit 1 Attached Exhibit 2 Attached, Exhibit 2 Audio Ashley 20220307-153427 - Copy.mp3, Training Audio Phil 1st Training - Copy.m4a, Day 4 of the training https://drive.google.com/file/d/1c_Z_5ytLrQPt4WwsDJfl6gPyarWHnoFw/view?usp=sharing). Day five of the training, trainer Samuel said not to log on to the computer before 5 minutes until shift starts when all of the trainers and employees in training chatted long before the shift started in Teams, below audio and Exhibit 6)

https://drive.google.com/file/d/1_2dM27IJ9Ko8d1oTMpOkP8Albg2E0xxn/view?usp=share_link

Plaintiff has experience as a customer service representative and has since become employed as a customer service representative. Plaintiffs was subject to undue hardship as Defendant's intentionally treated Plaintiff indifferently by testing her differently, requiring her to have a different skill than other employees in the same and or similar role as Plaintiff. Other employees had issues with the new role just as Plaintiff (Exhibit 6 USB )

17. Defendant intentionally treated Plaintiff differently than her peers, who were younger, of a different race, sex and color than the Plaintiff. Defendant's actions and comments on numerous occasions implied that Plaintiff's other co-workers were more subservient than the Plaintiff and hence, more suitable for the job. (Exhibit 2 USB- Audio)

18. Defendants are the direct and or proximate cause of Plaintiffs injury, and but for Defendant's actions, Plaintiff would not have suffered injury.

Defendants intentionally offered the RSS role to Plaintiff with the intent to constructively discharge Plaintiff, and by not reserving their right to at will employment by ending the

temporary position an allegation of intentional discrimination is made. Defendants for discriminatory reasons including but not limited to disparate treatment treated Plaintiff differently by requiring Plaintiff to have skills that were not required of other same or similar situated employees and was terminated when same and or similar situated employees remained employed. Defendants during their training had issues with other employees not learning their new assigned position and remained employed (Exhibit 6 Attached). Plaintiff was not given the time it takes for a new role to be learned and practiced outside of a training environment as the other employees. Plaintiff repeatedly asked for a different position which Defendants were hiring at the time for roles similar to the RSS role and afterward until now. (Exhibit 7 Attached). Defendants denied any wrong doing, compelling Plaintiff to record some of their actions. Defendants refused to assist Plaintiff if her head set was not plugged in so they could continue the unfair treatment without notice. Defendants reason for terminating Plaintiff is not the true reason. Plaintiff asks that the Defendant's may be required to answer to Plaintiff's claims.

## CAUSES OF ACTION

### I. Violation of Title VII

19. Plaintiff incorporates herein by reference the factual statements set forth in the foregoing paragraphs.

20. Plaintiff sues under Title VII of the Civil Rights Act of 1964, as amended, and the Texas Human Rights Act, each which prohibit discrimination in employment on the basis of national origin, race and sex as detailed above.

21. Plaintiff timely filed her charge of discrimination with the Equal Employment Opportunity Commission, exhausting all of her administrative remedies.

22. Plaintiff received her Right to Sue letter from the EEOC and timely filed suit in Federal Court against the Defendant. Federal court dismissed Plaintiff's original federal law action claim, and hence declined supplemental jurisdiction over the state law claims. (Exhibit 8 Attached)

23. The actions taken against Plaintiff were willful and with the intent to violate her rights under Title VII of the Civil Rights Act of 1964, as amended.

24. Therefore, Plaintiff is timely exercising her right to refile her employment discrimination complaint against the Defendant in State court.

## II. Violations of Texas Labor Code

25. Plaintiff incorporates herein by reference the factual statements set forth in each of the foregoing paragraphs.

26. Plaintiff engaged in protected activity as set forth in Texas Labor Code section 21.055. Pursuant to Sec. 21.055, *"an employer, labor union, or employment agency commits an unlawful employment practice if the employer, labor union, or employment agency retaliates or discriminates against a person who, under this chapter (i) opposes a discriminatory practice; (ii) makes or files a charge; (iii) files a complaint; or (iv) testifies, assists, or participates in any manner in an investigation, proceeding, or hearing."*

27. Defendant took actions that were discriminatory in nature against Plaintiff including but not limited to wrongful termination. Defendant intentionally retaliated against Plaintiff and ultimately terminated Plaintiff's employment as set out herein in violation of the Texas

Labor Code 21.055. Defendants retaliated against Plaintiff if she said anything they did not approve of, which was anything Plaintiff did or said and is hostile in and of itself. Defendants ridiculed Plaintiffs work style throughout the training periods for both positions. (Exhibits 2 Audio Link Ashley 20220307-153427 - Copy.mp3), Training Audio Phil 1st Training - Copy.m4a.) and 3 Attached). Directly violating the terms and conditions of Plaintiffs employment as provided below Texas Labor Code Section 21.051.

28. Defendant's conduct as set forth above also violated Texas Labor Code Section 21.051 "Discrimination by Employer." Sec 21.051 provides, *"An employer commits an unlawful employment*

29. *practice if because of race, color, disability, religion, sex, national origin, or age the employer:*

*(1) fails or refuses to hire an individual, discharges an individual, or discriminates in any other manner against an individual in connection with compensation or the terms, conditions, or privileges of employment; or*

*(2) limits, segregates, or classifies an employee or applicant for employment in a manner that would deprive or tend to deprive an individual of any employment opportunity or adversely affect in any other manner the status of an employee."*

30. Here, Defendant violated s.21.051 by deliberately placing baseless reprimands on Plaintiff's file due to her race, color and sex, limiting her growth into her new role by failing to giving her adequate and proper training, and thus, resultantly depriving her of an employment opportunity at the Company, even for other job openings for which she was qualified.

31. Additionally, Defendant violated Section 21.056, "Aiding and Abetting Discrimination", which provides *"An employer, labor union, or employment agency commits an unlawful employment practice if the employer, labor union, or employment agency aids, abets, incites, or coerces a person to engage in a discriminatory practice."*

32. Here, Defendant aided and abetted in discrimination by trainer Latoya and Phil intentionally, willingly and knowingly made a disparate impact during Plaintiff's training by telling Plaintiff to figure it out and refusing to train Plaintiff for a temporary customer support role. Defendant's treatment worsened after offering Plaintiff a permanent role that Defendant's did not intend for Plaintiff to work saying Plaintiff was not a good fit from day one. (Exhibit 2 Audio Link Ashley 20220307-153427 - Copy.mp3), Training Audio Phil 1st Training - Copy.m4a.)

33. Trainers Latoya, Phil, Samuel, Kayla, and Ashley all showed open disparagement towards Plaintiff both in their evaluation of Plaintiffs work and while training Plaintiff. This behavior is condemned by the companies Code of Conduct, yet nothing was done. Defendants' actions were intentional as these same Defendants are the same Defendants that hired Plaintiff for both positions temporary and permanent. Defendants made it obvious that Plaintiff was unwelcomed.

34. Defendant's actions against Plaintiff were intentional and willful and violated Plaintiff's rights. Plaintiff now sues to recover any and all damages she may be entitled to.

III. Violation of Constitutional Rights

29. Plaintiff incorporates herein by reference the factual statements set forth in each of the foregoing paragraphs.

30. Defendant's actions in unlawfully discharging Plaintiff violated Plaintiffs procedural and substantive Due Process rights guaranteed under the United States and Texas Constitutions. Defendant's total disregard of Plaintiffs interests in her continued employment and the arbitrary and capricious manner in which Plaintiff was unlawfully discharged constitute these complained of violations.

31. Plaintiff now sues to recover any and all damages she may be entitled to.

## IV. Negligence and Gross Negligence

32. Plaintiff incorporates herein by reference the factual statements set out in the foregoing paragraphs.

33. Defendants owed Plaintiff a duty to ensure that she was not subjected to the retaliatory, discriminatory, and wrongful conduct that she faced. Defendants were guilty of breaching that duty by failing to undertake reasonable measures to ensure that the conduct and actions Plaintiff was subjected to would not happen, and by failing to ensure that procedures and policies were in place and adhered to, which breach was a proximate cause of the injuries and damages sustained by Plaintiff.

34. Defendants owed Plaintiff the duty to exercise reasonable care in the supervision, conduct, and training of its personnel and to provide a work environment free from such dangers and harassment. Defendants' acts and omissions, taken separately or collectively, constitute a direct and proximate cause of the damages, including damages for mental pain, anguish and suffering, suffered by Plaintiff in an amount within the jurisdictional limits of this Court.

35. Defendants' negligent acts, as shown, were aggravated by that kind of wantonness, and gross indifference to the welfare and rights of Plaintiff for which the law allows the

imposition of exemplary damages. Defendant acted with gross indifference to Plaintiff's rights and welfare. In this connection, Plaintiff will show that as a result of Defendants' wrongful conduct and gross negligence, she has suffered damages, and other expenses incurred in the investigation and prosecution of this action. Accordingly, Plaintiff requests an award of exemplary damages of and from Defendants.

## V. Infliction of Emotional Distress

36. Plaintiff incorporates herein by reference the factual statements set out in the foregoing paragraphs.

37. Defendants' actions were intentional and reckless and so extreme and outrageous to directly and proximately cause Plaintiff tremendous emotional distress and mental anguish for which Plaintiff now seeks recovery.

38. Defendant knowingly, intentionally, willfully, and maliciously repeatedly acted without regard to the outcome of their actions, and harm caused to Plaintiff.

39. Plaintiff is caused harm by Defendants acts and or omission of acts by being forced to work a different position by terminating her employment, causing more stress, and anxiety, forcing her to work part-time hours earning less in income.

40. Plaintiff contends it takes time to build experience/seniority at a work position, and due to the stress and anxiety caused by Defendants actions she has difficulty obtaining employment. Plaintiff contends that she would have to start over, building experience/seniority learning a new position, achieving maximum productivity with minimal wasted effort or expense i.e. 100 percent, is delayed to the extent she works less

than full time hours and could possibly delay her achievement at her new position, thus causing further harm.

41. Plaintiff contends she worked full-time hours in her position with Defendants and was dedicated to learning and performing well. Plaintiff contends she performed above what was expected of her regarding learning and performance. Plaintiff contends she was dedicated to learn more in her previous role with Defendants by consulting with team leads, colleagues, management, by taking notes, which better suited her for the position of Regional Support Specialist. A colleague wrote a statement of appreciation to Plaintiff on the great job she did assisting her and the customer. The actions mentioned by my colleague in this compliment statement are the same steps I would have taken as an RSS agent but without the title. Plaintiff learned RSS duties as an OSC agent to better assist her in her role as an OSC agent and later applied for the RSS role. Plaintiff mentored with management staff in her OSC role to prepare her for the RSS role. Plaintiff had skills from working in OSC the trainees in her training class did not have that prepared her for her role as RSS agent. OSC and RSS agents work directly together in scheduling and rescheduling field appointments. Plaintiff has numerous notes she took she would like to include as evidence she was diligent in both her roles as OSC agent and RSS agent. (Exhibit 4 Attached).

42. Plaintiff contends to be efficient in her position as well as any position i.e., working in a well and organized competent way she must learn and know related tasks to best perform her duties, in which Plaintiff took thorough notes and reached out to other colleagues for support as the scenarios were ever changing, and not all colleagues had the same skill level.

VI. Disparate Treatment Under TCHRA , 29 CFR 1607.11

43. Plaintiff incorporates herein by reference the factual statements set out in the foregoing paragraphs.

44. Plaintiff is a member of a protected class. Plaintiff applied for a job, and her application was rejected. The position remained opened for a considerable length of time after her rejection. Plaintiff is a 54-year old female and was the eldest person of color present at the time of the incidence. Although Plaintiff had the qualifications required for the job, Defendant arbitrarily rejected her. Following her wrongful termination, Defendants continued to hire and look for other applicants with Plaintiffs qualifications. (Exhibit 9 Attached)

45. Plaintiff was denied the same employment, training, promotion, opportunity, available to other employees or applicants. Defendant intentionally treated Plaintiff less favorable than other similarly situated individuals because of her race, age, and sex.

46. Defendants continued to hinder Plaintiffs training by refusing to allow Plaintiff to interact during training, such as ask questions. Plaintiff was reprimanded and retaliated against for taking notes during the training, forcing her to rely on the trainer's instruction alone at times.

47. Plaintiff had to be persistent in order to make notes during the training by informing the trainer of what notes were being taken by her, whilst being cautious of not dissatisfying the trainer regarding the notes being taken.

48. Defendants wrote false disciplinary actions against Plaintiff. (Exhibit 4 Attached) The disciplinary actions state falsely Plaintiff intentionally clocked back in, abandoned her duties waiting until it is time to clock out to avoid end of day reviews. Plaintiff first asked

the trainers and training manager Ashley to go over what she needed help with the most at the end of the day and she would not have avoided a review at the end of the day. Plaintiff contends Defendants actions are injurious intentional acts, and unlawful.

49. Plaintiff would not have suffered injury but for Defendants intentional acts, and or omission and the same acts or omissions are the cause of Plaintiffs injury.

50. Defendant's actions violated section 21.051 of the Texas Labor Code, TCHRA, 42 USC 1981, Title VII Civil Rights Act of 1964, and 29 USC § 623(c), and Fair Employment Act.

## VII. Disparate Impact under TCHRA, Title VII

51. Plaintiff incorporates herein by reference the factual statements set out in the foregoing paragraphs.

52. Plaintiff is a female, over age 40, and person of color. Plaintiff accepted an offer of permanent employment. Plaintiff suffered adverse action and treatment at the hands of the Defendant. Plaintiff was the only female, over age 40, person of color, a temporary employee in the group promoted to a permanent position and subsequently terminated during training phase only.

53. Defendants continued to hire and look for other applicants with Plaintiffs qualifications despite Plaintiff satisfactorily meeting all the required qualifications.

54. Plaintiff while working was attentive, met performance metrics taking 60 to 120 calls per day, had great attendance, positive attitude, hard-working, invested, approachable, and loyal to the company.

55. Plaintiff had the education and work experience to perform all of the related job tasks. Plaintiff began telephone sales/telemarketing in 1986 at 18 years of age, customer service

in restaurant business in 1983 at 15 years of age, grocery business in 1984 at 16 years of age, and first computer training school in 1987 at 18 years of age. (Exhibit 1). Plaintiff has had training since 1987 in how to operate a computer and subsequent computer training continued from 1987 until 2014.

56. Plaintiff has worked steadily in a call center environment since November 2017, where she had to perform same and similar job duties related to the position with Defendants.

57. Defendants in their corrective action publication state Plaintiff's *"behaviors impacted her performance to be on pace with the class….."step away to avoid reviews, that Plaintiff "has a habit logging back from payroll and saying nothing, after repeated calling she will unmute after a few minutes and say yes"* (Exhibit 4).

58. Defendants, in publishing the corrective action plan, attempted to defame Plaintiff by including these false statements of facts.

59. Plaintiff contends that Defendants' reason for terminating her, which were that she could not perform the job duties are a disputed material fact. It is also a disputed material fact whether Defendant's training manager, Ashley Merrick, who terminated Plaintiff did or did not witness Plaintiff's behavior for which she was terminated for.

60. Defendant's conspired to deprive Plaintiff of her due process, inalienable right to life, liberty, and the pursuit of happiness. Plaintiff contends civil conspiracy took place in that a combination of two or more persons for the purpose of injuring Plaintiff resulting in special damages.

61. Plaintiff contends that Defendants intentionally committed the unlawful act of conspiring to injure Plaintiff by terminating her, by making defamatory statements in their corrective action publication to make it look like their reason for terminating the Plaintiff was lawful.

62. Plaintiff contends that Defendants knowingly, intentionally, willfully, and maliciously knew that their corrective action publication is not a correct assessment of Plaintiffs abilities to perform her work duties.

63. Plaintiff contends that Defendants knowingly, intentionally, willfully, and maliciously knew or should have known that their publication was false regarding Plaintiff avoiding review.

64. Plaintiff contends that Defendants' defamatory publication is not supported by Plaintiffs previous reviews just prior to her promotion to the RSS role, and is a just cause to avoid summary judgment in favor of Defendants, and a material fact to be disputed avoiding summary judgment.

65. Plaintiff contends Defendants knowingly, intentionally, willfully, and maliciously, conspired to terminate her for reason of causing her harm.

66. Plaintiff contends Defendants knowingly, intentionally, willfully and maliciously committed more than one unlawful act while terminating Plaintiff. Plaintiff contends that civil conspiracy to terminate Plaintiff is different from Defendants' defamation corrective action publications, different from Defendant's reason given for terminating Plaintiff as at will employee, different from wrongful termination, and different from discrimination based on race, age, and sex.

67. Defendants acts and or omissions proximately caused Plaintiff damages, and but for Defendant's acts and or omissions Plaintiff would not have suffered injury.

68. Plaintiff position with the Defendant was fully remote, work at home position. It prevented Plaintiff from the danger of traveling in busy traffic, road rage, wear and tear to Plaintiffs vehicle. It also prevented Plaintiff from the expense of fuel to travel to and from work.

Plaintiff had to retain new employment, new training skills for this new position. Plaintiff's work environment changed from work at home to an in-office call center environment, where there are new challenges of working in an in-office call center environment. The two are not comparable positions in relation to work environments.

69. Plaintiff was unlawfully and wrongfully forced to accept a lower paying position.

70. Plaintiff made notes throughout her tenure which assisted her as well as colleagues to be more efficient. Plaintiff was often thanked by members of the sales team, technicians, service and install coordinators for her support, hard-work and diligence. (Exhibit 1). Plaintiff during her tenure frequently assisted colleagues with processes, both colleagues with more and less seniority than Plaintiff. (Exhibit 1)

71. Defendant's employment practice of offering employment to employees of a less dominant personality for -hire into an already management workforce with more dominant personalities for purposes of training and development to later impart fundamentally different treatment has a disparate impact.

72. Defendant's arbitrarily and unreasonably required Plaintiff to perform work duties during a training period as those of an experienced employee working the same position per Defendants statement during recorded audio. (Exhibit 6)

73. Defendant's expectations of the Plaintiff during training per the Defendants reason for termination were unreasonable as Defendants did not allow Plaintiff to work the position and was not the "best estimate of anticipated experience".

74. Defendant's made mention of Plaintiff use of the word "Unfortunately" in the corrective action setting off the customer. Defendant's made use of the same word when terminating

Plaintiff saying it was "Unfortunate". Defendants used unfortunate in one of the scripts provided to employees used to respond to customers.

75. Defendants used double standards when evaluating Plaintiff's performance during training,

76. Although Defendants state Plaintiff's employment was at will, and termination was a business necessity, Defendants "reason for its decision is unworthy of belief".

77. "Defendants practice or policy in question has not demonstrated that terminating Plaintiff during training has a demonstrable relationship to the requirements of the job, the business necessity defense".

78. Plaintiff contends Defendants have a duty to train and develop Plaintiff as an employee, and this requirement is not equivalent to at will employment, and is protected under due process, and anti-discrimination laws.

## VIII. Age Discrimination——TCHRA

79. Plaintiff incorporates each of the foregoing paragraphs.

80. Plaintiff is a member of a protected class 40 years and older.

81. Plaintiff is qualified for the position; Plaintiff worked a previous position for 12 months with similar duties while working for Defendants. Plaintiff suffered a final, adverse employment action.

82. Plaintiff was replaced by someone younger.

83. Plaintiff was treated less favorable than others who were similarly situated, including persons of color, persons of a different race, and persons under the age of 40 years that were part of the same training class as Plaintiff.

84. Plaintiff was the only female, person of color, over age 40 that received corrective action and terminated during the training process.

85. Defendants punished Plaintiff for exercising her right to employment training, right to take notes during training, right to be treated fairly, and that but for Defendants actions Plaintiff would have no injury.

86. Defendants refused to provide necessary lawful indiscriminatory training for new position to Plaintiff.

87. Plaintiff was the only female, over age 40, and person of color terminated during training.

88. Plaintiff has no recourse but Defendants Human Resource Department, who are responsible for the actions complained of in this complaint.

89. Plaintiff would not have suffered injury but for Defendants intentional acts and or omissions.

90. Defendant's actions violated section 21.051 of the Texas Labor Code, TCHRA, 42 USC 1981, Title VII Civil Rights Act of 1964, and 29 USC § 623(c).

IX. Hostile Work environment - Race Discrimination—TCHRA , Title VII Civil Rights Act 1964, 42 USC 2000 (e), 14th Amendment, 18 USC 1001

91. Plaintiff incorporates herein by reference the factual statements set out in the foregoing paragraphs.

92. Defendant discriminated against Plaintiff because of Plaintiff' race, age, and sex. Plaintiff is a female, over age 40, and a person of color.

93. Defendants made written and verbal untrue statements that Plaintiff abandoned her employment while punched in to avoid performance reviews of her work. (Exhibit 5)

94. Defendants "willfully" made a false statement with intent to deceive, a design to induce belief in the falsity, or to mislead. Defendants "made a conscious effort to avoid learning the truth, and is a material misrepresentation of the truth".

95. Defendants neglected to train Plaintiff telling Plaintiff to "figure it out" when questions arose during periods of training.

96. Defendants knew or should have known their actions were discriminatory, intentional, and unlawful.

97. Plaintiff would not have suffered injury but for Defendants acts and or omissions.

98. Defendant's actions violated section 21.051 of the Texas Labor Code, TCHRA, 42 USC 1981, Title VII Civil Rights Act of 1964, 29 USC § 623(c), and 42 USC 2000(e) .

X. <u>Wrongful Termination—Constructive Discharge Discrimination—TCHRA</u>

99. Plaintiff incorporates herein by reference the factual statements set out in the foregoing paragraphs.

100. Defendant terminated Plaintiff's employment as a constructive discharge due to race, age, and sex.

101. Defendants refused to offer Plaintiff fair training, and made statements that Plaintiff "figure it out" during training. (Exhibit 2).

102. Plaintiff is not responsible for the training process or lack thereof. Plaintiff made audio recordings of the training staff's actions towards her during training.

103. Defendants intentionally labeled Plaintiff throughout the entire training period by isolating Plaintiff, refusing to allow Plaintiff to participate, by not calling on Plaintiff with raised hands during question answer session of the training.

104. Defendants' expectations of the job performance during the training period were unreasonable.

105. Plaintiff has the necessary experience and skills to perform the job tasks. She has performed similar job-related tasks for the Defendant previously for over 12 months, yet Defendants discriminatorily picked the most desired employees in the training class, causing disparate impact towards Plaintiff.

106. Defendant's "suspicious timing" in terminating Plaintiff is ambiguous as well as confusing since Plaintiff had worked in a position with similar duties for 12 months prior to the new position.

107. Plaintiff was not allowed the opportunity to even practice and implement the newly introduced job duties fully before being wrongfully terminated.

108. Prior to applying for the position from which she was wrongfully terminated, Plaintiff consulted with management as to whether they felt she had the experience required for the job and she was given an affirmative response. Plaintiff, after training for a period of 4 months in preparation to apply for the Regional Support Specialist role, applied and was hired instantly.

109. Normal practice in customer service, support specialist roles is to allow an employee time to build their new skills of the position by practice, trial and error. Plaintiff's performance reviews exceeded expectations and the new position was an extension of the same duties. Plaintiff went in to the new position with experience performing the same duties.

110. Defendants' actions are subjective in nature, and violates Plaintiff's due process right to employment, life, liberty, and property. Defendants did not allow any due process regarding Plaintiffs termination.

111. Plaintiff inquired from the Defendants about the possibility of appeal, and she was denied a hearing as well as any process to refute her termination.

112. Defendants used Plaintiff's behavioral issues as the reason for terminating her, coupled with the right to terminate Plaintiff at will due to business necessity.

113. Defendants limited Plaintiff's ability to speak during training and asking questions. Defendants also limited Plaintiff's opportunity to give feedback. When Plaintiff did give feedback, she was retaliated against by undermining her performance during training.

114. Defendants wrote false disciplinary actions against Plaintiff during the last training period during which Plaintiff exceeded expectations performance reviews, and she had excellent attendance in her previous position.

115. Defendants were hostile towards Plaintiff during both training periods of 2021 and 2022, forcing Plaintiff to ask Defendants to go over what she lacked at the end of the remaining training days in March 2022. The training staff gave poor performance reviews without going over ways to improve.

116. Defendants bullied Plaintiff throughout the entire training period while displaying mob like, discriminatory treatment.

117. Defendants hostile work environment escalated and manifested by a series of harassing acts.

118. Plaintiff is a minority female over age forty working in a position primarily assigned to younger employees statistically.

119. Defendant's actions violated section 21.051 of the Texas Labor Code; Title VII, TCHRA, 42 USC 1981, 29 USC § 623(c), 42 USC 2000(e), 14th Amendment.

XI. Defamation, Libel and Slander

120. Plaintiff incorporates herein by reference the factual statements set out in the foregoing paragraphs.

29. Defendants made a publication of a false statement of fact to a third party. The publication was oral as well as written, and defamatory concerning the Plaintiff. Defendants defamatory statement caused harm resulting in damages to the Plaintiff.

30. Plaintiff was terminated by final written notice on March 7, 2022. Defendant made a false statement of fact in their corrective action publication, and the false statement pertaining to the Plaintiff was published.

31. Plaintiff suffered injury to her reputation, character, professional reference and background due to Defendants false statements.

XII. RESPONDEAT SUPERIOR

32. Plaintiff incorporates each of the foregoing paragraphs.

33. Defendant is liable for the acts and/or omissions of their respective agents, representatives, employees, servants, and officers.

34. Plaintiff was subjected to unwelcome harassment based on her race, age, and sex. The harassment was severe and pervasive so as to alter the conditions of Plaintiff's work environment by creating a hostile and abusive situation, creating a basis for employer liability. Plaintiff was determined to have behavioral issues by the training and management staff for the role of RSS. Plaintiff worked with much of the same staff in her OSC role and behavioral issues were not an issue. Defendants had mixed motives for terminating Plaintiff and false pretense. Defendant's Inclusive Diversity policy was not

followed saying the environment is "a place where you can be your authentic self". The training staff Phil, Samuel, Kayla, and Ashely did not comply with the companies Inclusive Diversity policy, by retaliating against Plaintiff during training for asking questions and denying her to be her own person by saying she had behavioral issues disregarding company policy. Defendant's Inclusive Diversity actions according to Defendant's included placing Plaintiff with new trainers. (Exhibit 10 USB)

DAMAGES

35. Plaintiff' s unlawful discharge had an incredibly devastating effect on Plaintiff and her family's emotional and financial stability. Plaintiff was humiliated that she lost her job and extremely depressed and anguished that she could not continue to contribute to the family's economic well-being.

36. Plaintiff was quite fearful of how she and her family would survive without the income they needed, which has caused her extreme anxiety.

37. Defendants' actions violated the TCHRA, which entitles Plaintiff to recover from Defendants back pay, front pay, compensatory damages, as well as pre-judgment and post-judgment interest.

38. Because Defendants' actions were done with malice and/or reckless indifference to Plaintiff's state-protected rights, Plaintiff is entitled to recover from Defendants punitive damages. 42 USC 1981(a).

39. Plaintiff seeks all damages available to her under the TCHRA; Title VII, 42 USC 1981, Title VII Civil Rights Act of 1964, 29 USC § 623(c), 42 USC 2000(e), 14th Amendment.

ATTORNEY'S FEES

40. Defendants' conduct, as described in this Petition has necessitated the employment by Plaintiff of the undersigned attorneys, and the agreement by Plaintiff to pay the attorneys a reasonable fee and reimburse their expenses. Accordingly, Plaintiff is entitled to recover reasonable attorneys' fees. Plaintiff is additionally entitled to recover from Defendants an additional sum to compensate Plaintiff for her attorney's fees in the preparation and prosecution of this action, as well as a reasonable fee for appeals to all other courts. In the event of one or more appeals by Defendants, additional reasonable attorney's fees will be incurred.

NOTICE OF INTENT

41. Plaintiffs hereby gives notice of intent to utilize any and all items produced in discovery in the trial of this matter and the authenticity of such items is self-proven per the Texas Rules of Civil Procedure 193.7.

REQUEST FOR DISCLOSURE

42. Pursuant to Texas Rules of Civil Procedure 194, Plaintiff requests that Defendant disclose and produce to Plaintiff's counsel within 30 days of the service of this request, the information or material described in Rule 194.2.

JURY DEMAND

43. Plaintiff requests that this case be tried to a jury.

RELIEF REQUESTED

WHEREFORE, PREMISES CONSIDERED, Plaintiff **SONYA L. CHAPMAN** requests Defendant be cited to appear and answer, and that upon final trial of this matter, the Court enter judgment, exclusive of interest and costs, when including all claims and causes of action, including equitable relief, awarding Plaintiff:

1. Actual and compensatory damages, for the Defendant's discharge of the Plaintiff to include back and front pay and Plaintiffs emotional distress;
2. Exemplary damages for Defendants' conduct in willfully discharging the Plaintiff;
3. Punitive damages;
4. All damages, jointly and severally to which Plaintiff may be entitled pursuant to this Original Petition;
5. Pre-judgment interest on the amounts owed at the maximum rate allowed by law
6. Attorneys' fees and expenses;
7. Costs of court;
8. Post-judgment interest on the amount of judgment until paid at the maximum rate allowed by law;
9. Injunctive and declaratory relief, including but not limited to, an Order:
    i. Prohibiting Defendant from engaging in unlawful discrimination;
    ii. Reinstating Plaintiff's employment with Defendant with back pay;
    iii. Reporting to the Court on the manner of compliance with the terms of a final order issued by this Court;
    iv. Paying court costs;

v. A declaration that Defendant violated Plaintiff's rights under Chapter 21 of the Texas Labor Code, engaged in unlawful employment discrimination, and considered an illegal factor in terminating Plaintiff's employment; and

10. Such other and further relief, legal and equitable, as may be warranted under the facts and the law.

Respectfully submitted,

Done this 14th day of March 2023.

Sonya Chapman
Pro Se
1533 Honey Trl.
Glenn Heights, Texas 75154
214-694-5770

# EXHIBIT 1

# Offer of Employment ADT LLC Work From Home-Regional Support Specialist , Confidentiality Agreement & Benefits Overview

---

From: ADT Careers (noreply@recruiting.mail.adt.com)

To: snychpmn@gmail.com

Date: Wednesday, December 1, 2021 at 02:04 PM CST

---

Dear Sonya,

Congratulations on your offer for the Work From Home-Regional Support Specialist position with ADT! You may review the details of this offer and all supporting documentation by logging into ADT's Confidential Portal. Please log in with the username and password you created when applying (your username has been provided for you below as a reminder). If you decide to accept our offer, we ask that you electronically, review, sign, and/or acknowledge (as appropriate) the Offer Letter and Confidentiality Agreement within 48 hours of receipt of this email.

Please log in with this username: SonyaChapman@ADT.com

Thank you,

ADT, Talent Acquisition Team




Back

Subject:ADT- Important First Day Instructions

From: shelbyroyster@adt.com

Sent date: Dec 22, 2021

Dear Sonya,

We are excited to share that your background has been successfully completed. We are looking forward to welcoming you to the ADT family, a purpose-driven Company providing protection, peace of mind and security.

Since 1874, ADT has been helping save lives and now, you become a part of this mission. The ADT family encompasses 19,000 talented team members across 200+ sales and service locations and we're thrilled you have selected to begin your journey with us. Our customers are our North Star and our mission is protecting and connecting people and things that matter most.

**First Day Confirmation Details:**

Your start date has been confirmed for: **January 17, 2022. You will receive your arrival time and additional information regarding equipment from your Department Manager/Onboarding Team prior to your start date.**

When you arrive at ADT, please enter through the main entrance. Please see the reception desk and inform them that you are reporting to your first day. Please note that you will be asked to provide a valid photo ID for security purposes.

On your first day:

- **Employment Eligibility** - Please be sure to bring your required I-9 identification. We have attached a copy of the acceptable documents for your convenience. You can also access the information on the New Hire Onboarding Portal.
- **Perform a Wellness Check** - The safety and health of our employees is our top priority. Conducting a daily wellness check is vital for your and your family's health, at or away from work, and is an important daily habit. Before entering an ADT office, ***please ensure you can pass ourdaily wellness check to acknowledge that you are not experiencing any of the listed symptoms***. If you cannot satisfy all of the conditions outlined in the wellness check, please reach out to Christina-Jo Raymer.
    - Fever (100.4 or higher)
    - Early symptoms of acute respiratory illness such as chills, body aches, sore throat, headache, diarrhea, nausea/vomiting, runny nose, muscle pain
    - Shortness of breath, difficulty breathing
    - New loss of taste or smell
    - Coughing, sneezing
    - In the past 14 days, you have not had close contact (within 6 feet/2 meters for more than 15 minutes) with anyone who is either confirmed or suspected of having COVID-19, including experiencing any of the known symptoms listed above.
    - In the last 14 days, you have not tested positive for COVID-19, or have been tested and are awaiting the results.

Congratulations, again, and welcome to the ADT family, where we work each and every day to help customers protect what they love and cherish the most.

Thank you,
Mona Jill Lunin
mlunin@adt.com

ADT, Talent Acquisition Team



© 2018 ADT LLC dba ADT Security Services. ADT is an equal opportunity employer committed to diversity in the workplace.

**Sonya Chapman**

(214)-694-5770 spychpmn@yahoo.com

**Career Objective:** A detail-oriented customer service professional possessing strong technical skills with the ability to learn concepts quickly seeking an administrative support position.

**Summary of Qualifications:**

- Skilled in the use of standard Microsoft Office applications, business computer and integrated Software applications including multitasking general office related tasks.
- Seasoned naturally friendly mature active listener with clear speaking and quality focused problem-solving skills.

**Relevant Skills and Accomplishments:**

Receipt of recognition for assisting the City of Dallas Streets and Sanitation Department staff in a project that lead to greater efficiency within the Department is a related accomplishment. Possess advanced computer skills with exceptional oral and written communication skills.

**Professional Experience:**

- General office clerk two years plus for government, Title Company, Legal Support, and Fleet Service Industries.
- Customer Service Representative less than a year for a telecommunications company.
- Retail sales customer service for more than five years, and telemarketer for over three years.

**Employment History**

- **MCI Inc. Personal Phone Banker** — **04/2022-Present**
  Take inbound calls, account management, assist with loan application process, administrative assistance all while multi-tasking using multiple applications, and monitoring screens.
- **Tek Systems (ADT Security) Customer Relationship Specialist** — **02/2021-03/2022**
  Answer incoming calls, deescalate customer calls, problem solving, resolve account issues, interpret contracts, and communicate terms and conditions.
- **Amazon Fulfillment (FC1)** — **06/2019 –09/2020**
  Pick inventory for consumers, manage inventory, and enhance the customer experience.
- **Inmar Rx Solutions** — **10/2019-09/2020**
  Processed controlled substances and prescriptions for inventory while assisting the Drug Enforcement Agency with logging and record keeping of such medications.
- **Dialog Direct Customer Service Advocate** — **10/2017- 04/2019**
  Resolve customer complaints, determine eligibility of prospect clients for consultation with a banker, manage customer accounts, and manage inbound and outbound calls up to 500 calls per day.
- **Amazon Fulfillment (Seasonal)** — **11/2014-04/2017**
  Maintain quality standards, meet productivity requirements, and perform other duties as assigned.
- **G & K Uniform Services** — **02/2015-03/2015**
  Heavy production requirements, physically handle several hundred items per hour.
- **Washington International Services (Inventory Specialist)** — **09/2014-02/2015**
  Inventory area stores using scanning tools along with using correct counting procedures and handling of store items.
- **Randstad (Dispatcher)** — **03/2014-05/2014**
  Use of warehouse management system to check in/check out drivers, inventory control, multitasking using up to ten different screens.
- **Student Attended Collin County Community College** — **1/2008-05/2011**
- **Student Texas Woman's University** — **07/ 2011-05/2014.**
- **RR Donnelley (Quality Control Clerk)** — **05/2001 - 07/2002**
  Inspected outbound trucks for efficient loading and accuracy, calibrated shipping scales, sorted goods, took samples of finished freight to assure quality and prepared accuracy reports.
- **Associates Fleet Service Clerk** — **12/2000-07/2001**
  Enter incoming bank drafts, researched computerized accounts payable records to correct errors, assured matching virtual invoices. Processed real estate closing documents, and manually maintained files.

**Education and Training:**

| | | |
|---|---|---|
| **Texas Woman's University** | Denton, Texas Legal Studies | **BS 05/2014** |
| **Collin County Community College** | Plano, Texas Legal Assistant | **AAS Paralegal 2011** |

**Certifications/Activities/Honors:**

- **Certified Member of National Academies of Emergency Dispatch** — **2012-2022**
- **Member of Pi Sigma Alpha National Political Science Honor Society** — **2014-2019**

Brookhaven College
DALLAS COUNTY COMMUNITY COLLEGE DISTRICT

# Workforce & Continuing Education

## AWARD OF MERIT

# *Sonya L. Chapman*

## *Electrocardiography Technician*

***July 26, 2017***

*Has met attendance requirements for 50 hours of instruction and is hereby awarded 5.0 continuing education units.*

***Thom D. Chesney, Ph.D***
**President**
**Brookhaven College**

***Vernon Hawkins***
**Associate Vice President**
**Workforce and Continuing Education**

***James Stewart***
**Instructor**
**Workforce and Continuing Education**

***Educational and employment opportunities are offered by Brookhaven College without regard to race, color, age, national origin, religion, sex, disability or sexual orientation.***

# National Technical Honor Society

SUCCESS FAVORS THE PREPARED MIND

*This Certifies That*

## *Sonya L Chapman*

*Because of Outstanding Character and Achievement*

*Has Been Elected into the*

## National Technical Honor Society

*at*

## *Collin County Community College*

Executive Director

April 2, 2012

Date

Advisor

Chief School Administrator

# CERTIFICATE
# NATIONAL ACADEMY of EMERGENCY DISPATCH of the UNITED STATES OF AMERICA

Upon recommendation of its Faculty and Fellows, the National Academy hereby attests that

*Sonya Chapman*

has successfully fulfilled the National Academy's requirements for honored level of

## Certified Emergency Telecommunicator

with all Rights and Responsibilities this *13th* day of *January*, *2012*

President of the Academy

Chair, Board of Certification

Board of Trustees

Chair, Board of ETC Curriculum

Certification No. *371680*

Chair, College of Fellows



# Collin County Community College

## Sonya L. Chapman

*having successfully completed the course of study as prescribed by the faculty and Board of Trustees and having complied with all other requirements of this institution is hereby awarded this*

## Associate of Applied Science

### Paralegal/Legal Assistant

August 11, 2011

*President*

*Chairman, Board of Trustees*

# CERTIFICATE OF ACHIEVEMENT IN

## Computer Operating System

*Awarded To:* Sonya Chapman

Presented By:

## *Dominion Training and Support Center*

Rita Greer

*Executive Director*

Johnel Jones

*Instructor*

*December 9, 2005*

# North Texas Professional Career Institute

The President of the Institute upon recommendation of the faculty

hereby certifies that

## Sonya Chapman

having successfully completed the course of studies for a

Medical Record Coding as required

by this school is entitled to receive this

**Certificate**

Sonya Johnson CPC
Director, Medical Record Coding Program

President

Issued this 1st day of NOV, 2002, in Dallas, Texas

# *Matrix Training Division*

*of*

*Microcomputer Technology Institute*

*proudly acknowledges that*

## *Sonya Chapman*

has demonstrated knowledge and skills in the following areas used in Database Management Occupational Technology:

Word Processing; preparation of letters, forms, tables and reports, entering and editing documents, formatting and printing documents, and use of mailmerge.

| 6-19-96 | C. E. Wilkins | [signature] |
|---|---|---|
| Date | Instructor | School Administrator |

DMT 2/7

# MATRIX TRAINING DIVISION

of
Microcomputer Technology Institute
proudly acknowledges that

***Sonya Champman***

has demonstrated knowledge and skills in the following areas
used in Database Management Occupational Technology:

Data Management; theory of record and file management,
creation of databases for data entry, querying, sorting and indexing.

6-19-96
**Date**

C. E. Williams
**Instructor**

**School Administrator**

DMT4/7

# MATRIX TRAINING DIVSION

of

## Microcomputer Technology Institute

**in accordance with the recommendation of its faculty and administration hereby confers upon**

## *Sonya Chapman*

a

## *CERTIFICATE OF PARTICIPATION*

in

## Basic Office Automation Technology

**having completed 208 hours of theoretical and "hands on" laboratory training**
**this 10th day of June , 1996 .**

**In witness thereof, the seal of the Institute and the signatures of the Instructor and the Director are hereunto affixed.**

C. E. Williams
**INSTRUCTOR**

**DIRECTOR**

MOST 1ST

$6/HR

## V DATA ENTRY

In the 112.5 hour DATA ENTRY Course, the previously learned keyboarding skills will be applied to modern data-entry equipment. Practice in numeric, alphanumeric, and source program entry will be provided.

## VI BOOKKEEPING FUNDAMENTALS

100 hours of training in the fundamentals of bookkeeping include the accounting process, double-entry framework, journal entries, posting to General Ledger, accounts receivable and payable, payroll accounting, the trial balance. All instruction will use realistic case studies simulating practice in a variety of businesses.

## VII LETTER COMPOSITION/WORD PROCESSING

WP 2ND $7-9/HR

A 100 hour course in the correct composition of business letters with emphasis on modern usage, proper spelling, and good "flow" along with the typing skills that will enable the student to use the microcomputer with word processing software.

## VIII AUTOMATED BOOKKEEPING

LOTUS 3RD

This 87.5 hour course is designed for the student to apply new bookkeeping and 10-key skills when using the microcomputer as an office tool. Extensive use of case studies will familiarize each student with the computer as a valuable bookkeeping tool.

## IX EMPLOYMENT SEARCH PREPARATION

A 12.5 hour course designed to teach the student proper techniques for seeking and gaining employment. Application, resumes, letters, telephone contact, and etiquette are all discussed.

50 - 60 WPM → 7-9/HR

70 - 100 WPM → 10 - 14/HR

TEXAS INSTITUTE

1440 W. MOCKINGBIRD LN.
SUITE 500
DALLAS, TEXAS 75247
(214) 637-5211

6 MO

# COURSE OUTLINE

## COURSE #740
## OFFICE SYSTEMS MANAGEMENT

Non-integrated office systems and procedures have long been the main-stay of the traditional office environment, with non-automated methods dominating the work place. Office automation is the art of implementing advanced processing tools to enhance the flow of information and in turn to support decision making, communications, text processing, records management, reproduction, and other office functions. It is apparent that the office of the future will have to keep pace with the everchanging technology to remain competitive. Course #740 will provide individuals with the skills to work in the new environment created by the introduction of this new equipment.

## I INTRODUCTION TO DATA PROCESSING CONCEPTS INCLUDING PROGRAMMING IN BASIC

The student's first 50 hour segment incorporates a 12.5 hour course in BASIC PROGRAMMING. Here the student is introduced to data processing terminology, data representation and programming logic. The student will be able to operate a micro-computer and write or modify a BASIC program.

## II TYPING

This 100 hour course is designed to bring the student up to speed in the fundamental keyboard skills. Accuracy is stressed through drills. The course goal is to provide solid preparation for training on word processing equipment.

## III OFFICE PROCEDURES

In this 37.5 hour lab-intensive course, the student is required to perform the functions of an employee in a modern office. Telephone procedure, filing, office organization, material management, maintaining communication files, and conference scheduling will be covered. Also, proper interview procedures utilizing role play, will be demonstrated to better prepare the student for successfully obtaining employment.

## IV 10 KEY & INTRODUCTION TO BOOKKEEPING

A 50 hour course in the use of 10-key electronic adding machines including drills and case studies used to prepare the student to enter figures rapidly and accurately. This skill will be utilized in manual bookkeeping as well as on the microcomputer's 10-key pad in the automated bookkeeping course.

# The Dallas Computer Literacy Program

awards this certificate of completion to

Sonya Chapman

for satisfactory completion of the requirements for

## Introduction to Computers

President

Instructor

# *Certificate of Appreciation*

*awarded to*

## *Sonja Chapman*

***For your contribution to the success of the Customer Service/Customer Satisfaction Conferences held for Mid-Manager, Support Staff and Supervisory Personnel***

***April and May, 1994***

John L. Ware
City Manager

Clifford V. Keheley
First Assistant City Manager

# Texas Woman's University

By the authority of the Board of Regents of the Texas Woman's University
and upon recommendation of the University Faculty

## Sonya L. Chapman

is hereby awarded the degree of

## Bachelor of Science
**with a major in Government - Legal Studies**

and is entitled to all rights and privileges thereto appertaining.
Witness the seal of the University and the signatures of its Officers.
Given at Denton, Texas, May 10, 2014

Sue S. Bancroft
Chair and Presiding Officer, Board of Regents

TEXAS WOMAN'S UNIVERSITY

Ann Stuart
Chancellor and President

# EXHIBIT 2

Google Drive Links

Ashley 20220307-153427 - Copy.mp3 Google One Drive link for Termination Audio. Exhibit 2

Training Audio Phil 1st Training - Copy.m4a Exhibit 2

https://drive.google.com/file/d/1l_XQankpN2hmkaBhDBspCEYc-MqtAZjw/view?usp=share_link

Ashley terminating my employment. Exhibit 2

https://drive.google.com/file/d/13okNCoq-AeCuCFqmza7DKwQsFCxOcUzY/view?usp=share_link

Ashley training manager making it look good as if I will make it through training, knowing I will be terminated days later. Exhibit 2

https://drive.google.com/file/d/1Zwywx-T10Lp2bz5Hnl4ITQzAComiBDta/view?usp=share_link

https://drive.google.com/file/d/1Zwywx-T10Lp2bz5Hnl4ITQzAComiBDta/view?usp=drivesdk

Sam 2/20/2022

Day 5 OJT 2/25/22

https://drive.google.com/file/d/1_2dM27IJ9Ko8d1oTMpOkP8Albg2E0xxn/view?usp=share_link

Day 4 2/24/22

https://drive.google.com/file/d/1c_Z_5ytLrQPt4WwsDJfl6gPyarWHnoFw/view?usp=share_link

https://drive.google.com/file/d/1c_Z_5ytLrQPt4WwsDJfl6gPyarWHnoFw/view?usp=sharing

**Subject:** RE: Training
**To:** [snychpmn@yahoo.com <snychpmn@yahoo.com>]
**From** Chapman, Sonya <SonyaChapman@adt.com>
**Date** Tue, Mar 8, 2022 at 3:25 PM

Thank you.

Sonya Chapman

Specialist III.OpsSuptCntr

8880 Esters Blvd | Irving, TX 75063

The information contained in this transmission is confidential and/or may contain attorney-client privileged communications intended for the use of the individual or entity named above. If the reader of this electronic message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying is strictly prohibited. ADT Security Services and its affiliates reserve the right to monitor communications handled by its data communications systems to help ensure compliance with ADT's policies, confidentiality obligations, and applicable laws.

---

**From:** Brown, Bryan J (Aurora) <BBrown@adt.com>
**Sent:** Tuesday, March 8, 2022 10:29 AM
**To:** Chapman, Sonya <SonyaChapman@ADT.COM>
**Cc:** Merrick, Ashley <amerrick@adt.com>; Noll, Jeremy A <jnoll@adt.com>; Fields, Yolanda <YBouey@adt.com>
**Subject:** RE: Training

Sonya,

Thank you for reaching out and showing commitment to continue your employment. At this time, as part of the business unit we are moving forward requesting termination. Myself and my peers are in support of this decision and feel it is the best solution for ADT. In training, we have dedicated 1 on 1 resources, worked action plans, and gave you extra time to perform at a level that meets business standards of performance. We set clear expectations while providing feedback of your behavior and performance consistently throughout training which had to be addressed with the corrective action process. As of yesterday, you were not at a performance level needed to be successful in the RSS role.

You were a Customer Inbound team member as a contractor which is a different head count. Being an

ADT hire, we did not have a position available in our Customer Inbound to offer.

Respectfully,

**Bryan Brown**

**Unit Manager.Training, Development, & Quality**

**Field and Operations Support Centers**

Work: 904-451-4984 I Cell: 720-308-8191 I Email: bbrown@adt.com

---

**From:** Chapman, Sonya <SonyaChapman@adt.com>
**Sent:** Tuesday, March 8, 2022 10:39 AM
**To:** Brown, Bryan J (Aurora) <BBrown@adt.com>
**Subject:** FW: Training

Hi Bryan, may you assist me please. Recently, I was terminated per Ashley Merrick advising the Field Ops Managers requested I be terminated due to my performance in the RSS role. I am reaching out for assistance to retain my employment. I am willing to accept a mentorship position, and so on to remain employed. I am not sure where to go regarding a next position. My position before the RSS training was OSC Inbound, may you review If it would be ok for me to return to OSC Inbound. Any help regarding this is greatly appreciated. I included my email to Jeremy Noll, he is not in the office, prompting me to reach out to you.

Thank you.

Sonya Chapman

Specialist III.OpsSuptCntr

8880 Esters Blvd | Irving, TX 75063

The information contained in this transmission is confidential and/or may contain attorney-client privileged communications intended for the use of the individual or entity named above. If the reader of this electronic message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying is strictly

**From:** Chapman, Sonya
**Sent:** Tuesday, March 8, 2022 9:11 AM
**To:** Noll, Jeremy A <jnoll@adt.com>
**Subject:** Training

Hi Jeremy. Can you please assist me in some way. I reached out to Yolanda Fields as she is listed as one of the regional managers. May I have a chance to confirm or give support to an account of what happened. I am copying you on the email I sent to Yolanda as follows:

Ashley Merrick terminated me on 3/7/2022 due to my performance and advised me it was a decision that came from management. The training did not go well for me. This position did not come without some dedication and hard work. I worked hard in the scheduling department for a year to get to a level where I could apply for the RSS role where I worked well with the OSC inbound team. The role here with ADT is one of significant importance to me. I in no way took my duties and responsibilities lightly and am asking that I get an opportunity to defend my position as an ADT employee. As far as training I was given good feedback from one of the mentors advising I was doing as well as the others in my training class. There is an implication that there could be some personality conflict here as well. I am a dedicated customer service professional willing to do all there is to be the best including training mentoring, counseling whatever it takes. Here is what a team member had to say about me:

"Today I had a particularly difficult situation with a customer who had a service call earlier in the day. His system worked just fine while the tech was there and for several hours after the tech left. But then the exact same error message showed up again and would not clear. He called in to ask for the tech to come back ASAP. I spoke with the tech and there was no way he could return today. He gave me some names and numbers of a couple of his managers and ask that I call them to get the on call tech out tonight. Unfortunately, after several phone calls to each of them as well as a few messages sent to them in teams I was still unable to reach anyone to get this issue resolved. THAT is when Sonya in OSC got involved. After looking at her schedule she told me the chances were very slim that another service call would be made so soon. In fact, there were no slots available for a few weeks. But she said she would do her best and asked me to hang on for a few minutes. I don't know how many calls she made or how many people she spoke with but each time she came back to the line the dates were getting closer and closer. I don't know what kind of magic she worked. I just know that she worked it. She didn't take the easy way. She didn't just say "I'm sorry. I can't get anything sooner" and then give up. She was persistent and did her very best to help our customer. I don't know how she did it, but she was able to schedule for a return visit first thing in the morning. Our customer was VERY happy and incredibly grateful. And so am I. Sonya really cares about the customer and their needs. And she does everything possible to meet them. I am so grateful to have Sonya as a member of my ADT family."

I can be reached at 214-694-5770 by phone if you are able to reach me by phone. I was given a nonworking HR number for Rachel Ellis 972-680-3618 by Ashley Merrick when I asked to speak to someone in an attempt to save my employment with ADT.

Thank you.

Sonya Chapman

Specialist III.OpsSuptCntr

8880 Esters Blvd | Irving, TX 75063

The information contained in this transmission is confidential and/or may contain attorney-client privileged communications intended for the use of the individual or entity named above. If the reader of this electronic message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying is strictly prohibited. ADT Security Services and its affiliates reserve the right to monitor communications handled by its data communications systems to help ensure compliance with ADT's policies, confidentiality obligations, and applicable laws.

This email, including attachments, may contain information that is private or confidential. If you received this communication in error, please delete it from your system without copying it and notify sender by reply communication. ADT Security Services and its affiliates reserve the right to monitor communications handled by its data communications systems to help ensure compliance with ADT's policies, confidentiality obligations, and applicable laws.

# Recordings ADT

From: snychpmn@gmail.com (snychpmn@gmail.com)

To: yolanda.brown@eeoc.com

Date: Monday, July 11, 2022 at 10:26 AM CDT

https://drive.google.com/file/d/14FWCGMnSOa-n_xSyPavXjUES-DHWOdwr/view?usp=drivesdk

Hi Mrs. Brown. It was a pleasure speaking with you today. Attached are audio recordings. The audio that it titled Training Audio is from my initial hire and training around 10:18 it may sound like a remark is made regarding my facial feature and is being uttered; not directly said to the person the statement is directed to. The above audio link is the training manager Ashley and at 22:39 she says my behaviors were'nt there from day one, Ashley also pointed out at 10:27 that they were only talking about me. The document reccording links has an audio link of Samuell where he barely spoke with me and is the same day I received my final written. The chats show others having the same problems without incidence.

Sincerely,
Sonya Chapman

20220225 Day 5 OJT Toya.mp3

**20220225 Day 5 OJT Toya.mp3**

https://drive.google.com/file/d/1c_Z_5ytLrQPt4WwsDJfl6gPyarWHnoFw/view?usp=drivesdk

Training Audio.m4a
13.2MB

Training with Kara.doc
22.5kB

All pages Corrective Action.pdf
569.2kB

Compliment Co Worker.doc.txt
108B

Teams-1.doc
41kB

Reccording Links.doc
22kB

# EXHIBIT 3

Fw: Corrective Action

From: sonya chapman (snychpmn@yahoo.com)

To: snychpmn@gmail.com

Date: Monday, March 7, 2022, 07:29 PM CST

Sent from Yahoo Mail on Android

----- Forwarded Message -----
**From:** "Chapman, Sonya" <SonyaChapman@adt.com>
**To:** "snychpmn@yahoo.com" <snychpmn@yahoo.com>

**Sent:** Mon, Mar 7, 2022 at 4:37 PM
**Subject:** Corrective Action

## Corrective Actions

Edit Corrective Action

| Name | Category | Code | Level | Status |
|---|---|---|---|---|
| Chapman, Sonya | Behavior | Unprofessional Behavior | Verbal Warning | Completed |

| Supervisor | Created By | Created Date |
|---|---|---|
| Merrick, Ashley | Merrick, Ashley | 2/10/22 |

| Expectation | Actual |
|---|---|
| As an ADT Team Member, customers depend on you to protect their lives, families and property. As a result, it is our expectation that you adhere to our policies at all times. Any deviation from that expectation adversely impacts our organization, customers and/or work environment and must be addressed. You are a valuable member of the organization and we are dedicated to your continued success. If there are problems affecting your work that you wish to discuss in a confidential manner, the Employee Assistance Program (EAP) is available for your use. This is a free and confidential service provided to all ADT employees and their families for their private use. Please feel free to call 1-855-423-8327 where the staff at the EAP can direct you to a wide variety of support. | 2/8/22- Sonya has a habit logging back from payroll and saying nothing, after repeated calling she will unmute after a few minutes and say yes. Sonya has difficulties applying what she learned in RSS during OJT. Sonya talks herself into confusion then presents this to the customer. When the mentor guides her through steps she is not listening to the mentor, and not able to repeat back to the customer what the mentor has previously spoke on. She had an escalated customer who when she mentioned 'Unfortunately' and it seemed to set off the customer during already escalated scene. Sonya has has been addressed about her tone and behavior on her calls. Sonya's tone - "Whatchu you think you need?" with a tech asking her what to do. It took Sonya1hr to complete EOD/prep email after all techs were called. She said it wasn't her fault, she still learning. Mentor addressed this and Sonya still said it was not her fault. Sonya gets elevated quickly and does not take accountability during OJT for any mishaps. The training team tries to help Sonya, but she gives pushback. Sonya has difficulties focusing on details of the job or techs and often can't perform RSS duties without continuous help from training team. 2/9/22: Sonya called a customer, trying to give her a tracking# that was placed ticket last week. Sonya goes back and forth with customer about length of time since job open etc. The customer says they ordered the part 3 weeks ago as that's when ticket was created, Sonya says actually ma'am its been 4 days. The customer disconnected the line due to the tone and unprofessional responses. At 1619 Sonya told the mentor, "I don't see how can I complete stuff when you have me noting tickets 2-3 times!" This was regarding end of day notes for techs that can not be reached. Sonya needs to work on her attitude as situations quickly escalate. Sonya still struggles with RSS role and job functions. She still needs constant support and guidance to complete RSS tasks. Both days Sonya did not want to go over with the mentor how her day went and what changes we can work on. She steps away after EOD is completed and comes back when its time to clock out avoiding the review with the mentor. |

**Supervisor Plan 1 [2/11/22]:** Sonya, please work on your attitude, tone and professionalism at work. Situations can quickly escalate when we are not professional with our customers, technicians, or fellow employees. Please work with the training team when they are trying to provide support to help understand the RSS role.

## Corrective Actions

Edit Corrective Action

| Name | Category | Code | Level | Status |
|---|---|---|---|---|
| Chapman, Sonya | Behavior | Unprofessional Behavior | Written Warning | Completed |

| Supervisor | Created By | Created Date |
|---|---|---|
| Merrick, Ashley | Merrick, Ashley | 2/22/22 |

**Expectation**

As an ADT Team Member, customers depend on you to protect their lives, families and property. As a result, it is our expectation that you adhere to our policies at all times. Any deviation from that expectation adversely impacts our organization, customers and/or work environment and must be addressed. You are a valuable member of the organization and we are dedicated to your continued success. If there are problems affecting your work that you wish to discuss in a confidential manner, the Employee Assistance Program (EAP) is available for your use. This is a free and confidential service provided to all ADT employees and their families for their private use. Please feel free to call 1-855-423-8327 where the staff at the EAP can direct you to a wide variety of support.

**Actual**

Sonya Chapman is still showing no improvements between interactions with customers and technicians. Sonya has had 1x1 coaching from multiple mentors as well as the training team lead and discussions with the training manager. During OJT mentors will provide support and feedback to help Sonya throughout the RSS tasks. Sonya will often look past the support and continue to struggle with the task at hand. Navigation is still an area of improvement for Sonya. When coaching to this additional opportunity, Sonya insists to do it her way and does not apply the feedback given from the training team. Not being able to apply the feedback / coaching has hindered Sonya from improving with her performance.

**Supervisor Plan 1 [2/24/22]:** Work with mentors and training team lead to further your retention of the RSS tasks. Take the feedback and apply it to help gain confidence in your role.

Close

Avail % ACD %

Thank you.

## Corrective Actions

Edit Corrective Action

| Name | Category | Code | Level | Status |
|---|---|---|---|---|
| Chapman, Sonya | Behavior | Unprofessional Behavior | Final Written Warning | Completed |

| Supervisor | Created By | Created Date |
|---|---|---|
| Merrick, Ashley | Merrick, Ashley | 2/28/22 |

**Expectation**

[illegible]

**Actual**

[illegible]

Employee Plan 1 [3/2/22]: Utilize resources and the Shield to retain the RSS tasks to be able to perform this role on your own prior to graduation. Work on multitasking from chat to phone work to ensure all workload gets handled in a timely manner.

Supervisor Plan 1 [3/2/22]: Manager will continue to check in daily for Sonya. Mentors will continue to provide all feedback after the end of day.

Close

Sonya Chapman
Specialist III.OpsSuptCntr
8880 Esters Blvd | Irving, TX 75063

The information contained in this transmission is confidential and/or may contain attorney-client privileged communications intended for the use of the individual or entity named above. If the reader of this electronic message is not the intended recipient, or the employee or agent responsible to deliver it to t recipient, you are hereby notified that any dissemination, distribution or copying is strictly prohibited. ADT Security Services and its affiliates reserve the right to monitor communications handled by its data communications systems to help ensure compliance with ADT's policies, confidentiality obligations, a laws.

This email, including attachments, may contain information that is private or confidential. If you received this communication in error, please delete it from your system without copying it and sender by reply communication. ADT Security Services and its affiliates reserve the right to monitor communications handled by its data communications systems to help ensure complianc ADT's policies, confidentiality obligations, and applicable laws.

# EXHIBIT 4

## A

**Account Management**
958-0436 Loyalty
958-8800 Loyalty
1-866-656-8883
958-8465
Billing Cust Care
[illegible]
958-2001 Collections
Advanced Care Team
Act Overflow
958-4086 gencare
ACT 958-1625
958-6011
TAG 958-0659
Cust Home 958-8470
HOA 958-8416
E Contracts Admin
866-238-0011
Resale Team 958-0665
Drop Ship: 866-494-9120 they don't go to billable get canceled when time & parts do not cancel get parts not sure about time.
Virtual Appt.
Resi VSC SVC VSC
Resi On SE ADT Command → unplug transformer ex. 2 inch plug plugged into wall outlet usually in basement utility rm or anywhere a wall outlet
42 DSC tech has to change battery
ebsprd.adt.com

## Billing

falsealarmresearch@adt.com
866-605-7211
958-8004
958-0675 in house payments
Informing
M-F 6am-11pm MST
Down line Lead
958-8986
017-1933 BV/BHS.

**ADT**
1-800-238-2727
Sales Field Person
Onboarding
EMS Status Change from EMS M&Q Status change appt time in mno & wire Ultra in TBT
DN sensor kit Conflicts hours Trouble Shoot to activate CS takes three calls upgrade AM | Addon 6pm EST Stylo. 3000 Safewatch
Emergency EDO Dispatch Operator
Custom Home is Field Appt only.
Backup battery should be changed changeable
If power interrupted should Repower
Fixed rep issue. Onboarding make corrections for field [illegible]
Safe Haven 1yr contract Safe Streets 3 mo?
ADT
onsite assessment chg Dealer Installers 500 ADT Installers outside of 2-3 yr contract.
2/15 AT&T Towers Support Towers Safe Sub Action – monitoring

## Sales

Reactivations
Addon | Relo ✓ ALL
960-8530
Cancel Contract
958-8800
New Sales
958-8800
Existing Sales
950-2172
012-2172
Resale Reactivate
012-2768
950-2758
New Acquisition
960-2768
958-8800
Existing Customers new site Preinstall field appt
OnBoarding
960-0355
[illegible]
012-0459 866417342
Spanish
958-8117
958-8119 gencare only
E contract
958-8986
A translator is needed to add existing sensor to command
[illegible]

## Sub Dealers

Authorized Dealer Field Support
Field Support CSE
1800 859-9999
Safe Haven Authorized Dealer 1/22 SH
1877 842-0818
Polsys. contract is 1yr Palm Harbor
Companion 958-8615
800-917-1973
Safe Streets open Saturday
919-773-7802
958-7223
Brinks
800-447-9239
Night watch
603-685-0240
Monitec
844-785 4375
Defenders
317-536-0358
ADT BLUE
Protection One
012-4441 Resi
866-238-2646 Comm
877-776-1911 Resi
012-1322 Comm
Vendor Meetto
Down Load
750-2984

## Tech Support CSG

958-8465
Equip Removal
3 G Team
800-724-9097
800-773-1407
Tech Support
1-877-288-4367
SOP VDN Activation
960-2984
ADT comm for techs
958-7089
866-494-9120
CCTV Tier III
958-0559
Provisioning
958-8303
958-8465
Tech Support
800-956-1834 OE
856-409-6634
order entry
Support
800-272-3370
800-345-7362 p1
order entry
800-494-2191
Service Desk ADT
order entry after hrs

## Health Spanish

Interpreter
958-8117
866-745-5010
ADT Health
958-8615
1-866-764-2465
ADT SCHEDULING
865-226-0205
Nicole Kennedy
when to PIC
Only if the account is notified to verify pic on every call
Product Support
012-7034
Problem Description
67 Relocate Control
14 Wireless Intrusion Camera
13 Contact Magnet fell off
9 Device Issue Water temp
15 Doorbell Issue
0 Device Key fob
41 Sup Lost battery Control
6 Device Issue
3 Keypad
651 Comm fail Cell Radio
68 Programming Issue
PSGH PSG Product Support Group
*777* if 60 t day + place to pri 500

## Systems Notes Ques:

Skilled light blue instead of Landline
Brinks Cellular Connection
Sys Configuration to chk sys type & when put in
Radios not LTE
AM has to help with system Upgrade for TS 333 Total Security
No cell upgrade for TS Panel only AT&T can use cell radios 333 Total Security
Verizon Cell needs whole new system
CMS Customer Monitoring to send Cell bridge
CS Cust Troubleshooting group or to Sales to Switch to Command.
Transfer to ACT 958-1625
If have an option challenge/risk if not then AM
OOS Cust needing service Reach dept
012-2768
Can Call sale rep to look up & did a quote
TS System: cust can/need to call to order cell bridge
Parts for 46 DSC upgrade
ADEMCO LYNX/Quick Connect may/can change cell guard Q netork
CTS can help with that
Panic Button for small bus.
$299.00 first hr addtl 30min
Drop Kit – Drop Ship Dept
Emmy Livingston
Shirley Wadham
Katrina Lancaster CSG
Kathy Zwin Sales
Tech Jose Aristides
Cell bridge DN call 1800-724-9097
VSC Virtual Service Call Tech will call w/in 1hr sched appt.
For Vaccinated tech reach out to chat able to see if tech has volunteered disclosure vaccinated status, if not email FOSC.
I understand concern, based on info tech has voluntarily disclosed to us, I cannot guarantee your tech will be

3g 4000 replaced to LTE400
LE400 cellular communicator is replacing the 3G / Safewatch the panel communicator is being upgraded to LTE400

8am – 6pm EST
EST = 1hr behind CST
6:30 = 5:30
6:30 PST = 8:30 CST 2hrs before

198851 ID#

Vaccinated technician

Tech req add on for contact per PS ~~[illegible]~~ do svc parts add on
Reschd VSC same day cancel & create new one.

EMS: If cust refuse to reschedule MSDEMT.

Vaccinated, we request
Speak to mgr.
Process is to submit for review
Zakiyyah Saint Jean

Command = all in one panel
Safewatch = separate from keypad usually in utility room has a key pad & panel has radio/radio on outside of panel

CTRL P = verify Pic
CTRL U E = employee info
VSC. SVC VSC

If cust turns off svc

Cust need a certificate print etc
Alarm Monitoring Certificate
958-8465 glencare

Hardwired smoke detector

Virtual tech will call w/in 1hr & 30 min window

QA: sup type battery typing can be sent by mail;

333 Total Security (TS) system
Can upgrade to command sup.
key pad does not work off call guard

Guard Run Desirae Gessin

Break in
For Just coming out nothing wrong with sup.
Tech can come for assessment free of charge if any work done then charges may apply
Receive Call w/in 1-2 hrs

MI installs
Onbd preinstalls = after sale up until its installed rework quote
Needs to be rebuilt
CU 24 5 min wait
Green pads as scheduled
Orange 1 hr behind 4 hrs
Yellow 5-30 min 1 call 1x
Red need to resched

Cell is a bridge for the radio
only for the TS Sys;
Command & TS does not require a radio
not compatible to radio update
TS panel
Existing Sales

Aug 4 To go pres Anywork then Yonkey Pro

Exceptions are for loggin phone times.
96 goal
Hold Time 160.
Transfers do less create tkts.
Do Pri 4 only

Reactive
oscrsboffloading@adt.com for svc only
for installs

Informix Billed to the Dealer
Virtual appt can reached my adt
No units for sub dealer.

Tanya Sims Glencare

Request to Review Call Send NSC Feedback Req form for all to be pulled & reviewed w follow up cust.

IVR Cust Site Sec Site options add: IVR OPT option
To stop automated when there is a trouble alarm calls dispatch dept

Priority Codes
900 part req'd
901 part ordered
902 part ready for pickup
Alarm Ems 1-888-2387374

Sup Type
Command
Safewatch
versus tech Skill set
be sure correct tech for sup type skill set

FOSC Dealer Down Line Load 958-8986
Refer to Matrix to determine if door locks are offered
Acct Mgmt: Thermostat-Door Lock Policy
whether can be offered in cust location may be sold if:
The dead bolt door lock is not present
The door has signs of warping
The door locks but is visible (i.e. door must be pushed for dead bolt to lock)
Thermostat:
To Sched a tech for sub resi
Kathy Larson For Spec Ops dept

Vendor Meet
Copy of Fire Report

DSC Panel
3G to 5G does sensors need to be changed out
does commns need to be changed out

~~New Sales~~
Thermostat issue HVAC issue not ADT
If an HVAC issue cust will be charged

Relocation: If moving to new location & has Serve.

Install upgd candidate? Safe Haven 1yr Everyone else 90days
Beep Beeping?
Recurring Svc call PS UA SE Region Jeremy Knoll Mgr Early Jan 2022

Morning
TO: OSC Mgrs: & SVC STM/ITM
cc: SVC GGM GOM & OSC Regional Unit Mgr, Team Leads, FOSC Training
EOD EOD

Late Onsite: Reply To All Send Report
To: OSC mgrs & SVC STM/ITM
cc: SVC GGM GOM (EOD) & OSC Regional Unit Mgr, Team Leads, FOSC Training

make note:
EOD: Send Report Reply to All Add evening Mgrs & Evening RSS & Eve leads
TO: OSC Evening RSS, Evening Lead, RSS Mgrs, Evening RSS Mgr
cc: OSC Regional Unit Mgr, Team Lead, Training

TO: STM/ITM TO: RSS mgrs
CC: GGM GOM cc: Regional RSS Unit Mgr, Team Lead, Training
morning & LOS only

Full sched
QA
copanet

OSC Team
RSS, Leads, Lead Mgrs, Unit Mgr, Training,
Regional Unit Mgr for late onsite; morning, & evening

Determine Technology
H Acct verify Digital Dialer - RSS/SMB-CID Format
2 way land in H acct automatically = 2 way voice Digital NOT Pivot

T21 TSS Total Security Panel (T21) = TSSC
U38 DSC Radio (U38) = DSC GSM Communicator
U79 AlarmNet / Honeywell (U79) = AlarmNet-GSM NOT Pivot
U68 Telguard = Telguard Digital
U46 Alarm.com U46 = Alarm.com, Dealer
T51 NOT Command = NOT Command
8- Non monitored = Non monitored Technologies

Reasons Deactivate
Previous radio not deactivated when replaced / Removed
Primary communication method changed
The acct is canceled
Primary CS# is canceled / purged
Acct does not exist in MAS
The acct belongs to same address as the one being installed
For DSC Radios, find mastermind CS# by searching Serial on Demand using DNIS & acct code listed in Vendor Software.

Templating Chart

| | | | | |
|---|---|---|---|---|
| ✓ ① In Servc | if panel Δ | Create New CS# line Ctrl Shift C | Transfer zones only if requested | |
| X ② In Srvc | No panel Δ | Overwrite old CS#; New temp if communication method changed ie H to U | Place old CS# OOS; Deactivate Old radio | 1. Screen shot zones from H acct 2. Delete zones 3. Ctrl Shift C to add new Tech 4. Update zones from screen shots |
| ✓ ③ OOS | Δing Panel type Yes | Create new CS# line CTRL Shift C | New temp not needed Yes | 1. CTRL Shift C 2. verify Sig Type is listed correct |
| X ④ OOS | Δing Panel Type NO | Overwrite old CS# | Only if communication method is changing H to U | 1. Screen Shot zones from H acct 2. Delete Zones 3. CTRL Shift C 4. Update zones from Screen Shot |

Incidents F4 Job Summary F1 Cust Site F2 Contracts F3 Monitoring F3 Sys Config

# Confirmation Cheat Sheet: Ins

1. Create Incident F5
2. Determine Acct Type

Job Summary CTRL F4 (Job Hist)
1. CS# in job matches the CS# tech working on

Customer Site: CTRL F1 (Cust Site)
1. At least one contact ph number CTRL F1 → CONTACTS
2. PIC CTRL F1 → CONTACTS
3. YST: [1] exists on General Dispatch page CTRL F1

Contracts: CTRL F2 (Contracts)
1. Do the customer signing a new contract
2. Do the contract linked to the job

Monitoring/System CTRL F3 (Monitoring)
1. System Screen
 - Panel location
 - Panel ph (landline only) Has N auto premise ph#

2. System Config Screen
 - Transformer, Touchpad, Sounder locations
 - For NVR/DVR usually only item & Serial # is listed

Interactive Services:
1. Verify Signals in Pulse Admin / 3PS
 - For Alarm.com check dual path is enabled for acct w wifi
 i.e. cellular broadband success
2. Ask Tech "Are you installing a Google Doorbell on this acct?"
 - verify google Nest Doorbell + google subscription in MMB
 - If status & Subscription not Active, confirmation cannot be provided

Confirm Signals
1. Generate confirmation # in NICAD/Informix
2. Document Incident Comments
3. Close Incident

Interactive 3PS — Check alarm.com dual communication acct w/ wifi & google acct. F3 monitoring options, F3 → options

Confirm Signals — F3 edit zones, F9 Dispatch History, zones, place in Svc., OOS for Conversion from landline command, Message 6 OOS waiting purge

Close Job — Conf #, Incident, Close Tkt. ICRCH HELP Data Confirm Accomplish

Radios — Alarm.Com Radios T5T U46 primary only

Primary Only Registered Via 3PS

Alarm.com Radio & requires T51 acct # used w Command panel

T51 acct # & alarm.com radio to be used w Command panel

U46 acct # used w any other alarm.com panel technology

ADTLTEA-ADTCE-V are ADT Command (All are Interactive service 2-way)

all others → are Alarm.com Dealer

SEM210, XT512 US-AT, XT-5A-US-VZ, CD-40-US-VZ, CD-42-US-VZ Sem Device

AlarmNet. Radios Require U79 acct # Register via 3PS

[redacted] used as primary or back up
SOD Technology Type:
Alarmnet GSM ADT Direct

DSC Radios: Require U38 acct # to be primary registered via 3PS

SOD technology: DSC GSM Communicator

DSC Radios:
LE 4000LE
DSC 3G2075 3G3070 3G4000

acct #
U68 Telguard Radios used as primary & backup
Register via telguard, Require a receiver from Signals on demand
SOD Tech, Telguard Digital
TG-4

## Template

Ademco/DSC Resi + landline G-ADT-R
Resi + Cell G-ADT-CELL-R
Resi landline + 2way G-ADT-2WAY-R
Resi Cell + 2way G-ADT-2WAY-CELL-R
Resi Cell Backup + 2way

To Delete ph # from contacts select & strike CTRL D

Virtual install team ... Priorities Do not work

ADTV ...@aol.com 6%
Sr. Specialist 958-8293
1-855-404-6534
CRQ
DE 1-800-966-1234
803-958-7834 if showing NVD gingerbread
Tech Support 958-8465
Help Desk 1-877-235-4327
1-866-764-2465 Scheduling
Billing = Order Entry
Access = PSG
Add Google = PSG

turn on Z wave:

Priorities:
- 9 Call after SS NALM
- 10 dedicated SS
- 40 call to schedule 403
- 15 Drop Ship part ordered
- 16 Drop Ship delivered
- 20 cust scan appt removed for non-confirm
- 75 jobs not sched by CSOC
- 50 priority for rolled install
- 92 call 2X to offer SS NALM
- 98 call 3X after SS NALM
- 100 tech not ... part NO. ... order part
- 104 part ... order
- 130 need ... 10 day
- 200 manual intervention in ... job
- 300 scheduling issue
- ... 500

Virtual install ... ... pipeline ... ... not work ... placed to pull 75
Jobs should not be scheduled by FOSC ... ... ... requires ...
Priority 00 ... ... ... non-confirmation

Safewatch
U38
Ademco 2GIG Command Only
... Network Carrier: VZ, CIG, AT&T ...
Network Type CIG
U46
U79 Safewatch 5000
Radio Registration Site Alarm.com

Brand New Sys ... ... ... ... ... ... ... for confirmation

Sys Errors "4500525"
Unacceptable:
Engagement Errors
Communication
Panel, Sensors

Resolve Communication Error on Alarm.com
Accounts in 3PS
ensure programming on acct ... is not occurring
1. go alarm.com via 3PS, remote toolkit
command catalog, communication, Radio Diagnostic Check, Send ... radio to ... signal strength wait 3 min, click arrow ... ... to return to remote toolkit
if communication ... fails
if path is ... dual path check in 3PS to ... to dual path.
Command catalog, communication, dual path settings, dual path, send command
if ... at ... cell

# EXHIBIT 5

Fw: Corrective Action

From: sonya chapman (snychpmn@yahoo.com)

To: snychpmn@gmail.com

Date: Monday, March 7, 2022, 07:29 PM CST

Sent from Yahoo Mail on Android

----- Forwarded Message -----
**From:** "Chapman, Sonya" <SonyaChapman@adt.com>
**To:** "snychpmn@yahoo.com" <snychpmn@yahoo.com>

**Sent:** Mon, Mar 7, 2022 at 4:37 PM
**Subject:** Corrective Action

## Corrective Actions

×

Edit Corrective Action

| Name | Category | Code | Level | Status |
|---|---|---|---|---|
| Chapman, Sonya | Behavior | Unprofessional Behavior | Verbal Warning | Completed |

| Supervisor | Created By | Created Date |
|---|---|---|
| Merrick, Ashley | Merrick, Ashley | 2/10/22 |

| Expectation | Actual |
|---|---|
| As an ADT Team Member, customers depend on you to protect their lives, families and property. As a result, it is our expectation that you adhere to our policies at all times. Any deviation from that expectation adversely impacts our organization, customers and/or work environment and must be addressed. You are a valuable member of the organization and we are dedicated to your continued success. If there are problems affecting your work that you wish to discuss in a confidential manner, the Employee Assistance Program (EAP) is available for your use. This is a free and confidential service provided to all ADT employees and their families for their private use. Please feel free to call 1-855-423-8327 where the staff at the EAP can direct you to a wide variety of support. | 2/8/22- Sonya has a habit logging back from payroll and saying nothing, after repeated calling she will unmute after a few minutes and say yes. Sonya has difficulties applying what she learned in RSS during OJT. Sonya talks herself into confusion then presents this to the customer. When the mentor guides her through steps she is not listening to the mentor, and not able to repeat back to the customer what the mentor has previously spoke on. She had an escalated customer who when she mentioned 'Unfortunately' and it seemed to set off the customer during already escalated scene. Sonya has has been addressed about her tone and behavior on her calls. Sonya's tone - "Whatchu you think you need?" with a tech asking her what to do. It took Sonya 1hr to complete EOD/prep email after all techs were called. She said it wasn't her fault, she still learning. Mentor addressed this and Sonya still said it was not her fault. Sonya gets elevated quickly and does not take accountability during OJT for any mishaps. The training team tries to help Sonya, but she gives pushback. Sonya has difficulties focusing on details of the job or techs and often can't perform RSS duties without continuous help from training team. 2/9/22: Sonya called a customer, trying to gi... her a tracking# that was placed in ticket last week. Sonya goes back and forth wit... customer about length of time since job open etc. The customer says they ordered the part 3 weeks ago as that's when ticket was created, Sonya says actually ma'am its been 4 days. The customer disconnected the line due to the tone and unprofessional responses. At 1619 Sonya told the mentor, "I don't see how can I complete stuff when you have me noting tickets 2-3 times!" This was regarding end of day notes for techs that can not be reached. Sonya needs to work on her attitude as situations quickly escalate. Sonya still struggles with RSS role and job functions. She still needs constant support and guidance to complete RSS tasks. Both days Sonya did not want to go over with the mentor how her day went and what changes we can work on. She steps away after EOD is completed and comes back when its time to clock out avoiding the review with the mentor. |

**Supervisor Plan 1 [2/11/22]:** Sonya, please work on your attitude, tone and professionalism at work. Situations can quickly escalate when we are not professional with our customers, technicians, or fellow employees. Please work with the training team when they are trying to provide support to help understand the RSS role.

## Corrective Actions

Edit Corrective Action

| Name | Category | Code | Level | Status |
|---|---|---|---|---|
| Chapman, Sonya | Behavior | Unprofessional Behavior | Written Warning | Completed |

| Supervisor | Created By | Created Date |
|---|---|---|
| Merrick, Ashley | Merrick, Ashley | 2/22/22 |

**Expectation**

As an ADT Team Member, customers depend on you to protect their lives, families and property. As a result, it is our expectation that you adhere to our policies at all times. Any deviation from that expectation adversely impacts our organization, customers and/or work environment and must be addressed. You are a valuable member of the organization and we are dedicated to your continued success. If there are problems affecting your work that you wish to discuss in a confidential manner, the Employee Assistance Program (EAP) is available for your use. This is a free and confidential service provided to all ADT employees and their families for their private use. Please feel free to call 1-855-423-8327 where the staff at the EAP can direct you to a wide variety of support.

**Actual**

Sonya Chapman is still showing no improvements between interactions with customers and technicians. Sonya has had 1x1 coaching from multiple mentors as well as the training team lead and discussions with the training manager. During OJT mentors will provide support and feedback to help Sonya throughout the RSS tasks. Sonya will often look past the support and continue to struggle with the task at hand. Navigation is still an area of improvement for Sonya. When coaching to this additional opportunity, Sonya insists to do it her way and does not apply the feedback given from the training team. Not being able to apply the feedback / coaching has hindered Sonya from improving with her performance.

**Supervisor Plan 1 [2/24/22]:** Work with mentors and training team lead to further your retention of the RSS tasks. Take the feedback and apply it to help gain confidence in your role.

Close

Thank you.

## Corrective Actions

Edit Corrective Action

| Name | Category | Code | Level | Status |
|---|---|---|---|---|
| Chapman, Sonya | Behavior | Unprofessional Behavior | Final Written Warning | Completed |

| Supervisor | Created By | Created Date |
|---|---|---|
| Merrick, Ashley | Merrick, Ashley | 2/28/22 |

**Expectation**

As an ADT Team Member, customers depend on you to protect their lives, families and property. As a result, it is our expectation that you adhere to our policies at all times. Any deviation from that expectation adversely impacts our organization, customers and/or work environment and must be addressed. You are a valuable member of the organization and we are dedicated to your continued success. If there are problems affecting your work that you wish to discuss in a confidential manner, the Employee Assistance Program (EAP) is available for your use. This is a free and confidential service provided to all ADT employees and their families for their private use. Please feel free to call 1-855-423-8327 where the staff at the EAP can direct you to a wide variety of support.

**Actual**

[illegible]

Employee Plan 1 [3/2/22]: Utilize resources and cheat sheets to retain the RSS tasks to be confident to perform this role on your own prior to graduation. Work on multitasking from chat to phone work to ensure all workload gets handled in a timely manner.

Supervisor Plan 1 [3/2/22]: Manager will continue to check in daily on Sonya. Mentors will continue to provide all feedback after the end of day.

Close

Sonya Chapman
Specialist III.OpsSuptCntr
8880 Esters Blvd | Irving, TX 75063

The information contained in this transmission is confidential and/or may contain attorney-client privileged communications intended for the use of the individual or entity named above. If the reader of this electronic message is not the intended recipient, or the employee or agent responsible to deliver it to t recipient, you are hereby notified that any dissemination, distribution or copying is strictly prohibited. ADT Security Services and its affiliates reserve the right to monitor communications handled by its data communications systems to help ensure compliance with ADT's policies, confidentiality obligations, a laws.

This email, including attachments, may contain information that is private or confidential. If you received this communication in error, please delete it from your system without copying it anc sender by reply communication. ADT Security Services and its affiliates reserve the right to monitor communications handled by its data communications systems to help ensure complianc ADT's policies, confidentiality obligations, and applicable laws.

Case 3:23-cv-00799-D-BN Document 11 Filed 04/11/23 Page 126 of 295 PageID 132

# EXHIBIT 6

[7:47 AM] Allums, Amy

My MMB is down.

[7:47 AM] Lunan, Latoya

yes try again, it crashed and will go back up

[7:47 AM] Allums, Amy
okay

[7:48 AM] Roepke, Bruce

Sounds good.

[7:48 AM] Houchin, Madison

So how does it work when there are two rss I'm covering 835 C and TE and the other rss covering A and B but it's all in the same chat? How do provisioning req work?

[7:49 AM] Rioux, Ashley

usually when the chat is mixed you all just take the next one in line

[7:49 AM] Rioux, Ashley

so you both share the request that come in but then are only responsible for your techs schedule in JST

[7:49 AM] Allums, Amy

Just do them as they come in. Your just managing techs from C if they need more work Etc.

heart 1

[7:51 AM] Harvey, Josh

I wanted to make sure I have this set up right

I just set up Largo(459) for Teams A/B/C/TE right?

Just was never sent something that looked like this when given a market code

| | | | |
|---|---|---|---|
| JST_UA Largo Team A, B and C | 220 | 455 | 380 |
| JST_UA Largo - Team A, B and C | 459 | 848 | 381 |

[7:51 AM] Rioux, Ashley

Harvey, Josh correct

[7:52 AM] Rioux, Ashley

Daytime Regional Support Specialist:
SVC: Natasha Moore 1152362
INS(A,B&C): Joshua Harvey 1152445

[7:52 AM] Rioux, Ashley

since there isnt anyone listed for TE you would do that too if it shows in JST

[7:52 AM] Harvey, Josh

What are all the numbers?

I searched them all in JST and only got 459

Just so I know going forward

[7:53 AM] Rioux, Ashley

I know the last column is the market code that the tech uses to call in and get you

[7:53 AM] Rioux, Ashley

not sure what the middle one is honestly

[7:54 AM] Rioux, Ashley

actually....Sarah said the middle one is the DT Bump Up folder number

[7:54 AM] Harvey, Josh

Which we dont do

Right?

like 1

[7:56 AM] Haney, Jennifer

Mclaughlin, Samuel I'm in CHICAGO land today!!!! 😄

laugh 2 like 2

[7:57 AM] Cruz, Danny
laugh 1

[8:00 AM] Harvey, Josh

where do we find out our direct manager?

I still dont have off this saturday, but it was approved before training.

I didnt know who to message about it

[Yesterday 2:31 PM] Simon, Sarah

Roepke, Bruce add me to your chat please

[Yesterday 2:46 PM] Roepke, Bruce

Gone one I'm trying to get a confirmation on and I have some questions on it.

[Yesterday 2:46 PM] Roepke, Bruce

got not gone

[Yesterday 3:17 PM] Roepke, Bruce

I'm getting overrun here. Help please!

like 1

[Yesterday 3:19 PM] Schultz, Kayla

Bruce reach out to the chat and let them know to contact the FOSC for confirmation requests.

like 1

[Yesterday 3:19 PM] Schultz, Kayla

Also reach out to your manager and see if they can assist with the chat reuqests, letting them know you are getting bogged down with requests.

[Yesterday 3:20 PM] Roepke, Bruce

Yeah, I've put it in the chats. I'll add a mgr too, but mine is off today

[Yesterday 3:20 PM] Roepke, Bruce

I'm about 3 hours behind

[Yesterday 3:24 PM] Schultz, Kayla

I got Layota helping in the chat as well

[Yesterday 3:27 PM] Roepke, Bruce

Thanks. This has been intense.

[Yesterday 3:28 PM] Schultz, Kayla

Monday's can get crazy, hang in there we're getting you some help 😉

[Yesterday 3:28 PM] Schultz, Kayla

The techs also know that if they need confirmation they can call the fosc

[Yesterday 3:28 PM] Roepke, Bruce

I'll start on my EOD once I'm done with this confirmation and the phone call

[Yesterday 3:42 PM] Roepke, Bruce

Thanks for all the help.

heart 1

[3/4/2022 9:38 AM] McGill, April

we can delete zone off zone list if tech removed it correct?

like 1

[3/4/2022 9:38 AM] Mclaughlin, Samuel

if tech removes it yes.

like 1

[3/4/2022 9:39 AM] Roepke, Bruce

help please

like 1

[3/4/2022 9:43 AM] Chapman, Sonya

I need help please

like 2

[3/4/2022 9:52 AM] Harvey, Josh

Can I get some help pleae

like 1

[3/4/2022 10:01 AM] Schultz, Kayla
Important!

You all should have received an invitation to our Graduation!! We'll be meeting in Teams at 12:00 to meet with your managers, and answer questions. Please remember to let your chat's know you have

a meeting at 12:00; and please make sure to log out of the phones. For the 8am folks we'll be going to lunch after.

heart 7 like 1

[3/4/2022 10:01 AM] Schultz, Kayla

One more hour till our Graduation meeting

heart 3

[3/4/2022 10:02 AM] Nearing, Katie

12 EST! that means 11 CST and 10 MST

like 1

[3/4/2022 10:02 AM] Harvey, Josh

Can we go to Pizza Hut afterwards?

heart 1 laugh 3 like 1

[3/4/2022 10:02 AM] Nearing, Katie

you can do whatever you want on your last day!

laugh 1

[3/4/2022 10:03 AM] Mclaughlin, Samuel

Harvey, Josh sure if your buying

laugh 2

[3/4/2022 10:03 AM] Harvey, Josh

I got enough points for some breadsticks

laugh 2

[3/4/2022 10:03 AM] Taylor, Stacey
laugh 4 heart 1

[3/4/2022 7:14 AM] Critton, Whitney

Help please

like 1

[3/4/2022 7:34 AM] Houchin, Madison

Question please - nothing urgent

like 1

[3/4/2022 7:52 AM] Allums, Amy

help please

like 1

[3/4/2022 7:56 AM] Schultz, Kayla

Team please remember to make sure all the tasks you've done are notated.

like 1

[3/4/2022 7:56 AM] Schultz, Kayla

Document Document Document!!

[3/4/2022 7:57 AM] Chapman, Sonya

Happy Friday

Good morning everyone

heart 1 like 1

[3/4/2022 8:06 AM] Harvey, Josh

Can I have some help please

like 1

[3/4/2022 8:07 AM] Carroll, India

Help please

like 1

[3/4/2022 8:09 AM] Haney, Jennifer

After a pri reaches 93? do we leave it and not call or do we change it to a 10?

[3/4/2022 8:11 AM] Destinee Paynter-Plivac

Haney, Jennifer If it's 903 that should be a parts pending ticket. They go up to priority 907. Review and Update Parts Pending Jobs in JST | The Shield (adt.com)

[3/4/2022 8:12 AM] Harstick, Joshua

rr

[3/4/2022 8:12 AM] Haney, Jennifer

Destinee Paynter-Plivac

| | | | | |
|---|---|---|---|---|
| 93 | SVC/Install | Scheduled/Assigned | 3RD ATTEMPT CALL TO OFFER SOONER SERVICE | (RSS) Customer called three times to offer sooner appointment, no contact made with customer detailed message left |

heart 1

[3/4/2022 8:12 AM] Schultz, Kayla

Place to Priority 10 and document work order

like 1 heart 1

[3/4/2022 8:12 AM] Destinee Paynter-Plivac

Sorry I misunderstood! Yes they do go to priority 0

like 1

[3/4/2022 8:12 AM] Destinee Paynter-Plivac

*10

[3/4/2022 8:13 AM] Harvey, Josh

I need help again please

like 1

[3/4/2022 8:15 AM] Allums, Amy

help please

like 1

[3/4/2022 8:16 AM] Haney, Jennifer
**Destinee Paynter-Plivac**

Sorry I misunderstood! Yes they do go to priority 0

It's all good. Thank you for the help!

heart 1

[3/4/2022 8:44 AM] Carroll, India

Can I get help please

like 1

[3/4/2022 8:54 AM] Whitlock, Takeesha

and i need help again

like 1

[3/4/2022 9:01 AM] Schultz, Kayla
Important!

Team

You all should have received an invitation to our Graduation!! We'll be meeting in Teams at 12:00 to meet with your managers, and answer questions. Please remember to let your chat's know you have a meeting at 12:00; and please make sure to log out of the phones. For the 8am folks we'll be going to lunch after.

heart 2 like 1

[3/4/2022 9:01 AM] Roepke, Bruce

help please

like 1

[3/4/2022 9:02 AM] Schultz, Kayla

If you did not receive this invitation please let us know.

[3/4/2022 9:02 AM] Harvey, Josh

Can someone please help me

like 1

[3/4/2022 9:02 AM] Harstick, Joshua

Schultz, Kayla will this be via email?

[3/4/2022 9:02 AM] Allums, Amy

I did not receive email

[3/4/2022 9:03 AM] Whitlock, Takeesha

I didnt get the email

[3/4/2022 9:03 AM] Schultz, Kayla

It will be sent via a invite; check your calender

[3/4/2022 9:03 AM] Whitlock, Takeesha

not in the calendar

[3/4/2022 9:03 AM] Allums, Amy

same not in calendar either

[3/4/2022 9:03 AM] Allums, Amy

Schultz, Kayla

[3/4/2022 9:03 AM] Harstick, Joshua

[3/4/2022 9:04 AM] Carroll, India

same not in calendar

[3/4/2022 9:04 AM] Ortega, Amanda

It wouldnt show on your calendar until you accepted the invite via email

like 1

[3/4/2022 9:04 AM] Harstick, Joshua

ok well in that case no email yet

[3/4/2022 9:04 AM] Roepke, Bruce

No email yet

[3/4/2022 9:05 AM] Ortega, Amanda

hang tight everyone

[3/4/2022 9:06 AM] Schultz, Kayla

Resending now

[3/4/2022 9:36 AM] Haney, Jennifer

can I confirm? or no.

[3/4/2022 9:36 AM] Mclaughlin, Samuel

no we cant accept a trouble for a door sensor on signals

like 1

[3/4/2022 9:38 AM] McGill, April

we can delete zone off zone list if tech removed it correct?

like 1

[3/4/2022 9:38 AM] Mclaughlin, Samuel

if tech removes it yes.

like 1

[3/4/2022 9:39 AM] Roepke, Bruce

help please

like 1

[3/4/2022 9:43 AM] Chapman, Sonya

I need help please

like 2

[3/4/2022 9:52 AM] Harvey, Josh

Can I get some help pleae

like 1

[3/4/2022 10:01 AM] Schultz, Kayla
Important!

You all should have received an invitation to our Graduation!! We'll be meeting in Teams at 12:00 to meet with your managers, and answer questions. Please remember to let your chat's know you have a meeting at 12:00; and please make sure to log out of the phones. For the 8am folks we'll be going to lunch after.

heart 7 like 1

[3/4/2022 10:01 AM] Schultz, Kayla

One more hour till our Graduation meeting

heart 3

[3/4/2022 10:02 AM] Nearing, Katie

12 EST! that means 11 CST and 10 MST

like 1

[3/4/2022 10:02 AM] Harvey, Josh

Can we go to Pizza Hut afterwards?

heart 1 laugh 3 like 1

[3/4/2022 10:02 AM] Nearing, Katie

you can do whatever you want on your last day!

laugh 1

[3/4/2022 10:03 AM] Mclaughlin, Samuel

Harvey, Josh sure if your buying

laugh 2

[3/4/2022 10:03 AM] Harvey, Josh

I got enough points for some breadsticks

laugh 2

[3/4/2022 10:03 AM] Taylor, Stacey
laugh 4 heart 1

[3/4/2022 10:09 AM] Taylor, Stacey
**Nearing, Katie**

oh! the ITM should also send you the invite

Nope

[3/4/2022 10:09 AM] Harvey, Josh

I dont think you get one everyday.

It is up to the ITM if they want to invite you

Right?

like 1

[3/4/2022 10:10 AM] Deshays, Martina

i think so i still ask to get invited but they dont invite me 😟

[3/4/2022 10:10 AM] Deshays, Martina

or im on break/ lunch when they have it

[3/4/2022 10:11 AM] Harvey, Josh
**Deshays, Martina**

i think so i still ask to get invited but they dont invite me ☹

Same

Just like all my friends birthday parties growing up

I never get invited

sad 3

[3/4/2022 10:11 AM] Mclaughlin, Samuel

Harvey, Josh i was that kid 2.. i understand how you feel

[3/4/2022 10:15 AM] Deshays, Martina

lol i had 1 friend still my bff to this day

[3/4/2022 10:15 AM] Harstick, Joshua

could i get some help

like 1

[3/4/2022 10:16 AM] Deshays, Martina

tomorrow will be 1 year since she passed away

sad 5

[3/4/2022 10:17 AM] Taylor, Stacey

my birthday is in the middle of the summer, the day after a holiday and no one was ever around.

[3/4/2022 10:17 AM] Houchin, Madison

My bday is next week

heart 4

[3/4/2022 10:18 AM] Harvey, Josh
Mine is a month from today

[3/4/2022 10:18 AM] Taylor, Stacey
heart 1

[3/4/2022 10:25 AM] Taylor, Christian

Could I get some assistance please

like 1

[3/4/2022 10:28 AM] Taylor, Stacey

If you are calling a customer and get a recording that says, "press 1" or "press 2" how do you do that. I am opening the dial pad and clicking the number but it doesn't ever work.

[3/4/2022 10:29 AM] McGill, April

try you keyboad

[3/4/2022 10:29 AM] Taylor, Stacey
**McGill, April**

try you keyboad

did that too - didn't work

[3/4/2022 10:30 AM] Roepke, Bruce

I don't understand when I'm looking for ss why even the tech it's assigned to doesn't show up even on the day when it's scheduled.

[3/4/2022 10:30 AM] McGill, April
**Taylor, Stacey**

did that too - didn't work

ugh that's a problem

[3/4/2022 10:30 AM] Roepke, Bruce

try saying 'beep'

laugh 3

[3/4/2022 10:31 AM] Allums, Amy

Can I get assistance please

like 1

[3/4/2022 10:32 AM] Deshays, Martina

got this error on mmb hit ok and both of them closed

like 1

[3/4/2022 10:42 AM] Destinee Paynter-Plivac

You should be good to still schedule Martina

like 1

[3/4/2022 10:44 AM] Harvey, Josh

Can I get some help please

like 1

[3/4/2022 10:46 AM] Taylor, Stacey

I have a tech asking me "can you deactivate this sem module for me please 35323-8061159876" there is nothing showing in 3PS

[3/4/2022 10:47 AM] Allums, Amy

Anyone elses 3PS crash?

[3/4/2022 10:48 AM] Schultz, Kayla

There have been some issues with 3ps so it's possible that it might be going down

[3/4/2022 10:48 AM] Allums, Amy

okay

[3/4/2022 10:49 AM] Taylor, Stacey

I have a tech asking me "can you deactivate this sem module for me please 35323-8061159876" there is nothing showing in 3PS

[3/4/2022 10:50 AM] Cruz, Danny

ask him for imei # maybe?

[3/4/2022 10:50 AM] Cruz, Danny

or cs # ?

like 1

[3/4/2022 10:51 AM] Nearing, Katie

Taylor, Stacey try pulling up the last 10 of the number he gave you in the Device Identifier field

like 1

[3/4/2022 10:55 AM] Taylor, Stacey
**Nearing, Katie**

Taylor, Stacey try pulling up the last 10 of the number he gave you in the Device Identifier field




[3/4/2022 10:55 AM] Taylor, Stacey
**Taylor, Stacey**

that's the screen I get

[3/4/2022 10:55 AM] Nearing, Katie

when you pull up 8061159876 in device identifier?

[3/4/2022 10:56 AM] Deshays, Martina

for the meeting do we leave zoom?

[3/4/2022 10:56 AM] Nearing, Katie

it looks like that doesn't bring up anything either

[3/4/2022 10:56 AM] Schultz, Kayla

Yes leave zoom

like 1

[3/4/2022 10:56 AM] Schultz, Kayla

Please make sure that you are also logging out of the phone

like 2

[3/4/2022 10:56 AM] Schultz, Kayla

and letting your chat know you have a meeting

like 1

[3/4/2022 10:56 AM] Whitlock, Takeesha

so are we telling our techs to call in for assistance?

like 1

[3/4/2022 10:57 AM] Harvey, Josh

Can someone please pop over really quick

like 1

[3/4/2022 10:58 AM] Destinee Paynter-Plivac

Yes ma'am just like how you post for lunch, etc.

like 1 heart 1

[3/4/2022 11:17 AM] Nearing, Katie
Important!

This is the time to ask your questions! Take advantage of this time! These are your managers and some of your biggest helpers and assets!

like 1

[3/4/2022 11:20 AM] Joffe, Lisa

when do we find out what manager we have?

[3/4/2022 11:20 AM] Mclaughlin, Samuel

they will most likely reach out to you today

like 2

[3/4/2022 11:23 AM] Deshays, Martina

do i take my break after this meeting?

[3/4/2022 11:24 AM] Nearing, Katie
**Deshays, Martina**

do i take my break after this meeting?

you can as long as you're at a good stopping place!

like 1

[3/4/2022 11:26 AM] Hensley, Abigail

Do we go into the zoom room?

like 2

[3/4/2022 11:27 AM] Marconi, Kara

Congrats Everyone!!!

like 1 heart 1

[3/4/2022 11:27 AM] Deshays, Martina

break brb

like 1

[3/4/2022 11:27 AM] Taylor, Christian
heart 3

[3/4/2022 11:27 AM] Taylor, Stacey

BRB Break

[3/4/2022 11:27 AM] Schultz, Kayla

For all my 8am folks Lunch time!!

heart 1 like 1

[3/4/2022 11:27 AM] Destinee Paynter-Plivac

ENJOY!!

[3/4/2022 11:27 AM] Schultz, Kayla

Make sure we are taking lunch for my 8 am folks

like 1

[3/4/2022 11:29 AM] Mclaughlin, Samuel

Congrats everyone. It has been and honor and privilege to teach each of you. Thank you.

like 1 heart 4

[3/4/2022 11:30 AM] Roepke, Bruce

Thanks for everything.

[3/4/2022 11:30 AM] Cruz, Danny

Congrats everyone

[3/4/2022 11:31 AM] Roepke, Bruce

And I have 2 questions please

like 1

[3/4/2022 11:33 AM] Mclaughlin, Samuel

FYI

[3/4/2022 11:47 AM] Deshays, Martina

| | Date | Day | CS# | Operator | Zone | State | Event | Location/Comment |
|---|---|---|---|---|---|---|---|---|
| | 3/4/2022 09:17:06 | Friday | T516661235 | | 6 | R | CIR380-RE-TROUBLE ON ZON | *Test UPST CO DET OOS |
| | 3/4/2022 09:16:35 | Friday | T516661235 | | 6 | T | CIE380-TR-TROUBLE ON ZON | *Test UPST CO DET OOS |
| | 3/4/2022 09:16:29 | Friday | T516661235 | | 6 | A | CIE162-CM-CARBON MONOXI | *Test UPST CO DET OOS |
| | 3/4/2022 09:16:07 | Friday | T516661235 | | 7 | R | CIR110-RE-RESTORE FA | *Test UPST Heat OOS |

is this ok to give confo?

[3/4/2022 11:48 AM] McGill, April

you need a restore for the co

like 2

[3/4/2022 11:49 AM] Deshays, Martina

ok thank you

[3/4/2022 11:50 AM] McGill, April

you did get a good signal for zone 7 as well correct?

like 1

[3/4/2022 12:28 PM] Taylor, Stacey

if the tech says, "can you deactivate the SEM..." does that mean the radio?

[3/4/2022 12:29 PM] Mclaughlin, Samuel

thats a type of radio

[3/4/2022 12:29 PM] Mclaughlin, Samuel

look at your radio information sheet

[3/4/2022 12:32 PM] Harvey, Josh

Brivo doest need a S/N?

[3/4/2022 12:32 PM] Whitlock, Takeesha

i need help im confused

like 1

[3/4/2022 12:33 PM] Critton, Whitney

please I need new cs number sfw3k and le4000 radio does this mean he needs a u38

like 1

[3/4/2022 12:33 PM] Harstick, Joshua

could i have some help real fast

like 1

[3/4/2022 12:34 PM] Destinee Paynter-Plivac

Yes ma'am, U38 is the radio type

like 1

[3/4/2022 12:34 PM] Mclaughlin, Samuel

Critton, Whitney us the radio information sheet

like 1

[3/4/2022 12:41 PM] Nearing, Katie

Harvey, Josh that's a senior specialist question! send him on over to his new friends

[3/4/2022 12:48 PM] Marconi, Kara

Other then calling them, we don't see their inventory.

[3/4/2022 12:49 PM] Allums, Amy

Okay.

[3/4/2022 12:49 PM] Marconi, Kara

Their manager or office parts person can see their inventory, tech can call those people.

[3/4/2022 12:50 PM] Allums, Amy

Okay. So if tech asks tell him to call the local office

[3/4/2022 12:50 PM] Carroll, India

could I get help please

like 1

[3/4/2022 12:50 PM] Marconi, Kara
He can do that. They are able to see who has what on their truck.

[3/4/2022 12:51 PM] Marconi, Kara

Allums, Amy if they are inquiring a certain tech we could call that tech and see if they have an extra too and if he is close by where they could meet.

[3/4/2022 12:55 PM] Allums, Amy

He was asking if there was anyone close to him that has a park to drop off to him. He didn't mention any name. So that would go to Local office?

[3/4/2022 12:56 PM] Ortega, Amanda
He can put a request in the group chat as well.
like 1

[3/4/2022 12:56 PM] Marconi, Kara

We could let him know who is near him too...my techs always called each other.

[3/4/2022 12:57 PM] Allums, Amy

How do you see that?

[3/4/2022 12:57 PM] Allums, Amy

Just look on the schedule for all techs?

like 1

[3/4/2022 12:57 PM] Marconi, Kara

JST...you can look at the techs cities on the jobs they are at

like 1

[3/4/2022 12:59 PM] Taylor, Stacey

Is this acceptable?




[3/4/2022 1:12 PM] Allums, Amy

So when Monitoring Error show and says can not connect to API we can still give confirmation?

[3/4/2022 1:13 PM] Critton, Whitney

help please

like 1

[3/4/2022 1:13 PM] Nearing, Katie
**Allums, Amy**

So when Monitoring Error show and says can not connect to API we can still give confirmation?

no. We need to let the tech know about the error and have him try to fix it

[3/4/2022 1:15 PM] Allums, Amy

I did and this is what happen.

2:01 PM
Smith, Timothy- Showing that there is a monitoring issue. Can't connect to API

Smith, Timothy 2:02 PM
They said that is an acceptable issue

Harris, Jade 2:03 PM
**Allums, Amy** as long as all the zones came in we can give conf

[3/4/2022 1:17 PM] Nearing, Katie

I sit corrected! That looks correct according to dispatch!

[3/4/2022 1:17 PM] Schultz, Kayla

- **Monitoring** - Monitoring errors are acceptable as long as signals have been received successfully and there are no communication issues.




[3/4/2022 1:17 PM] Schultz, Kayla

https://theshield.adt.com/posts/4500525-system-check-alarm-com-requirements

[3/4/2022 1:18 PM] Allums, Amy

Alrighty will save that one

like 1

[3/4/2022 1:31 PM] Chapman, Sonya

I need help please

like 1

[3/4/2022 1:32 PM] Taylor, Stacey

we can't give confirmation without restorals, correct?

like 1

[3/4/2022 1:32 PM] Mclaughlin, Samuel

correct

[3/4/2022 1:32 PM] Mclaughlin, Samuel

for life safety devices

[3/4/2022 1:33 PM] Taylor, Stacey

so, if there is no restoral for the zones it's fine? but no restoral for life safety is not fine?

like 1

[3/4/2022 1:34 PM] Ortega, Amanda
like 1

[3/4/2022 3:21 PM] Roepke, Bruce

Completely different. Site says Amie Coomes, contract shows a Mary Crain.

[3/4/2022 3:22 PM] Randle, Rahshun

Do a search by address and see if there is a site with the correct name Roepke, Bruce

[3/4/2022 3:22 PM] Critton, Whitney
**Carroll, India**

Critton, Whitney thank you]

What did I do?😊

[3/4/2022 3:22 PM] Randle, Rahshun

Roepke, Bruce heading over to your room

[3/4/2022 3:23 PM] Taylor, Stacey

so, starting Tuesday - if we have questions, who do we ask?

[3/4/2022 3:23 PM] Schultz, Kayla

Team if you need the wfo link I've posted here for you

https://adt.hosted.aspect-cloud.net/WFO/default/WFM/PersonalAccounts

Sign In

[3/4/2022 3:24 PM] Mclaughlin, Samuel

The Shield, Your notes, RSS TL, RSS TM. or one of us

[3/4/2022 3:24 PM] Schultz, Kayla
**Taylor, Stacey**

so, starting Tuesday - if we have questions, who do we ask?

We'll be keeping the chat open a week, we can answer questions via the chat but we will not be able to go into zoom rooms. When you work your shift you will be graduated into your shift.

heart 1

[3/4/2022 3:25 PM] Schultz, Kayla

Just like Sam said you'll utilize the Sheild, your notes, RSS Team Leads, RSS Team Mangers, or one of us.

surprised 1

[3/4/2022 3:25 PM] Taylor, Stacey

No more training wheels!!

Taylor, Stacey3/4/2022 3:26 PM 2
[3/4/2022 3:26 PM] Schultz, Kayla

You guys got this!

[3/4/2022 3:26 PM] Deshays, Martina

need help pls

like 1
[3/4/2022 3:27 PM] Nearing, Katie
Important!

As the day winds down for most of you, please remember that YOUR TRAINING NEVER STOPS!!! We are always here for you as best as we can be. We'll keep this chat open for about a week to try to answer questions as you guys transition onto the "floor" and join your other team members!

We are SOOOO incredibly proud of how well you guys have done this week, and you guys should be too! Some of you have seen us get excited to hear our old trainees on the phone and rest assured we'll be just as excited to hear you guys and see how well you're doing. That of which we have full faith in. You guys made it this far! We're excited to see you guys grow!

heart 7 like 1

[3/4/2022 3:27 PM] Schultz, Kayla
**Carroll, India**

📷 Thank you everyone for everything.

Thank you guys for sticking with us, and being an amazing class!

heart 5

[3/4/2022 3:28 PM] Destinee Paynter-Plivac
Important!

Fabulous job everyone!! You guys have been wonderful!! Have a fantastic weekend and come back next week ready to keep up the momentum with your new teams next week!!

heart 6

[3/4/2022 3:28 PM] Mclaughlin, Samuel
**Nearing, Katie**

As the day winds down for most of you, please remember that YOUR TRAINING NEVER STOPS!!! We are always here for you as best as we can be. We'll keep this chat open for about a week to try to answer questions as you guys transition onto the "floor" and join your other team members! We are SOOOO...

laugh 3 sad 1

[3/4/2022 3:29 PM] Marconi, Kara

Proud of you all! You are all going to do great things! Be proud of all you've accomplished!! Its not an easy road...but you did it!

heart 5

[3/4/2022 3:29 PM] Harvey, Josh

Thank you everyone

heart 2

[3/4/2022 3:32 PM] Deshays, Martina

now he wants me to chnage it back Mclaughlin, Samuel lol

[3/4/2022 3:33 PM] Mclaughlin, Samuel

for the love of everything holy. would this guy make up his mind.

[3/4/2022 3:33 PM] Mclaughlin, Samuel

brt

[3/4/2022 3:33 PM] Roepke, Bruce

on tech needing work for next day, is that for Monday then, not tomorrow?

like 1

[3/4/2022 3:34 PM] Mclaughlin, Samuel

unless your branch is open tomorrow

[3/4/2022 3:36 PM] Critton, Whitney

Thank you to all the trainers! This has been the toughest training I've done with ADT but I'm glad I made it through even though it was feeling a little shaky. You guys are extremely helpful. Thank you, Thank you!!! Have a great weekend!! and Congrats Everyone!!!

heart 3 like 1

[3/4/2022 3:36 PM] Roepke, Bruce

We've got this! Thank you for everything.

heart 2

[3/4/2022 3:36 PM] Marconi, Kara

You all do got this! Proud of u!

[3/4/2022 3:37 PM] Roepke, Bruce

We might lose our minds the first couple of weeks, but...

laugh 1 heart 1

[3/4/2022 3:37 PM] Marconi, Kara

It might get dicey at times...but, you've got tons of support.

[3/4/2022 3:38 PM] Harvey, Josh

I will be sending a lot of you messages for help lol.

Thanks again everyone

[3/4/2022 3:38 PM] Deshays, Martina

Mclaughlin, Samuel he said " Need let's go secure package no more changes cust can't navigate welcome letter and I need to close this job I'm really sorry"

like 1

[3/4/2022 3:38 PM] Mclaughlin, Samuel

lol so change it back to secure

like 1

[3/4/2022 3:41 PM] Joffe, Lisa

help

like 1

[3/4/2022 3:43 PM] Taylor, Stacey

Thank you to the trainers - I was on a pretty rough road when I started training. I appreciate all of the help and kindness through all of this. You guys are awesome!!

heart 3

[3/4/2022 3:43 PM] Whitlock, Takeesha

i have a question in here

like 1

[3/4/2022 3:46 PM] Deshays, Martina

ok ty

[3/4/2022 3:50 PM] Nearing, Katie

Whitlock, Takeesha can I have the full IMEI that he sent you

[3/4/2022 3:50 PM] Harstick, Joshua

thank you everyone it has been a blast learning with all of you and a big thank you to our teachers and our go to tech guy Mclaughlin, Samuel so we didnt always have to wait on the help desk i look forward to working with all of you best wishes josh

heart 4

[3/4/2022 3:52 PM] Marconi, Kara
**Deshays, Martina**

📷 do i need an "A" for zone 11?

check and see if it came in as E110

[3/4/2022 3:52 PM] Nearing, Katie

or can I have the account?

[3/4/2022 3:52 PM] Whitlock, Takeesha
**Nearing, Katie**

Whitlock, Takeesha can I have the full IMEI that he sent you

357072101210407

[3/4/2022 3:52 PM] Marconi, Kara

sometimes the FA will come in as E110 in the history

[3/4/2022 3:52 PM] Nearing, Katie
**Whitlock, Takeesha**

357072101210407

can I have the job or account number?

[3/4/2022 3:53 PM] Marconi, Kara

| | | | | | | |
|---|---|---|---|---|---|---|
| 3/4/2022 12:43:57 Friday | T516689117 | 11, | R | CIR110-RE-RESTORE FA | *Test UPST Heat OOS | 4,CID,R110,Task:1 |
| 3/4/2022 12:43:49 Friday | T516689117 | E110 | A | CIE110-FA-FIRE ALARM | *Test OOS zone: 9 | 1,CID,E110,(9),Tas |
| 3/4/2022 12:43:49 Friday | T516689117 | E110 | A | CIE110-FA-FIRE ALARM | *Test OOS zone: 11 | 1,CID,E110,(11),Ta |
| 3/4/2022 12:43:17 Friday | T516689117 | 7 | R | CIR132-RE-RESTORE INTERIOR | *Test Entry Motion OOS | 4,CID,R132,Task:1 |

[3/4/2022 3:58 PM] Taylor, Stacey

totally unrelated to training but have any of you tech saavy people out there tried to turn your monitors sideways?

[3/4/2022 3:58 PM] Mclaughlin, Samuel

yeah Toya does it to drive my brain nuts

laugh 1

[3/4/2022 3:58 PM] Mclaughlin, Samuel

why?

[3/4/2022 3:59 PM] Roepke, Bruce

Physically turn it sideways you mean? Yeah, and you can turn the image sideways too. I just don't remember what it is.

[3/4/2022 3:59 PM] Taylor, Stacey

just curious if the different perspective would give more room for setting up all the windows.

[3/4/2022 3:59 PM] Mclaughlin, Samuel

[7:44 AM] Roepke, Bruce

And I'm all out of names

heart 1

[7:45 AM] Allums, Amy

Tashia just reached out and stated we will be floaters if you were not assigned a branch by 8:15am. She will sending us reports.

heart 1

[7:47 AM] Allums, Amy

My MMB is down.

[7:47 AM] Lunan, Latoya

yes try again, it crashed and will go back up

[7:47 AM] Allums, Amy
okay

[7:48 AM] Roepke, Bruce

Sounds good.

[7:48 AM] Houchin, Madison

So how does it work when there are two rss I'm covering 835 C and TE and the other rss covering A and B but it's all in the same chat? How do provisioning req work?

[7:49 AM] Rioux, Ashley

usually when the chat is mixed you all just take the next one in line

[7:49 AM] Rioux, Ashley

so you both share the request that come in but then are only responsible for your techs schedule in JST

[7:49 AM] Allums, Amy

Just do them as they come in. Your just managing techs from C if they need more work Etc.

heart 1

[7:51 AM] Harvey, Josh

I wanted to make sure I have this set up right

I just set up Largo(459) for Teams A/B/C/TE right?

Just was never sent something that looked like this when given a market code

| | | | |
|---|---|---|---|
| JST_UA Largo Team A, B and C | 220 | 455 | 380 |
| JST_UA Largo - Team A, B and C | 459 | 848 | 381 |

[7:51 AM] Rioux, Ashley

Harvey, Josh correct

[7:52 AM] Rioux, Ashley

Daytime Regional Support Specialist:
SVC: Natasha Moore 1152362
INS(A,B&C): Joshua Harvey 1152445

[7:52 AM] Rioux, Ashley

since there isnt anyone listed for TE you would do that too if it shows in JST

[7:52 AM] Harvey, Josh

What are all the numbers?

I searched them all in JST and only got 459

Just so I know going forward

[7:53 AM] Rioux, Ashley

I know the last column is the market code that the tech uses to call in and get you

[7:53 AM] Rioux, Ashley

not sure what the middle one is honestly

[7:54 AM] Rioux, Ashley

actually....Sarah said the middle one is the DT Bump Up folder number

[7:54 AM] Harvey, Josh

Which we dont do

Right?

like 1

[7:56 AM] Haney, Jennifer

Mclaughlin, Samuel I'm in CHICAGO land today!!!!

laugh 1 like 1

[7:57 AM] Cruz, Danny
laugh 1

Harvey, Josh7:51 AM

I wanted to make sure I have this set up right

I just set up Largo(459) for Teams A/B/C/TE right?

Just was never sent something that looked like this when given a market code

| | | | |
|---|---|---|---|
| JST_UA Largo Team A, B and C | 220 | 455 | 380 |
| JST_UA Largo - Team A, B and C | 459 | 848 | 381 |

Rioux, Ashley7:37 AM

Houchin, Madison correct

Daytime Regional Support Specialist:
SVC: LaTara Westbrooks1152269
INS(A&B): Leightinyah Parham1152085
INS(C&TE): Madison Houchin 1152499

[7:36 AM] Houchin, Madison

So 835 C and TE C but not A and B?

like 1

Houchin, Madison7:35 AMEdited👍1

Just want to make sure I'm reading this correctly - I'm just doing TE 835 C is that correct? Or is it C and TE?

JST_ IO - Atlanta North Team C, TE 835 41

[7:35 AM] Lunan, Latoya

well branch 835, C and TE

[2:39 PM] Rioux, Ashley

Deshays, Martina yes you can enable it because its on the new contract

Business Inter. ADT Control App

like 1

[2:39 PM] Deshays, Martina

how do i do that?

[2:43 PM] Deshays, Martina

can you help Rioux, Ashley

[2:44 PM] Rioux, Ashley

sorry....it is Edit Service Level in 3PS and make sure its at least set to CONTROL

like 1

[2:44 PM] Deshays, Martina

premise control?

like 1

[2:44 PM] Rioux, Ashley

yes

[2:45 PM] Deshays, Martina

ok thank you can i get in the ticket plss

[2:46 PM] Rioux, Ashley

haha sorry I am out

like 1

[2:46 PM] Deshays, Martina

thank you 😊

[2:53 PM] Allums, Amy

quick question Communication warning is okay correct?

like 1

[2:53 PM] Allums, Amy

| | |
|---|---|
| Communications Warning | ⚠ Signal strength test was successful, but some other signal-related issues are showing up. Average signal strength in the last 30 days is poor. |

[2:53 PM] Simon, Sarah

Yes but let the tech now

[2:53 PM] Simon, Sarah

know*

[2:53 PM] Allums, Amy
Okay.

[3:16 PM] Deshays, Martina

Rioux, Ashley tech calling in again said the packaged wasnt updated only in mastermind ??

surprised 1

[3:16 PM] Critton, Whitney

do we use pri 4 for p1 accts

[3:17 PM] Deshays, Martina

Rioux, Ashley can you call me? in 3ps it looks weird now

like 1

[3:17 PM] Rioux, Ashley

Deshays, Martina tell him to log out and back into ADC bc its there

like 1

[3:18 PM] Simon, Sarah

Critton, Whitney it has to be updated in JST. Select the sooner service requested option

like 1

[3:18 PM] Harvey, Josh

I just got an email about evening coverage

Should I add the person who is taking over my area to the chat I use now? Or evening chat has their own

Last week the person just jumped in when I was done

I dont see this person though for today

[3:18 PM] Critton, Whitney
**Simon, Sarah**

Critton, Whitney it has to be updated in JST. Select the sooner service requested option

thanks

[3:19 PM] Simon, Sarah

I'd let the chat know who their evening RSS is and to refer to the evening chat.

[3:19 PM] Harvey, Josh

Ok. Thank you sarah

like 1

[3/4/2022 11:47 AM] Marconi, Kara

Thinking of you. How's it going?

[3/4/2022 11:47 AM] Chapman, Sonya

It is slow for now, doing ops

[3/4/2022 11:47 AM] Chapman, Sonya

thank you Kara, that is so kind of you

heart 1

[3/4/2022 11:48 AM] Marconi, Kara
Rockstar. Don't forget to take lunch at 1...and then when you get back...PM Health checks. :P You got this! Proud of u!!
heart 1

[3/4/2022 3:18 PM] Marconi, Kara

They may not have all that sorted out yet.

Case 3:23-cv-00799-D-BK Document 11 Filed 04/17/23 Page 180 of 292 PageID 180

# EXHIBIT 7




Back

Subject:Remote Customer Troubleshooting Support at ADT LLC

From: ADT Careers

Sent date: Mar 1, 2022

Hi Sonya,

Thank you for your recent application for the position of Remote Customer Troubleshooting Support-2210714. We are currently reviewing your application and candidate profile. Should your experience and background be a match for this position, a representative of our talent acquisition team will contact you.

We appreciate the time you've taken to prepare you application and we will be in touch with you shortly. If at any point you would like to review your candidate profile, click here.

Again, thank you for your interest in ADT and we will be in touch soon.

Best regards,

ADT Talent Acquisition Team

Please do not reply. Replies to this message are undeliverable and will not reach the Talent Acquisition Department.

Set your account preferences anytime by accessing the My Account page.



© 2018 ADT LLC dba ADT Security Services. ADT is an equal opportunity employer committed to diversity in the workplace.

# Remote Customer Service and Retention Representative (Job ID 2119437)

From: sonya chapman (snychpmn@yahoo.com)

To: snychpmn@yahoo.com

Date: Tuesday, March 1, 2022 at 08:37 PM CST

***Major Responsibilities***

We are hiring for our Account Management department as a Retention Agent in the following states: Alabama, Arkansas, Florida, Georgia, Idaho, Indiana, Iowa, Kansas, Kentucky, Louisiana, Mississippi, Nebraska, North Dakota, Oklahoma, South Dakota, Texas and Virginia.

In Account Management, our pursuit to make things right is the driving force behind our customer loyalty. We are the customer's champion – the architect who builds a bridge between what the customer wants, and the value we have to offer through an array of ADT products, led by a mission to protect lives, hopes, dreams, and futures.

- A day in the life of a Retention Agent looks like this:
- Answering incoming calls about our products and services with existing customers
- Retaining ADT customers by problem solving, deescalating customer issues and resolving account issues.
- Reviewing all contacts for accuracy while enhancing the department's ability to maximize profitability and resolution.
- The ability to work independently to find the best solution.

We're looking for someone with these skills:

- Experience in sales or retention
- Effective communication skills that help deescalate customer calls while problem solving
- The ability to work with multiple screens and programs open to help resolve customer issues
- Be able to interpret contracts and communicate terms and conditions
- Perform quick calculations

Compensation

- Competitive pay based on experience with additional financial incentives for team members.

Start Date and Schedule

- Our department is closed on weekends, allowing our employees to receive every weekend off, no matter the shift.

## Job Requirements

- Designated place to work from home
- High speed internet. DSL, Cable or Fiber internet service with the ability to hardwire via ethernet from cable modem to your PC
- At least 25mbps to of internet to download and 15mbps to upload

When you commit to us—we commit to you. Our employees receive a comprehensive, full benefits package that includes:

- Paid virtual training
- Full benefits on the 1st of the month after 31 days of employment
- Casual, yet energetic and engaging work environments
- Medical, Dental, Vision, 401(k) with employer matching
- Paid vacation time (We all need to recharge)
- Tuition reimbursement, employee referral bonuses
- Potential opportunities to work from home based on business needs
- A culture of coaching, development and career growth opportunities

***Knowledge, Skills and Abilities:***




Sonya Chapman, you are signed in. |



Applying for: Work From Home-Regional Support Specialist (Job Number: 2118795)

1 e-Signature Authorization | 2 Upload a Resume | 3 File Attachments | 4 Personal Information | 5 Shift Availability | 6 Questionnaire | 7 Work Experience | 8 Education | 9 Identification | 10 Disability | 11 Attestment | 12 Review and Submit

The following information will be submitted after you click the Submit button. Where an Edit link is displayed, you can modify the corresponding information.

## e-Signature Authorization

| | |
|---|---|
| Enter Full Name | Sonya Chapman |
| Today's Date | Mar 6, 2022 |

## File Attachments

| Relevant Files | Resume | File Name | Date | Comments |
|---|---|---|---|---|
| No | Yes | Processing Resume3.doc | 3/6/22 | This file includes a resume from which basic candidate information has been extracted. |

## Personal Information

| | |
|---|---|
| Full Name | Sonya Chapman |
| Preferred First Name | Sonya |
| Street Address (line 1) | 1533 Honey Trl |
| Apt/Suite | |
| City | Glenn Heights |
| Zip/Postal Code | 75154 |
| Mobile Number | 2146945770 |
| Email Address | sonyachapman@adt.com |

Job Posting Notification

| | |
|---|---|
| Send an email notification whenever a new position matching this profile is posted. | Yes |

## Shift Availability

| | |
|---|---|
| Hours per week, preferred | More than 40 hours |
| Hours per week willing to work | More than 40 hours |
| Expected Hourly Pay Rate | |
| Willing to work on weekends | Yes |
| Willing to work on holidays | Yes |

## Questionnaire

Are you at least 18 years of age? (If not, your employment is subject to verification that you are of at least legal age and that you are able to supply any required work permit).

Are you currently eligible to work in the U.S., and authorized to work for this Company on an ongoing indefinite basis?

Are you willing to submit to a drug test?

Do you have relatives working at ADT?

Have you ever been employed by ADT Inc.or any of it's past or present subsidiaries or affiliates, including ADT LLC, Protection One, Red Hawk Fire & Security LLC, or ADT Commercial LLC?

Have you signed an employment agreement or any kind of restrictive covenant not to compete or a contract of any kind that might restrict your ability to perform duties for this Company?

Will you now or in the future require sponsorship by this Company to attain or maintain your employment eligibility?

## Work Experience

| | |
|---|---|
| Current Employer | Yes |
| Job Title | Scheduler |
| Employer | TEKsystems, Inc. |
| Start Date | Feb 2021 |
| End Date | |
| City | Plano |
| State/Province | Texas |

| | |
|---|---|
| Supervisor's Name | Recruiter |
| Supervisor's Title | Recruiter |
| Supervisor's Phone | |
| The Supervisor may be contacted | Yes |
| Supervisor's Email Address | |
| What are your compensation expectations? | 000000.00 |
| Current Employer | No |
| Job Title | Customer Service |
| Employer | Dialog Direct |
| Start Date | Oct 2017 |
| End Date | Apr 2019 |
| City | Fort Worth |
| State/Province | Texas |
| Supervisor's Name | Recruiter |
| Supervisor's Title | Recruiter |
| Supervisor's Phone | |
| The Supervisor may be contacted | Yes |
| Supervisor's Email Address | |
| What are your compensation expectations? | 00000.00 |
| Current Employer | No |
| Job Title | FC1 |
| Employer | Amazon Llc |
| Start Date | Nov 2014 |
| End Date | Sep 2020 |
| City | Farmers Branch |
| State/Province | Texas |
| Supervisor's Name | |
| Supervisor's Title | |
| Supervisor's Phone | |

| | |
|---|---|
| The Supervisor may be contacted | No |
| Supervisor's Email Address | |
| What are your compensation expectations? | 00000.00 |

## Education

| | |
|---|---|
| Institution | Texas Woman's University |
| Status | Completed |
| Education Level | Bachelor's Degree |
| Major/Specialization | Government |
| Other Institution Location | Denton |

## Identification

**Voluntary Self- Identification**

| | |
|---|---|
| Gender | Female |
| Ethnicity | Black or African American |
| I belong to the following classifications of protected veterans (Choose all that apply): | I am NOT a veteran |

## Disability

**Form**

| | |
|---|---|
| Disability | I do not wish to provide this information |
| Name | Sonya Chapman |
| Today's_Date | 3/6/22 |

## Attestment

**General Affirmations, Understandings, and Acknowledgements**

| | |
|---|---|
| Esigned by: | Sonya Chapman |
| Date: | 12/3/21 |

HOME | ABOUT ADT | WORKING AT ADT | CAREER AREAS | DIVERSITY AND INCLUSION | EVENTS | RECENTLY VIEWED JOBS | SAVED JOBS | USER LOGIN




Sonya Chapman, you are signed in. |

My Account Options

Sign Out My Job Cart (0 items)

JOB SEARCH MY INFORMATION

Applying for: Remote Customer Service and Retention Representative (Job Number: 2119437)

1 e-Signature Authorization
2 Upload a Resume
3 File Attachments
4 Personal Information
5 Shift Availability
6 Questionnaire
7 Questionnaire Cont'd
8 Work Experience
9 Education
10 Identification
11 Disability
12 Attestment
13 Review and Submit

The following information will be submitted after you click the Submit button. Where an Edit link is displayed, you can modify the corresponding information.

## e-Signature Authorization

| | |
|---|---|
| Enter Full Name | Sonya Chapman |
| Today's Date | Mar 6, 2022 |

## File Attachments

| Relevant Files | Resume | File Name | Date | Comments |
|---|---|---|---|---|
| No | Yes | Processing Resume3.doc | 3/6/22 | This file includes a resume from which basic candidate information has been extracted. |

## Personal Information

| | |
|---|---|
| Full Name | Sonya Chapman |
| Preferred First Name | Sonya |
| Street Address (line 1) | 1533 Honey Trl |
| Apt/Suite | |
| City | Glenn Heights |
| Zip/Postal Code | 75154 |
| Mobile Number | 2146945770 |
| Email Address | sonyachapman@adt.com |

**Job Posting Notification**

| | |
|---|---|
| Send an email notification whenever a new position matching this profile is posted. | Yes |

## Shift Availability

| | |
|---|---|
| Hours per week, preferred | More than 40 hours |
| Hours per week willing to work | More than 40 hours |
| Expected Hourly Pay Rate | |
| Willing to work on weekends | Yes |
| Willing to work on holidays | Yes |

## Questionnaire

| | |
|---|---|
| Are you at least 18 years of age? (If not, your employment is subject to verification that you are of at least legal age and that you are able to supply any required work permit). | |
| Are you currently eligible to work in the U.S., and authorized to work for this Company on an ongoing indefinite basis? | |
| Are you willing to submit to a drug test? | |
| Do you have relatives working at ADT? | |
| Have you ever been employed by ADT Inc.or any of it's past or present subsidiaries or affiliates, including ADT LLC, Protection One, Red Hawk Fire & Security LLC, or ADT Commercial LLC? | |
| Have you signed an employment agreement or any kind of restrictive covenant not to compete or a contract of any kind that might restrict your ability to perform duties for this Company? | |
| Will you now or in the future require sponsorship by this Company to attain or maintain your employment eligibility? | |

## Questionnaire Cont'd

**Questionnaire**

| | |
|---|---|
| Do you reside in one of the following states: Alabama, Arkansas, Florida, Georgia, Idaho, Indiana, Iowa, Kansas, Kentucky, Louisiana, Mississippi, Nebraska, North Dakota, Oklahoma, South Dakota, Texas or Virginia? | Yes |

## Work Experience

| | |
|---|---|
| Current Employer | Yes |
| Job Title | Customer Service Advocate |
| Employer | ADT Security Services |
| Start Date | Feb 2021 |

| | |
|---|---|
| End Date | |
| City | |
| State/Province | |
| Supervisor's Name | |
| Supervisor's Title | |
| Supervisor's Phone | |
| The Supervisor may be contacted | No |
| Supervisor's Email Address | |
| What are your compensation expectations? | 36700 |

| | |
|---|---|
| Current Employer | No |
| Job Title | FC1 |
| Employer | Amazon Fulfillment Fulfillment Center 1 |
| Start Date | Jun 2019 |
| End Date | Sep 2020 |
| City | |
| State/Province | |
| Supervisor's Name | |
| Supervisor's Title | |
| Supervisor's Phone | |
| The Supervisor may be contacted | No |
| Supervisor's Email Address | |
| What are your compensation expectations? | 0.0000000 |

| | |
|---|---|
| Current Employer | No |
| Job Title | Processor |
| Employer | Inmar Rx Solutions |
| Start Date | Oct 2019 |
| End Date | Feb 2020 |
| City | |
| State/Province | |

| | |
|---|---|
| Supervisor's Name | |
| Supervisor's Title | |
| Supervisor's Phone | |
| The Supervisor may be contacted | No |
| Supervisor's Email Address | |
| What are your compensation expectations? | 0.000000000 |

## Education

| | |
|---|---|
| Institution | Texas Woman's University |
| Status | Completed |
| Education Level | Bachelor's Degree |
| Major/Specialization | Paralegal w Law emphasis |
| Other Institution Location | Denton |

| | |
|---|---|
| Institution | Collin County Community College |
| Status | Completed |
| Education Level | Associate's Degree/Diploma Program |
| Major/Specialization | PARALEGAL |
| Other Institution Location | Plano |

## Identification

**Voluntary Self- Identification**

United States

| | |
|---|---|
| Gender | Female |
| Ethnicity | Black or African American |
| I belong to the following classifications of protected veterans (Choose all that apply): | I am NOT a veteran |

## Disability

**Form**

| | |
|---|---|
| Disability | I do not wish to provide this information |
| Name | Sonya Chapman |
| Today's_Date | 3/6/22 |

HOME | ABOUT ADT | WORKING AT ADT | CAREER AREAS | DIVERSITY AND INCLUSION | EVENTS | RECENTLY VIEWED JOBS | SAVED JOBS | USER LOGIN

Take the next step in your career



Sales | Field Operations | Corporate | Contact Center

Back

Subject:Remote Customer Service Monitoring Representative at ADT LLC

From: ADT Careers

Sent date: Mar 6, 2022

Hi Sonya,

Thank you for your recent application for the position of Remote Customer Service Monitoring Representative-2210600. We are currently reviewing your application and candidate profile. Should your experience and background be a match for this position, a representative of our talent acquisition team will contact you.

We appreciate the time you've taken to prepare you application and we will be in touch with you shortly. If at any point you would like to review your candidate profile, click here.

Again, thank you for your interest in ADT and we will be in touch soon.

Best regards,

ADT Talent Acquisition Team

Please do not reply. Replies to this message are undeliverable and will not reach the Talent Acquisition Department.

Set your account preferences anytime by accessing the My Account page.

**Product Categories**
- Home Security
- Home Automation
- Business Security
- Video Surveillance
- Health

**About Us**
- About ADT
- ADT Reviews
- Newsroom
- Careers

**Dealers & Service**
- Dealer Lookup
- Local Service Areas

**Customer Service**
- Support
- Contact Us
- 1-800-521-1734

**Follow Us**

© 2018 ADT LLC dba ADT Security Services. ADT is an equal opportunity employer committed to diversity in the workplace.

> Jobs by Category | > Jobs by Location | > Jobs by Group
> ADT Home Page | > ADT Job Search | > ADT Privacy Policy

# EXHIBIT 8

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SONYA CHAPMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:22-cv-2188-D-BN |
| | § | |
| ADT LLC, | § | |
| | § | |
| Defendant. | § | |

**FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Plaintiff Sonya Chapman initiated this lawsuit against Defendant ADT LLC by filing a *pro se* Motion to File Civil Claim, attaching to that motion a handwritten one-page complaint and a Determination and Notice of Rights issued by the U.S. Equal Employment Opportunity Commission on September 1, 2022. *See* Dkt. No. 2. Chapman then filed a Supplemental Initial Complaint. *See* Dkt. No. 5.

Senior United States District Judge Sidney A. Fitzwater referred this lawsuit to the undersigned United States magistrate judge for screening under 28 U.S.C. § 636(b) and a standing order of reference. And the Court has granted Chapman leave to proceed *in forma pauperis* (IFP) under 28 U.S.C. § 1915. *See* Dkt. Nos. 3, 6.

To screen Chapman's allegations under the IFP statute, the Court entered a notice of deficiency (the NOD) that first explained to Chapman that, while the supplement she filed identifies the elements of a prime facie case of employment discrimination, "she so far has not pled a plausible prima facie case by alleging facts to support each element she concludes she meets." Dkt. No. 8 at 2. In response to the

NOD, Chapman filed an amended complaint. *See* Dkt. No. 12.

After reviewing Chapman's amended allegations, the undersigned enters these findings of fact, conclusions of law, and recommendation that, for the reasons and to the extent set out below, the Court should dismiss Chapman's amended complaint.

**Discussion**

As set out in the NOD Chapman received before filing the amended complaint,

> [u]nder Federal Rule of Civil Procedure 8(a)(2), a complaint need not contain detailed factual allegations, but a plaintiff must allege more than labels and conclusions, and, while a court must accept all of the plaintiff's allegations as true, it is "not bound to accept as true a legal conclusion couched as a factual allegation." *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (quoting *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555 (2007)).
>
> A threadbare or formulaic recitation of the elements of a cause of action, supported by mere conclusory statements, will not suffice. *See id.*
>
> And, to survive dismissal, a plaintiff must "plead facts sufficient to show" that the claims asserted have "substantive plausibility" by stating "simply, concisely, and directly events" that a plaintiff contends entitle him or her to relief. *Johnson v. City of Shelby, Miss.*, 574 U.S. 10, 12 (2014) (per curiam) (citing FED. R. CIV. P. 8(a)(2)-(3), (d)(1), (e)); *see also Inclusive Communities Project, Inc. v. Lincoln Prop. Co.*, 920 F.3d 890, 899 (5th Cir. 2019) ("'Determining whether a complaint states a plausible claim for relief' is 'a context-specific task that requires the reviewing court to draw on its judicial experience and common sense.'" (quoting *Iqbal*, 556 U.S. at 679; citing *Robbins v. Oklahoma*, 519 F.3d 1242, 1248 (10th Cir. 2008) ("[T]he degree of specificity necessary to establish plausibility and fair notice, and therefore the need to include sufficient factual allegations, depends on context."))).
>
> Put differently, plaintiffs, through the complaint, must provide the Court enough factual content to demonstrate an entitlement to relief. *Compare Iqbal*, 556 U.S. at 678 ("A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged."), *with Robbins*, 519 F.3d at 1247 ("The burden is on the plaintiff to frame a 'complaint with enough factual matter (taken as true) to suggest' that he or she is entitled to relief." (quoting *Twombly*, 550 U.S. at 556)).
>
> And, because Chapman asserts claims in the employment

context, to allege (and ultimately prove) such claims, she may either rely on direct evidence or proceed under a burden-shifting analysis.

"'[D]irect evidence is rare'" – it has been defined "as 'evidence which, if believed, proves the fact without inference or presumption.'" *Clark v. Champion Nat'l Sec., Inc.*, 952 F.3d 570, 579 (5th Cir. 2020) (footnotes omitted). For example, "'[a] statement or document which shows "on its face that an improper criterion served as a basis – not necessarily the sole basis, but a basis – for the adverse employment action [is] direct evidence of discrimination."'" *Id.* (footnote omitted).

Insofar as Chapman's claims do not implicate direct evidence, she must proceed under a burden-shifting analysis, the first step of which is to articulate a prima facie case as to each cause of action.

The prima facie elements of an employment discrimination claim under Title VII are that a plaintiff

> (1) is a member of a protected group; (2) was qualified for the position at issue; (3) was discharged or suffered some adverse employment action by the employer; and (4) was replaced by someone outside his protected group or was treated less favorably than other similarly situated employees outside the protected group.

*McCoy v. City of Shreveport*, 492 F.3d 551, 556 (5th Cir. 2007) (citing *Wheeler v. BL Dev. Corp.*, 415 F.3d 399, 405 (5th Cir. 2005)).

A plaintiff need not establish a prima facie case to survive judicial screening under Section 1915(e)(2)(B). *Cf. Cicalese v. Univ. of Tex. Med. Branch*, 924 F.3d 762, 766 (5th Cir. 2019); *Raj v. La. State Univ.*, 714 F.3d 322, 331 (5th Cir. 2013).

But a plaintiff must "plead sufficient facts on all of the ultimate elements of [her] claim to make [her] case plausible." *Chhim v. Univ. of Tex. at Austin*, 836 F.3d 467, 470 (5th Cir. 2016) (citations omitted); *see also Meadows v. City of Crowley*, 731 F. App'x 317, 318 (5th Cir. 2018) (per curiam) ("*Raj*, however, does not exempt a plaintiff from alleging facts sufficient to establish the elements of her claims." (citations omitted)).

So, under [28 U.S.C. §] 1915(e)(2)(B)(ii), the Court must ask whether Chapman has provided enough facts to allege an actionable claim of discrimination. *See Swierkiewicz v. Sorema N.A.*, 534 U.S. 506, 512-13 (2002). And, if she "has not pled such facts," it is "proper[ to] dismiss [the] complaint." *Meadows*, 731 F. App'x at 318; *see also Cicalese*, 924 F.3d at 766-67 (noting that the district court's "task is to identify the ultimate elements of [the applicable employment-related] claim and then determine whether the" plaintiff has pled those elements but that a "district court err[s if it] require[es a plaintiff] to plead something beyond those elements to survive a motion to dismiss").

Dkt. No. 8 at 2-5.

Chapman, who alleges that she "is a 54-year old female" and "person of color," Dkt. No. 12, ¶ 30, asserts multiple types of discrimination, *see, e.g., id.*, ¶ 20 ("Defendants intentionally treated Plaintiff differently than her peers, who were younger, of a different race, and color than Plaintiff, male, and as implied by Defendant's actions and comments more subservient than Plaintiff."); *id.*, ¶ 97 ("Plaintiff was the only female, over age 40, and person of color terminated during training.").

And, while Chapman filed a lengthy amended complaint, that filing is limited to recitations of prima facie elements and repetitive conclusions. So it lacks facts necessary to raise Chapman's allegations of discrimination from speculative (or even conceivable) to plausible.

For example, Chapman alleges that she was treated differently than her peers or "same or similarly situated employees." *See, e.g.*, Dkt. id., ¶ 14 ("Plaintiff contends that same or similarly situated employees had questions regarding job duties, job functions, and these same employees were not ostracized, and excluded from employment during training."); *id.*, ¶ 20 ("Defendants intentionally treated Plaintiff differently than her peers, who were younger, of a different race, and color than Plaintiff, male, and as implied by Defendant's actions and comments more subservient than Plaintiff.").

But Chapman fails to provide factual content to show that she was treated worse than an employee who exhibited similar shortcomings, to raise an inference that the disparate treatment Chapman alleges was because of a protected status.

That is because "suffering some penalty in employment is not enough. For [an adverse employment action] to constitute disparate treatment, [Chapman] must have plausibly pled that [she] was treated worse than others for similar shortcomings, because of [a protected status]." *Sanchez v. Chevron N. Am. Exploration & Prod. Co.*, No. 20-30783, 2021 WL 5513509, at *6 (5th Cir. Nov. 24, 2021) (per curiam) (citing *Ricci v. DeStegano*, 557 U.S. 557, 577 (2009)); *cf. id.* at *5 (To survive a Rule 12(b)(6) motion, alleged disparate treatment claims "must plausibly set out facts that the 'defendant took the adverse employment action against a plaintiff *because of* her protected status.' [That is, a] plaintiff must allege 'facts, direct or circumstantial, that would suggest [the employer's] actions were based on [the plaintiff's] race or national origin or that [the employer] treated similarly situated employees of other races or national origin more favorably.'" (quoting *Raj*, 714 F.3d at 331; emphasis by *Raj*)).

Because Chapman was advised as to the proper pleading standards, including the need for factual specificity, prior to her filing the amended complaint, the Court should find that she has now stated her best case as to the employment discrimination claims in violation of federal statutes and dismiss those claims with prejudice. *See Wiggins v. La. State Univ. – Health Care Servs. Div.*, 710 F. App'x 625, 627 (5th Cir. 2017) (per curiam) ("Granting leave to amend ... is not required if the plaintiff has already pleaded her 'best case.' A plaintiff has pleaded her best case after she is 'apprised of the insufficiency' of her complaint." (citations omitted)).

That said, the time to file objections to these findings, conclusions, and recommendation (further explained below) allows Chapman another opportunity to

explain how she would cure the deficiencies outlined above and thus show the Court that her employment discrimination claims should not be dismissed with prejudice at this time and that the Court should instead grant her leave to amend these claims again. *See Scott v. U.S. Bank Nat'l Ass'n*, 16 F.4th 1204, 1209 (5th Cir. 2021) (per curiam).

And, insofar as Chapman's amended complaint also includes claims under state law, if the Court dismisses the employment discrimination claims with prejudice, the Court should decline to exercise supplemental jurisdiction over those claims.

To determine whether it should "relinquish jurisdiction over pendent state law claims," a court looks to "statutory factors set forth by 28 U.S.C. § 1367(c)" – "(1) whether the state claims raise novel or complex issues of state law; (2) whether the state claims substantially predominate over the federal claims; (3) whether the federal claims have been dismissed; and (4) whether there are exceptional circumstances or other compelling reasons for declining jurisdiction" – as well as "the common law factors of judicial economy, convenience, fairness, and comity" set forth by *Carnegie-Mellon Univ. v. Cohill*, 484 U.S. 343, 350 (1988). *Enochs v. Lampasas Cnty.*, 641 F.3d 155, 158-59 (5th Cir. 2011). As "no single factor is dispositive," *Mendoza v. Murphy*, 532 F.3d 342, 346 (5th Cir. 2008), "[t]he overall balance of the statutory factors is important," *Enochs*, 641 F.3d at 159 (citation omitted).

Here, that balance favors relinquishing jurisdiction over any remaining state-law claims to allow Chapman to pursue those claims in a state forum.

**Recommendation**

The Court should dismiss Plaintiff Sonya Chapman's claims of employment discrimination in violation of federal law with prejudice and decline to exercise supplemental jurisdiction over any state-law claims asserted in her amended complaint.

A copy of these findings, conclusions, and recommendation shall be served on all parties in the manner provided by law. Any party who objects to any part of these findings, conclusions, and recommendation must file specific written objections within 14 days after being served with a copy. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b). In order to be specific, an objection must identify the specific finding or recommendation to which objection is made, state the basis for the objection, and specify the place in the magistrate judge's findings, conclusions, and recommendation where the disputed determination is found. An objection that merely incorporates by reference or refers to the briefing before the magistrate judge is not specific. Failure to file specific written objections will bar the aggrieved party from appealing the factual findings and legal conclusions of the magistrate judge that are accepted or adopted by the district court, except upon grounds of plain error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996).

DATED: February 21, 2023

DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Dallas District Office**
207 S. Houston Street, 3rd Floor
Dallas, TX 75202
(800) 669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 09/01/2022

**To:** Mrs. Sonya Chapman
1533 Honey Trail
Glenn Heights, TX 75154

Charge No: 510-2022-03700

EEOC Representative and email: Yolanda Brown
Equal Opportunity Investigator
yolanda.brown@eeoc.gov

---

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is the official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 510-2022-03700.

On behalf of the Commission,

Yolanda R. Brown Digitally signed by Yolanda R. Brown Date: 2022.09.01 17:44:49 -05'00' /for

Travis Nicholson
Dallas District Director

**Cc:**
Rebecca Faucher, Corporate Paralegal
ADT Security Systems
1501 Yamato Rd
Boca Raton, FL 33431
Rfaucher@adt.com

Rachel Ellis, HR Generalist
ADT Security
3190 South Vaughn Way
Aurora, CO 80014

Please retain this notice for your records.

## INFORMATION RELATED TO FILING SUIT UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court* ***under Federal law****. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice.** Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice.** Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a FOIA Request or 2) a Section 83 request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your request for the charge file promptly to allow sufficient time for EEOC to respond and for your review. Submit a signed written request stating it is a "FOIA Request" or a "Section 83 Request" for Charge Number 510-2022-03700 to the District Director at Rayford O. Irvin, 207 S. Houston Street 3rd Floor

Dallas, TX 75202.

You can also make a FOIA request online at https://eeoc.arkcase.com/foia/portal/login.

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA Requests and Section 83 Requests, go to: https://www.eeoc.gov/eeoc/foia/index.cfm.

Fw: Corrective Action

From: sonya chapman (snychpmn@yahoo.com)

To: snychpmn@gmail.com

Date: Monday, March 7, 2022, 07:29 PM CST

Sent from Yahoo Mail on Android

----- Forwarded Message -----
**From:** "Chapman, Sonya" <SonyaChapman@adt.com>
**To:** "snychpmn@yahoo.com" <snychpmn@yahoo.com>

**Sent:** Mon, Mar 7, 2022 at 4:37 PM
**Subject:** Corrective Action

## Corrective Actions

×

Edit Corrective Action

| Name | Category | Code | Level | Status |
|---|---|---|---|---|
| Chapman, Sonya | Behavior | Unprofessional Behavior | Verbal Warning | Completed |

| Supervisor | Created By | Created Date |
|---|---|---|
| Merrick, Ashley | Merrick, Ashley | 2/10/22 |

| Expectation | Actual |
|---|---|
| As an ADT Team Member, customers depend on you to protect their lives, families and property. As a result, it is our expectation that you adhere to our policies at all times. Any deviation from that expectation adversely impacts our organization, customers and/or work environment and must be addressed. You are a valuable member of the organization and we are dedicated to your continued success. If there are problems affecting your work that you wish to discuss in a confidential manner, th... nployee Assistance Program (EAP) is available for your use. This is a free and confidential service provided to all ADT employees and their families for their private use. Please feel free to call 1-855-423-8327 where the staff at the EAP can direct you to a wide variety of support. | 2/8/22- Sonya has a habit logging back from payroll and saying nothing, after repeated calling she will unmute after a few minutes and say yes. Sonya has difficulties applying what she learned in RSS during OJT. Sonya talks herself into confusion then presents this to the customer. When the mentor guides her through steps she is not listening to the mentor, and not able to repeat back to the customer what the mentor has previously spoke on. She had an escalated customer who when she mentioned 'Unfortunately' and it seemed to set off the customer during already escalated scene. Sonya has has been addressed about her tone and behavior on her calls. Sonya's tone - "Whatchu you think you need?" with a tech asking her what to do. It took Sonya 1hr to complete EOD/prep email after all techs were called. She said it wasn't her fault, she still learning. Mentor addressed this and Sonya still said it was not her fault. Sonya gets elevated quickly and does not take accountability during OJT for any mishaps. The training team tries to help Sonya, but she gives pushback. Sonya has difficulties focusing on details of the job or techs and often can't perform RSS duties without continuous help from training team. 2/9/2.: Sonya called a customer, trying to give her a trackin... that was placed in ticket last week. Sonya goes back and forth with customer about length of time since job open etc. The customer says they ordered the part 3 weeks ago as that's when ticket was created, Sonya says actually ma'am its been 4 days. The customer disconnected the line due to the tone and unprofessional responses. At 1619 Sonya told the mentor, "I don't see how can I complete stuff when you have me noting tickets 2-3 times!" This was regarding end of day notes for techs that can not be reached. Sonya needs to work on her attitude as situations quickly escalate. Sonya still struggles with RSS role and job functions. She still needs constant support and guidance to complete RSS tasks. Both days Sonya did not want to go over with the mentor how her day went and what changes we can work on. She steps away after EOD is completed and comes back when its time to clock out avoiding the review with the mentor. |

**Supervisor Plan 1 [2/11/22]:** Sonya, please work on your attitude, tone and professionalism at work. Situations can quickly escalate when we are not professional with our customers, technicians, or fellow employees. Please work with the training team when they are trying to provide support to help understand the RSS role.

Corrective Actions ×

Edit Corrective Action

| Name | Category | Code | Level | Status |
|---|---|---|---|---|
| Chapman, Sonya | Behavior | Unprofessional Behavior | Written Warning | Completed |

| Supervisor | Created By | Created Date |
|---|---|---|
| Merrick, Ashley | Merrick, Ashley | 2/22/22 |

**Expectation**

As an ADT Team Member, customers depend on you to protect their lives, families and property. As a result, it is our expectation that you adhere to our policies at all times. Any deviation from that expectation adversely impacts our organization, customers and/or work environment and must be addressed. You are a valuable member of the organization and we are dedicated to your continued success. If there are problems affecting your work that you wish to discuss in a confidential manner, the Employee Assistance Program (EAP) is available for your use. This is a free and confidential service provided to all ADT employees and their families for their private use. Please feel free to call 1-855-423-8327 where the staff at the EAP can direct you to a wide variety of support.

**Actual**

Sonya Chapman is still showing no improvements between interactions with customers and technicians. Sonya has had 1x1 coaching from multiple mentors as well as the training team lead and discussions with the training manager. During OJT mentors will provide support and feedback to help Sonya throughout the RSS tasks. Sonya will often look past the support and continue to struggle with the task at hand. Navigation is still an area of improvement for Sonya. When coaching to this additional opportunity, Sonya insists to do it her way and does not apply the feedback given from the training team. Not being able to apply the feedback / coaching has hindered Sonya from improving with her performance.

**Supervisor Plan 1 [2/24/22]:** Work with mentors and training team lead to further your retention of the RSS tasks. Take the feedback and apply it to help gain confidence in your role.

Close

Avail % AGD %

Thank you.

Corrective Actions

Edit Corrective Action

| Name | Category | Code | Level | Status |
|---|---|---|---|---|
| Chapman, Sonya | Behavior | Unprofessional Behavior | Final Written Warning | Completed |

| Supervisor | Created By | Created Date |
|---|---|---|
| Merrick, Ashley | Merrick, Ashley | 2/28/22 |

**Expectation**

As an ADT Team Member, customers depend on you to protect their lives, families and property. As a result, it is our expectation that you adhere to our policies at all times. Any deviation from that expectation adversely impacts our organization, customers and/or work environment and must be addressed. You are a valuable member of the organization and we are dedicated to your continued success. If there are problems affecting your work that you wish to discuss in a confidential manner, the Employee Assistance Program (EAP) is available for your use. It is a free and confidential service provided to all ADT employees and their families for their private use. Please feel free to call 1-855-424-8327 where the staff at the EAP can direct you to a wide variety of support.

**Actual**

Sonya Chapman has made tremendous improvements with her behavior but there is still behavior where she needs to be with the policies and procedures. Sonya's previous behavior impacted her performance in [illegible] pace with the class. With her behavior improvements she is still behind where she needs to be to perform the RSS role at the pace of her peers. Sonya has [illegible] to continue in order to become a successful [illegible] RSS install market [illegible] the workload getting backed up. On 2/28 the RSS had [illegible] Sonya was slow in the response time between requests [illegible] Sonya has opportunity to improve between calls and the market [illegible] to make sure all requests are being handled in a timely manner. The mentor had to cover the workload [illegible] to ensure the functionality of the market continues. The other RSS install agent [illegible] Sonya has opportunities with completing the Good Morning Email and the Late (9) Site Report [illegible] correct [illegible] responses. Sonya has improved in the basic confirmation process with [illegible] and OGL confirmations as well as troubleshooting requests and tickets. Sonya needs to work on navigation through [illegible] and the market team. Sonya needs to continue her success on her behavioral opportunities as well as own her learning and getting to a successful pace with her RSS performance.

**Employee Plan 1 [3/2/22]:** Utilize resources and time shadowing the RSS tasks to be confident to perform this role on your own prior to graduation. Work on multitasking from start to finish to ensure all workload gets handled in a timely manner.

**Supervisor Plan 1 [3/2/22]:** Manager will continue to check in daily on Sonya. Mentors will continue to provide all feedback after the end of day.

Close

Sonya Chapman
Specialist III.OpsSuptCntr
8880 Esters Blvd | Irving, TX 75063

The information contained in this transmission is confidential and/or may contain attorney-client privileged communications intended for the use of the individual or entity named above. If the reader of this electronic message is not the intended recipient, or the employee or agent responsible to deliver it to t recipient, you are hereby notified that any dissemination, distribution or copying is strictly prohibited. ADT Security Services and its affiliates reserve the right to monitor communications handled by its data communications systems to help ensure compliance with ADT's policies, confidentiality obligations, a laws.

This email, including attachments, may contain information that is private or confidential. If you received this communication in error, please delete it from your system without copying it anc sender by reply communication. ADT Security Services and its affiliates reserve the right to monitor communications handled by its data communications systems to help ensure complianc ADT's policies, confidentiality obligations, and applicable laws.

# EXHIBIT 9

HOME | ABOUT ADT | WORKING AT ADT | CAREER AREAS | DIVERSITY AND INCLUSION | EVENTS | RECENTLY VIEWED JOBS | SAVED JOBS | USER LOGIN




Sonya Chapman, you are signed in.

My Account Options

Sign Out | My Job Cart (0 items)

JOB SEARCH | **MY INFORMATION**

My Submissions | My Job Cart | My Saved Searches | My Referrals

**My Submissions (5 job submissions found)**

This page displays all relevant details related to your draft and completed submissions.

Submissions per page:

10

## Draft Submissions

**Remote Customer Service and Retention Representative** - Full-time
United States-Texas-Irving, United States
Job Number: 2119437
Job Status: Inactive (No Longer Accepting Job Submissions)
View Submission | View Email Messages | Withdraw

## Completed Submissions

**Work From Home-Regional Support Specialist** - Full-time
United States-Florida-Jacksonville
Job Number: 2118795
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed – Updated: Oct 18, 2022
View Submission | View Email Messages

**Dallas STEM Hiring** - Full-time
United States-Texas-Irving
Job Number: 2210212
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed – Updated: Aug 3, 2022
View Submission | View Email Messages

**Remote Customer Service Monitoring Representative** - Full-time
United States-Texas-Irving
Job Number: 2210600
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed – Updated: Mar 17, 2022
View Submission | View Email Messages

**Remote Customer Troubleshooting Support** - Full-time
United States-Texas-Irving
Job Number: 2210714
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed – Updated: Mar 17, 2022
View Submission | View Email Messages

My Submissions - Page 1 of 1 Previous | 1 | Next

Withdraw All Submissions

Product Categories | About Us | Dealers & Service | Customer Service | Follow Us

Home Security | About ADT | Dealer Lookup | Support

# EXHIBIT 10




# Code of Conduct

ADT

# CONTENTS

3 Letter from our CEO, Jim DeVries

4 What Matters Most at ADT

5 The Code Applies to All of Us
6 Consequences of Not Acting Ethically
7 Speak Up

8 ADT's Commitment to **Team Members**
9 Diversity and Inclusion
10 Anti-Harassment
11 Promoting a Safe Workplace
12 An Alcohol and Drug-Free Workplace
12 Workplace Violence
13 Respectful Workplace
14 Social Networking

15 ADT's Commitment to **Customers**
16 Product and Service Quality
16 Personal Data Protection

17 ADT's Commitment to **Investors**
18 Conflicts of Interest
20 Asset Protection
21 Intellectual Property
21 Computer and Communication Systems
22 RecordKeeping and Reporting
23 Insider Trading
24 Audits and Investigations

25 ADT's Commitment to **Our Industry**
26 Anti-bribery and Corruption
27 Gifts and Business Entertainment
28 Fair Competition

30 ADT's Commitment to **Communities**
31 Health, Safety and the Environment
31 Sustainability
31 Charitable Contributions
32 Communications with Media, Investors and the Public
33 Political Activities

34 Getting In Touch
34 Asking Questions
34 Reporting Issues
34 Scope

35 Index

# LETTER FROM THE CEO



Dear ADT Colleagues,

Each day millions of our customers trust ADT to protect what they love and cherish the most. Earning and maintaining their confidence is critical to the success of our business, which is why we have the highest ethical standards for our industry.

Our Code of Conduct is our commitment to our customers, communities, partners, dealers, shareholders, and each other. It clearly outlines our standards, policies, laws, and regulations; defines what is expected from us; and provides guidance on specific behaviors and situations. As employees and contractors, each of us is responsible for delivering on this commitment. We need to ensure we create a culture that promotes transparency, safety, and a high standard of ethics. We must speak up if we see something that does not align with our Code or our noble purpose.

As one of the oldest and most admired brands in North America, we need to continue leading with integrity, as we have done for more than 144 years. Without it, true success is not possible.

Thank you,

**Jim DeVries**
President & CEO

## What Matters Most

Our values are what we stand for. They are based on Five Cultural Markers that anchor us and are What Matters Most to us.




## Voice of the Customer

Understand customer needs and expectations, so we can respond to them.

## Urgency

How we interact with time. Knowing is not enough; we must apply. Willing is not enough, we must do; complacency is virtually absent.

## Accountability

How we interact with our commitments. We will actively monitor performance at individual and team levels to identify opportunities for improvements and commitment to outcomes and solutions.



## Discretionary Effort

How we interact with ourselves. Achievements of our organization are simply the combined efforts of each individual. Success based on drive and persistence.

## Collaboration

How we interact with each other. We're not about solo acts; a penetrating spirit of teamwork.

## Our Aspiration

To earn the lifelong trust of our customers every day by helping them protect and connect to what matters most – their families, homes and businesses.




# The Code Applies To All of Us

ADT expects all Team Members and contractors of the company to comply with the Code. We expect our third-party partners including suppliers and business partners to act in accordance with its principles.

# Consequences of Not Acting Ethically

Failure to act ethically may adversely affect ADT's business and reputation resulting in serious consequences for our stakeholders including other team members, our investors, customers, business partners, and communities.

If a violation of the Code or related policy is discovered or reported, our management team will take appropriate steps to address the matter and help prevent a similar issue from happening again. These steps may include training, counseling, and disciplinary actions up to and including termination of employment and civil or criminal prosecution.

**Q:** ***As a manager, what should I do when an employee raises an ethics or compliance issue?***

**A:** When an employee raises a concern, managers should remain open and responsive. Don't think of a report as "bad news," instead consider it a sign of employee commitment to do the right thing. Report any compliance issues to a human resources representative or the ADT Ethics Office to help determine the appropriate course of action.





# Speak Up

One way to help ensure an ethical environment is to speak up if you see something that seems wrong. If you become aware of a potential violation of the Code, it is your responsibility to report it. ADT has an open door philosophy and encourages all team members to raise concerns through any channel including:

- Speaking to your manager or any other manager
- Speaking to a human resources representative
- Contacting the ADT Ethics Line via phone at (877) 871-5625, email at ethicsline@adt.com or website at www.adtethicsline.com
- Contacting the ADT Ethics Office via phone at (561) 226-2900, email at adtethicsoffice@adt.com or mail to ADT Ethics Office, 1501 Yamato Road, Boca Raton, FL 33431

ADT's open door policy includes discussing your questions about what the Code requires and what is the right thing to do in particular circumstances. Speak up and let us know your concerns.

We encourage open discussion of improper or unethical behavior and will take steps to handle each report with the appropriate level of confidentiality. We have zero tolerance for retaliation against those who make good faith reports of concerns or alleged ethical violations or who participate in investigations concerning such matters. If you believe that you have experienced retaliation, report it.



**Q:** *My manager has asked me to do something I believe conflicts with the Code. What should I do?*

**A:** No one at ADT has the right to ask you to do anything unethical — not even your manager. Help us create a safe and ethical workplace by speaking up and reporting the incident.



# Our Team Members

We are committed to equal employment opportunity and do our best work in an environment where all team members feel valued, included, and recognized.

# Diversity and Inclusion

We are committed to equal employment opportunity and do our best work in an environment where all team members feel valued, included, and recognized. Discrimination is not tolerated regarding:




- Age
- Race
- Color
- National origin
- Ethnicity
- Religion
- Gender
- Sexual orientation
- Marital status
- Disability
- Veteran status
- Genetic information
- Or any other basis the law prohibits

This commitment extends throughout our business, including recruiting and hiring, compensation, promotions, benefits, transfers, training, education, terminations, and social and recreational programs. We expect managers, department heads, and directors to personally share in this commitment. Through leading by example, managers reinforce the principles that guide our approach to equal opportunities.

**Q:** ***I heard a manager say she would not promote a specific team member because he was not born in America. She also used a derogatory term when talking about that person. What should I do?***

**A:** Take immediate action. Discrimination is wrong, illegal, and contrary to ADT policy. National origin must never be a factor in making personnel decisions. Help us create a safe and ethical workplace by speaking up and reporting the incident.

# Anti-Harassment

As an extension of our commitment to a fair and diverse workplace, ADT prohibits any sort of harassment. Harassment is unwelcome conduct because of age, race, color, national origin, ethnicity, religion, gender, sexual orientation, marital status, disability, veteran status, genetic information, or other protected characteristic.

Specifically, it is any behavior that creates an intimidating, hostile or offensive work environment. No team member may cause another person's work performance to suffer or limit their job opportunities by creating this type of environment. Additionally, unwelcome sexual advances, requests for sexual favors and other verbal or physical conduct of a sexual nature are prohibited where submission to such conduct is made, either explicitly or implicitly, a term or condition of employment or a basis for employment decisions. Work related functions outside of the workplace are also subject to ADT's policies.

**Q:** ***Although my colleagues are very polite in person, I'm often copied on emails of a suggestive and vulgar nature. These emails make me very uncomfortable and I've asked my coworkers not to send them. They told me I was being oversensitive. Does this constitute harassment under ADT's policies?***

**A:** If the emails contain offensive name calling, jokes, slurs, negative stereotyping, or threats, then it may be harassment under ADT's policies. This includes jokes that are targeted at individuals or groups based on age, race, color, national origin, ethnicity, religion, gender, sexual orientation, marital status, disability, veteran status, genetic information, or other protected characteristic. It also includes nonverbal conduct, such as staring, leering and giving inappropriate gifts. Finally, visual images, such as derogatory or offensive pictures, cartoons or drawings, may also be considered harassment. Help us create a safe and ethical workplace by speaking up and reporting the incident.



# Promoting a Safe Workplace

Our commitment to safety is part of everything that we do. Each of us is responsible for our own safety and the safety of our coworkers. In order to ensure our safety, each team member is responsible for:

- Understanding the safety requirements of your job
- Complying with your site's health and safety procedures
- Attending all required safety training
- Analyzing jobs and tasks for hazards/risks and taking appropriate preventive measures, e.g. using personal protective equipment and wearing seat belts
- Never compromising your safety to improve productivity, efficiency, or sales
- Always intervening if you see safety hazards or coworkers who are at risk
- Notifying your manager of any safety concerns or hazardous conditions associated with your job
- Never instructing anyone to disregard safety procedures
- Immediately reporting all work-related injuries or illnesses to your manager
- Suggesting ways to improve ADT's health and safety procedures.




**Q:** ***My coworker drives a company car without wearing her seatbelt even after our manager instructed us that seatbelts must be worn at all times. How should I handle the situation?***

**A:** If you feel comfortable speaking to your coworker directly to remind her that seatbelts are required, you should do so. If you do not feel comfortable, then speak up. Help us create a safe and ethical workplace by reporting the incident.

# An Alcohol and Drug-Free Workplace

ADT is committed to maintaining an alcohol and drug-free work environment. No alcoholic beverages may be brought into or consumed on company premises, at a company work site, in a company vehicle, or during working hours including break and meal periods. There is a limited exception for alcohol use at company functions. You must report for work free of the influence of alcohol and illegal drugs. Reporting to work under the influence of any illegal drug or alcohol or using, possessing, or selling illegal drugs while on company time or property is strictly prohibited.

Some team members may be taking prescription or over-the-counter drugs that could impair judgment or skills required for job performance. If you have questions regarding the effect of such medication on your job performance or you observe someone who appears to be impaired in his/her job performance due to the effects of medication, please consult with your manager.

# Workplace Violence

At ADT, we do not tolerate any acts or statements that could:

- Threaten the safety or security of any coworker or anyone else
- Cause damage to company or personal property
- Create fear

We are all entitled to feel safe at work. We take responsibility for each other by maintaining a work environment free of weapons or potentially dangerous devices unless authorized by the company or by applicable law. Each of us must promptly report anything that could threaten or harm another person.

**Q:** ***I am concerned that a coworker's use of alcohol may cause a safety problem. I'm afraid he'll be fired if I report this issue. Should I report this issue?***

**A:** Yes. ADT's primary concern is the safety of all team members. There are resources to help team members such as our Employee Assistance Program.



# Respectful Workplace



It is every team member's duty to maintain a safe, productive, and professional workplace, free of bullying, harassment, and violence, in which all employees conduct themselves with respect for one another and for those with whom we deal with on ADT's behalf.

This includes refraining from bullying or harassing behavior that:

- Is recurrent or serious
- Is hostile or unwanted
- Undermines the victim's dignity or psychological or physical integrity
- Results in a harmful work environment

Prohibited bullying or harassment may be expressed by:

- Belittling others
- Isolating others
- Taunting others or making fun of their convictions, tastes, or political choices
- Discrediting, spreading rumors, ridiculing or humiliating others

**Q:** *One of my coworkers just learned that his position is being eliminated and he seems very angry about it. In fact, I've heard him make comments that sound like threats against the company. What should I do?*

**A:** No threats against our company or a team member should be ignored or go unreported. If you feel that your coworker is making threats or, if you witness any violent behavior, speak up and report the incident. If the situation escalates and involves an immediate or urgent threat of harm, you should contact local law enforcement officials.

# Social Networking

ADT's active social media presence enhances our brand and strengthens our connections with customers, team members, and other key influencers. When you use social media, please follow these guidelines:

- Always be professional in all online communities. Don't post content that is discriminatory, harassing, bullying, physically threatening, defamatory, or similarly inappropriate or unlawful.
- Be honest and disclose who you are online. Always identify yourself as a team member when discussing topics related to ADT.
- Your opinions are your own, not ADT's. If you refer to ADT or your employment at ADT when participating in social media for personal use, write in the first person, use a personal email address, and include this profile disclaimer: "The views expressed are my own and not the views of my employer."
- Protect ADT and yourself. Respect ADT's logos, trademarks, and photos of others. Do not disclose ADT's confidential business information such as trade secrets, copyrights, and intellectual property.
- Understand that anything you post online may be permanent. Search engines can find almost anything you post and it is likely impossible to erase your words after the fact. Be certain you are in compliance with applicable policies and laws.
- When in doubt, ask for guidance. If you are not sure if you should post something or see questionable information about ADT online, talk to your manager, a human resources representative, the ADT Ethics Line, or the ADT Ethics Office.



# Our Customers

Our customers trust us to help them protect their families, homes, and businesses. We must earn the trust they place in us every day by delivering a consistently excellent customer experience.

FILED
23 MAR 21 AM 9:30
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
DEPUTY

CAUSE NO. DC-23-03371

| | | |
|---|---|---|
| **SONYA L. CHAPMAN** | § | **IN THE DISTRICT COURT OF** |
| ***Plaintiff*,** | § | |
| | § | |
| **v.** | § | **DALLAS COUNTY, TEXAS** |
| | § | |
| **ADT LLC ET SEQ** | § | |
| | § | |
| ***Defendant*.** | § | ~~DC-23~~ 134th **JUDICIAL DISTRICT** |

PLAINTIFF'S ORIGINAL PETITION Amended

COMES NOW, SONYA L. CHAPMAN, Plaintiff in the above-styled case, complaining against Defendant ADT LLC ET SEQ and its subsidiaries, and files this Original Petition and would for cause respectfully show the Court as follows:

## DISCOVERY PLAN

1. Plaintiff intends to conduct discovery in this matter under Level 3 of the Texas Rules of Civil Procedure.

## PARTIES

2. Plaintiff is an individual and a citizen of Dallas County Texas.

3. Defendant is a limited liability company organized under the laws of the state of Delaware with its principal place of business located at 1501 Yamato Rd. Boca Raton, Fl 33431.

## JURISDICTION

4. This is an action at law and in equity to redress violations of Title VII of the Civil Rights Act of 1964, as amended, 29 U. S.C. Section 621 et seq, and the Texas Labor Code, Section 21.051, "Discrimination by Employer"; Section 21.055, "Retaliation"; and Section



EXHIBIT A-6

# MATRIX TRAINING DIVISION

of
Microcomputer Technology Institute
proudly acknowledges that

**Sonya Champman**

has demonstrated knowledge and skills in the following areas used in Database Management Occupational Technology:

Data Management; theory of record and file management, creation of databases for data entry, querying, sorting and indexing.

| 6-19-96 | C E Williams | |
|---|---|---|
| Date | Instructor | School Administrator |

DMT4/7

# MATRIX TRAINING DIVSION

**of**

## Microcomputer Technology Institute

**in accordance with the recommendation of its faculty and administration hereby confers upon**

***Sonya Chapman***

**a**

## *CERTIFICATE OF PARTICIPATION*

**in**

## Basic Office Automation Technology

**having completed 208 hours of theoretical and "hands on" laboratory training**
**this 10th day of June , 1996 .**

**In witness thereof, the seal of the Institute and the signatures of the Instructor and the Director are hereunto affixed.**

C. E. Wilkins
**INSTRUCTOR**

**DIRECTOR**

TEXAS INSTITUTE
1440 W. MOCKINGBIRD LN.
SUITE 500
DALLAS, TEXAS 75247
(214) 637-5211

6 MO

# COURSE OUTLINE

## COURSE #740
## OFFICE SYSTEMS MANAGEMENT

Non-integrated office systems and procedures have long been the main-stay of the traditional office environment, with non-automated methods dominating the work place. Office automation is the art of implementing advanced processing tools to enhance the flow of information and in turn to support decision making, communications, text processing, records management, reproduction, and other office functions. It is apparent that the office of the future will have to keep pace with the everchanging technology to remain competitive. Course #740 will provide individuals with the skills to work in the new environment created by the introduction of this new equipment.

## I INTRODUCTION TO DATA PROCESSING CONCEPTS INCLUDING PROGRAMMING IN BASIC

The student's first 50 hour segment incorporates a 12.5 hour course in BASIC PROGRAMMING. Here the student is introduced to data processing terminology, data representation and programming logic. The student will be able to operate a micro-computer and write or modify a BASIC program.

## II TYPING

This 100 hour course is designed to bring the student up to speed in the fundamental keyboard skills. Accuracy is stressed through drills. The course goal is to provide solid preparation for training on word processing equipment.

## III OFFICE PROCEDURES

In this 37.5 hour lab-intensive course, the student is required to perform the functions of an employee in a modern office. Telephone procedure, filing, office organization, material management, maintaining communication files, and conference scheduling will be covered. Also, proper interview procedures utilizing role play, will be demonstrated to better prepare the student for successfully obtaining employment.

## IV 10 KEY & INTRODUCTION TO BOOKKEEPING

A 50 hour course in the use of 10-key electronic adding machines including drills and case studies used to prepare the student to enter figures rapidly and accurately. This skill will be utilized in manual bookkeeping as well as on the microcomputer's 10-key pad in the automated bookkeeping course.

MOST 1ST

## V DATA ENTRY

$6/HR

In the 112.5 hour DATA ENTRY Course, the previously learned keyboarding skills will be applied to modern data-entry equipment. Practice in numeric, alphanumeric, and source program entry will be provided.

## VI BOOKKEEPING FUNDAMENTALS

100 hours of training in the fundamentals of bookkeeping include the accounting process, double-entry framework, journal entries, posting to General Ledger, accounts receivable and payable, payroll accounting, the trial balance. All instruction will use realistic case studies simulating practice in a variety of businesses.

## VII LETTER COMPOSITION/WORD PROCESSING

WP 2ND $7-9/HR

A 100 hour course in the correct composition of business letters with emphasis on modern usage, proper spelling, and good "flow" along with the typing skills that will enable the student to use the microcomputer with word processing software.

## VIII AUTOMATED BOOKKEEPING

LOTUS 3RD

This 87.5 hour course is designed for the student to apply new bookkeeping and 10-key skills when using the microcomputer as an office tool. Extensive use of case studies will familiarize each student with the computer as a valuable bookkeeping tool.

## IX EMPLOYMENT SEARCH PREPARATION

A 12.5 hour course designed to teach the student proper techniques for seeking and gaining employment. Application, resumes, letters, telephone contact, and etiquette are all discussed.

50 - 60 WPM → 7-9/HR

70 - 100 WPM → 10-14/HR

# The Dallas Computer Literacy Program

awards this certificate of completion to

Sonya Chapman

for satisfactory completion of the requirements for

## Introduction to Computers

President

Instructor

# Certificate of Appreciation

*awarded to*

## *Sonja Chapman*

***For your contribution to the success of the Customer Service/Customer Satisfaction Conferences held for Mid-Manager, Support Staff and Supervisory Personnel***

***April and May, 1994***

John L. Ware
City Manager

Clifford V. Keheley
First Assistant City Manager

# Texas Woman's University

By the authority of the Board of Regents of the Texas Woman's University
and upon recommendation of the University Faculty

## Sonya L. Chapman

is hereby awarded the degree of

## Bachelor of Science
**with a major in Government - Legal Studies**

and is entitled to all rights and privileges thereto appertaining.
Witness the seal of the University and the signatures of its Officers.
Given at Denton, Texas, May 10, 2014

Sue S. Bancroft
Chair and Presiding Officer, Board of Regents

TEXAS WOMAN'S UNIVERSITY

Ann Stuart
Chancellor and President

# EXHIBIT 2

Google Drive Links

Ashley 20220307-153427 - Copy.mp3 Google One Drive link for Termination Audio. Exhibit 2

Training Audio Phil 1st Training - Copy.m4a Exhibit 2

https://drive.google.com/file/d/1l_XQankpN2hmkaBhDBspCEYc-MqtAZjw/view?usp=share_link

Ashley terminating my employment. Exhibit 2

https://drive.google.com/file/d/13okNCoq-AeCuCFqmza7DKwQsFCxOcUzY/view?usp=share_link

Ashley training manager making it look good as if I will make it through training, knowing I will be terminated days later. Exhibit 2

https://drive.google.com/file/d/1Zwywx-T10Lp2bz5Hnl4ITQzAComiBDta/view?usp=share_link

https://drive.google.com/file/d/1Zwywx-T10Lp2bz5Hnl4ITQzAComiBDta/view?usp=drivesdk

Sam 2/20/2022

Day 5 OJT 2/25/22

https://drive.google.com/file/d/1_2dM27lJ9Ko8d1oTMpOkP8Albg2E0xxn/view?usp=share_link

Day 4 2/24/22

https://drive.google.com/file/d/1c_Z_5ytLrQPt4WwsDJfl6gPyarWHnoFw/view?usp=share_link

https://drive.google.com/file/d/1c_Z_5ytLrQPt4WwsDJfl6gPyarWHnoFw/view?usp=sharing

**Subject:** Training
**To:** [snychpmn@yahoo.com <snychpmn@yahoo.com>]
**From** Chapman, Sonya <SonyaChapman@adt.com>
**Date** Tue, Mar 8, 2022 at 3:25 PM

Thank you.


ADT

Sonya Chapman

Specialist III.OpsSuptCntr

8880 Esters Blvd | Irving, TX 75063


The information contained in this transmission is confidential and/or may contain attorney-client privileged communications intended for the use of the individual or entity named above. If the reader of this electronic message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying is strictly prohibited. ADT Security Services and its affiliates reserve the right to monitor communications handled by its data communications systems to help ensure compliance with ADT's policies, confidentiality obligations, and applicable laws

---

**From:** Brown, Bryan J (Aurora) <BBrown@adt.com>
**Sent:** Tuesday, March 8, 2022 10:29 AM
**To:** Chapman, Sonya <SonyaChapman@ADT.COM>
**Cc:** Merrick, Ashley <amerrick@adt.com>; Noll, Jeremy A <jnoll@adt.com>; Fields, Yolanda <YBouey@adt.com>
**Subject:** RE: Training

Sonya,

Thank you for reaching out and showing commitment to continue your employment. At this time, as part of the business unit we are moving forward requesting termination. Myself and my peers are in support of this decision and feel it is the best solution for ADT. In training, we have dedicated 1 on 1 resources, worked action plans, and gave you extra time to perform at a level that meets business standards of performance. We set clear expectations while providing feedback of your behavior and performance consistently throughout training which had to be addressed with the corrective action process. As of yesterday, you were not at a performance level needed to be successful in the RSS role.

You were a Customer Inbound team member as a contractor which is a different head count. Being an

ADT hire we did not have a position available in our Customer Inbound to offer.

Respectfully,

**Bryan Brown**

**Unit Manager.Training, Development, & Quality**

**Field and Operations Support Centers**

Work: 904-451-4984 I Cell: 720-308-8191 I Email: bbrown@adt.com

---

**From:** Chapman, Sonya <SonyaChapman@adt.com>
**Sent:** Tuesday, March 8, 2022 10:39 AM
**To:** Brown, Bryan J (Aurora) <BBrown@adt.com>
**Subject:** FW: Training

Hi Bryan, may you assist me please. Recently, I was terminated per Ashley Merrick advising the Field Ops Managers requested I be terminated due to my performance in the RSS role. I am reaching out for assistance to retain my employment. I am willing to accept a mentorship position, and so on to remain employed. I am not sure where to go regarding a next position. My position before the RSS training was OSC Inbound, may you review If it would be ok for me to return to OSC Inbound. Any help regarding this is greatly appreciated. I included my email to Jeremy Noll, he is not in the office, prompting me to reach out to you.

Thank you.

Sonya Chapman

Specialist III.OpsSuptCntr

8880 Esters Blvd | Irving, TX 75063

The information contained in this transmission is confidential and/or may contain attorney-client privileged communications intended for the use of the individual or entity named above. If the reader of this electronic message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying is strictly prohibited. [illegible]

**From:** Chapman, Sonya
**Sent:** Tuesday, March 8, 2022 9:11 AM
**To:** Noll, Jeremy A <jnoll@adt.com>
**Subject:** Training

Hi Jeremy. Can you please assist me in some way. I reached out to Yolanda Fields as she is listed as one of the regional managers. May I have a chance to confirm or give support to an account of what happened. I am copying you on the email I sent to Yolanda as follows:

Ashley Merrick terminated me on 3/7/2022 due to my performance and advised me it was a decision that came from management. The training did not go well for me. This position did not come without some dedication and hard work. I worked hard in the scheduling department for a year to get to a level where I could apply for the RSS role where I worked well with the OSC inbound team. The role here with ADT is one of significant importance to me. I in no way took my duties and responsibilities lightly and am asking that I get an opportunity to defend my position as an ADT employee. As far as training I was given good feedback from one of the mentors advising I was doing as well as the others in my training class. There is an implication that there could be some personality conflict here as well. I am a dedicated customer service professional willing to do all there is to be the best including training mentoring, counseling whatever it takes. Here is what a team member had to say about me:

"Today I had a particularly difficult situation with a customer who had a service call earlier in the day. His system worked just fine while the tech was there and for several hours after the tech left. But then the exact same error message showed up again and would not clear. He called in to ask for the tech to come back ASAP. I spoke with the tech and there was no way he could return today. He gave me some names and numbers of a couple of his managers and ask that I call them to get the on call tech out tonight. Unfortunately, after several phone calls to each of them as well as a few messages sent to them in teams I was still unable to reach anyone to get this issue resolved. THAT is when Sonya in OSC got involved. After looking at her schedule she told me the chances were very slim that another service call would be made so soon. In fact, there were no slots available for a few weeks. But she said she would do her best and asked me to hang on for a few minutes. I don't know how many calls she made or how many people she spoke with but each time she came back to the line the dates were getting closer and closer. I don't know what kind of magic she worked. I just know that she worked it. She didn't take the easy way. She didn't just say "I'm sorry. I can't get anything sooner" and then give up. She was persistent and did her very best to help our customer. I don't know how she did it, but she was able to schedule for a return visit first thing in the morning. Our customer was VERY happy and incredibly grateful. And so am I. Sonya really cares about the customer and their needs. And she does everything possible to meet them. I am so grateful to have Sonya as a member of my ADT family."

I can be reached at 214-694-5770 by phone if you are able to reach me by phone. I was given a nonworking HR number for Rachel Ellis 972-680-3618 by Ashley Merrick when I asked to speak to someone in an attempt to save my employment with ADT.

Thank you.

Sonya Chapman

Specialist III.OpsSuptCntr

8880 Esters Blvd | Irving, TX 75063

The information contained in this transmission is confidential and/or may contain attorney-client privileged communications intended for the use of the individual or entity named above. If the reader of this electronic message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying is strictly prohibited. ADT Security Services and its affiliates reserve the right to monitor communications handled by its data communications systems to help ensure compliance with ADT's policies, confidentiality obligations, and applicable laws

This email, including attachments, may contain information that is private or confidential. If you received this communication in error, please delete it from your system without copying it and notify sender by reply communication. ADT Security Services and its affiliates reserve the right to monitor communications handled by its data communications systems to help ensure compliance with ADT's policies, confidentiality obligations, and applicable laws.

## Recordings ADT

From: snychpmn@gmail.com (snychpmn@gmail.com)

To: yolanda.brown@eeoc.com

Date: Monday, July 11, 2022 at 10:26 AM CDT

https://drive.google.com/file/d/14FWCGMnSOa-n_xSyPavXjUES-DHWOdwr/view?usp=drivesdk

Hi Mrs. Brown. It was a pleasure speaking with you today. Attached are audio recordings. The audio that it titled Training Audio is from my initial hire and training around 10:18 it may sound like a remark is made regarding my facial feature and is being uttered; not directly said to the person the statement is directed to. The above audio link is the training manager Ashley and at 22:39 she says my behaviors were'nt there from day one, Ashley also pointed out at 10:27 that they were only talking about me. The document reccording links has an audio link of Samuell where he barely spoke with me and is the same day I received my final written. The chats show others having the same problems without incidence.

Sincerely,
Sonya Chapman

20220225 Day 5 OJT Toya.mp3

**20220225 Day 5 OJT Toya.mp3**

https://drive.google.com/file/d/1c_Z_5ytLrQPt4WwsDJfl6gPyarWHnoFw/view?usp=drivesdk

- Training Audio.m4a
  13.2MB
- Training with Kara.doc
  22.5kB
- All pages Corrective Action.pdf
  569.2kB
- Compliment Co Worker.doc.txt
  108B
- Teams-1.doc
  41kB
- Reccording Links.doc
  22kB

# EXHIBIT 3

Fw: Corrective Action

From: sonya chapman (snychpmn@yahoo.com)

To: snychpmn@gmail.com

Date: Monday, March 7, 2022, 07:29 PM CST

Sent from Yahoo Mail on Android

----- Forwarded Message -----
**From:** "Chapman, Sonya" <SonyaChapman@adt.com>
**To:** "snychpmn@yahoo.com" <snychpmn@yahoo.com>

**Sent:** Mon, Mar 7, 2022 at 4:37 PM
**Subject:** Corrective Action

## Corrective Actions

×

Edit Corrective Action

| Name | Category | Code | Level | Status |
|---|---|---|---|---|
| Chapman, Sonya | Behavior | Unprofessional Behavior | Verbal Warning | Completed |

| Supervisor | Created By | Created Date |
|---|---|---|
| Merrick, Ashley | Merrick, Ashley | 2/10/22 |

| Expectation | Actual |
|---|---|
| As an ADT Team Member, customers depend on you to protect their lives, families and property. As a result, it is our expectation that you adhere to our policies at all times. Any deviation from that expectation adversely impacts our organization, customers and/or work environment and must be addressed. You are a valuable member of the organization and we are dedicated to your continued success. If there are problems affecting your work that you wish to discuss in a confidential manner, the Employee Assistance Program (EAP) is available for your use. This is a free and confidential service provided to all ADT employees and their families for their private use. Please feel free to call 1-855-423-8327 where the staff at the EAP can direct you to a wide variety of support. | 2/8/22- Sonya has a habit logging back from payroll and saying nothing, after repeated calling she will unmute after a few minutes and say yes. Sonya has difficulties applying what she learned in RSS during OJT. Sonya talks herself into confusion then presents this to the customer. When the mentor guides her through steps she is not listening to the mentor, and not able to repeat back to the customer what the mentor has previously spoke on. She had an escalated customer who when she mentioned 'Unfortunately' and it seemed to set off the customer during already escalated scene. Sonya has has been addressed about her tone and behavior on her calls. Sonya's tone - "Whatchu you think you need?" with a tech asking her what to do. It took Sonya 1hr to complete EOD/prep email after all techs were called. She said it wasn't her fault, she still learning. Mentor addressed this and Sonya still said it was not her fault. Sonya gets elevated quickly and does not take accountability during OJT for any mishaps. The training team tries to help Sonya, but she gives pushback. Sonya has difficulties focusing on details of the job or techs and often can't perform RSS duties without continuous help from training team. 2/9/22: Sonya called a customer, trying to give her a tracking# that was placed in ticket last week. Sonya goes back and forth with customer about length of time since job open etc. The customer says they ordered the part 3 weeks ago as that's when ticket was created, Sonya says actually ma'am its been 4 days. The customer disconnected the line due to the tone and unprofessional responses. At 1619 Sonya told the mentor, "I don't see how can I complete stuff when you have me noting tickets 2-3 times!" This was regarding end of day notes for techs that can not be reached. Sonya needs to work on her attitude as situations quickly escalate. Sonya still struggles with RSS role and job functions. She still needs constant support and guidance to complete RSS tasks. Both days Sonya did not want to go over with the mentor how her day went and what changes we can work on. She steps away after EOD is completed and comes back when its time to clock out avoiding the review with the mentor. |

**Supervisor Plan 1 [2/11/22]:** Sonya, please work on your attitude, tone and professionalism at work. Situations can quickly escalate when we are not professional with our customers, technicians, or fellow employees. Please work with the training team when they are trying to provide support to help understand the RSS role.

[redacted]

## Corrective Actions

Edit Corrective Action

| Name | Category | Code | Level | Status |
|---|---|---|---|---|
| Chapman, Sonya | Behavior | Unprofessional Behavior | Written Warning | Completed |

| Supervisor | Created By | Created Date |
|---|---|---|
| Merrick, Ashley | Merrick, Ashley | 2/22/22 |

| Expectation | Actual |
|---|---|
| As an ADT Team Member, customers depend on you to protect their lives, families and property. As a result, it is our expectation that you adhere to our policies at all times. Any deviation from that expectation adversely impacts our organization, customers and/or work environment and must be addressed. You are a valuable member of the organization and we are dedicated to your continued success. If there are problems affecting your work that you wish to discuss in a confidential manner, the Employee Assistance Program (EAP) is available for your use. This is a free and confidential service provided to all ADT employees and their families for their private use. Please feel free to call 1-855-423-8327 where the staff at the EAP can direct you to a wide variety of support. | Sonya Chapman is still showing no improvements between interactions with customers and technicians. Sonya has had 1x1 coaching from multiple mentors as well as the training team lead and discussions with the training manager. During OJT mentors will provide support and feedback to help Sonya throughout the RSS tasks. Sonya will often look past the support and continue to struggle with the task at hand. Navigation is still an area of improvement for Sonya. When coaching to this additional opportunity, Sonya insists to do it her way and does not apply the feedback given from the training team. Not being able to apply the feedback / coaching has hindered Sonya from improving with her performance. |

**Supervisor Plan 1 [2/24/22]:** Work with mentors and training team lead to further your retention of the RSS tasks. Take the feedback and apply it to help gain confidence in your role.

Close

Thank you.

## Corrective Actions

Edit Corrective Action

| Name | Category | Code | Level | Status |
|---|---|---|---|---|
| Chapman, Sonya | Behavior | Unprofessional Behavior | Final Written Warning | Completed |

| Supervisor | Created By | Created Date |
|---|---|---|
| Merrick, Ashley | Merrick, Ashley | 2/28/22 |

| Expectation | Actual |
|---|---|
| As an ADT Team Member, customers depend on you to protect their lives, families and property. As a result, it is our expectation that you adhere to our policies at all times. Any deviation from that expectation adversely impacts our organization, customers and/or work environment and must be addressed. You are a valuable member of the organization and we are dedicated to your continued success. If there are problems affecting your work that you wish to discuss in a confidential manner, the Employee Assistance Program (EAP) is available for your use. This is a free and confidential service provided to all ADT employees and their families for their private use. Please feel free to call 1-855-423-8327 where the staff at the EAP can direct you to a wide variety of support. | Sonya Chapman has made tremendous improvements with her behavior but she is still behind where she needs to be with the policies and procedures. Sonya's previous behaviors impacted her performance to be on pace with the class. With her behavior improvement she is still behind where she needs to be to perform the RSS role at the pace of her peers. Sonya has a lot of opportunities to conquer prior to being able to successfully run an RSS Install market without the workload getting backed up. On 2/28 the PSM had to reach out to check in on Sonya as to why there is a lot of time between responses in chat as they were getting backed up. Sonya has opportunity to multitask between calls and the market chat to make sure all requests are being handled in a timely manner. The mentor had to cover the workload on market 675 to ensure the functionality of the market continues. The other RSS Install agent took on work from market 632/674. Sonya has opportunities with completing the Good Morning Email and the Late On Site Report and processing tickets to the correct responders. Sonya has improved in the basic confirmation process with a [illegible] with add-ons and CSTV confirmations as well as troubleshooting requests and doorbells. Sonya needs to work on navigation through JS and the manager team tab. Sonya needs to continue her success on her behavioral opportunities as well as owning her learning and getting to a successful pace with her RSS performance. |

Employee Plan 1 [3/2/22]: Utilize resources and the Shield to retain the RSS tasks to be on pace to perform this role on your own prior to graduation. Work on multitasking from chat to phone. Work to ensure all workload gets handled in a timely manner.
Supervisor Plan 1 [3/2/22]: Manager will continue to check in daily on Sonya. Mentors will continue to provide all feedback after the end of day.

Close

Sonya Chapman
Specialist III.OpsSuptCntr
8880 Esters Blvd | Irving, TX 75063

The information contained in this transmission is confidential and/or may contain attorney-client privileged communications intended for the use of the individual or entity named above. If the reader of this electronic message is not the intended recipient, or the employee or agent responsible to deliver it to i recipient, you are hereby notified that any dissemination, distribution or copying is strictly prohibited. ADT Security Services and its affiliates reserve the right to monitor communications handled by its data communications systems to help ensure compliance with ADT's policies, confidentiality obligations, a laws.

This email, including attachments, may contain information that is private or confidential. If you received this communication in error, please delete it from your system without copying it anc sender by reply communication. ADT Security Services and its affiliates reserve the right to monitor communications handled by its data communications systems to help ensure complianc ADT's policies, confidentiality obligations, and applicable laws.

# EXHIBIT 4

## A

**Account Management**
9580136 Loyalty
958-8800 loyalty
[illegible] -8883
1-866-656
958-8465 Billing cust care
[illegible]
958-2001 Collections
Advanced Care Team
Act Overflow
958-4086 general
Act 958-1626
958-5611
TAG 958-0559
Cust Homes 958-8470
HOA 958-8416
E Contracts Admin
865-238-0011
Recall Team 958-06665
Drop Ship 866494-9120 they don't go to billable get cancelled when time & parts do not cancel get parts not sure about time.
Virtual Appt:
Resi VSC SVC VSC
Res Dn 58 ADT Command
• unplug transformer
2x2 inch plug plugged into wall outlet usually in basement utility rm or anywhere a wall outlet
42 DSC tech has to change battery
ebsprd.adt.com

## Billing

falsealarmresearch@adt.com
8666059211
958-8004
958-0675 in house payments
Informing
M-F 6am-11pm MST
Down line load
958-8986
017-1933 BV/BHS
ADT
1-800-238-2727
Sales Field Person
Onbdng
EMS Status Changing from EMS M to Q status change appt time in mns & uses [illegible]
DM sensor kit we have trouble shoot to activate CTS takes these calls 6pm EST
upgrade Am | Addon 54yG 3000 Safewatch
Emergency
EDO Dispatch Operator
Custom Home is Field Appt only
Backup battery should be changed changeable if pwr interrupted should repwr
Fixed rep issue.
Onbdng make corrections for field
Safe Haven 1yr contract
Safe Streets 3 mos!
ADT
onsite assessment: chg
Dealer Installed 36
ADT Installed extends of 2-3 yr contract.
2/15 AT&T Towers
Support Towers:
Site Sup Action - monitoring

## Sales

Reactivations
Addon | Relo DLL
DLL 960-8520
Cancel Contract
958-8800
New Sales
958-8800
Existing Sales
960-2172
012-2172
Resale Reactivate
012-2768
950-2758
New Acquisition
960-2768
958-8800
Existing cust need new site field appt
Preinstall
OnBoarding
960-0355
[illegible]
012-0459 8558173442
Spanish
958-8117
958-8119 general only
E contract
958-8986
A translator is needed to add existing sensor to command app

## Sub Dealers

Authorized Dealer Field Support
Field Support elk
1800 859-8999
Safe Haven Authorized Dealer
1877 842-0818
Qolsys contract is 1yr Palm Harbor
958-8615
Companion
800-917-1973
Safe Streets open Saturday
919-773-7802
958-1233
Brinks
800-447-9239
Night watch
603-685-0240
Mastec
844-785 4375
Defenders
317 536 0358
ADT BLUE
Protection One
012-4441 Resi
865 238 2666 Comm
877 776 1911 Resi
012 1322 Comm
Vendor Meets
Down Load
750-2984

## Tech Support CSG

958-8465
Equip Removal
3 G Team
800-7246097
800-773-1407
Tech Support
1-877-288-4367
SOP VDN Activation
960-2984
ADT comm for techs
958-7089
866-494-9120
CCTV Tier III
958-0559
Provisioning
958-8303
958-8465
Tech Support
800966-1834 OE
856-4196634
order entry
Support
800-272-3370
800-345-7362 pl
order entry
800494-2194
Service Desk ADT
order entry after hrs

## Health Spanish

Interpreter
958-8117
866-745-5010
ADT Health
958-8616
1-866 764-2465
ADT SCHEDULING
865-2264206
Nicole Kennedy
when to PIC
only if the account is noted to verify pic on every call
Product Support
0127034
Problem Description
57 Relocate Control
14 wireless internet camera
13 Contact Magnet fell off
9 Device Issue water/temp
15 Doorbell Issue
10 Device Key fob
41 Replace battery Control
6 Device Issue
3 keypad
651 Comm fail Cell/Radio
60 Programming Issue
PSGN PSG Product Support Group
*777* if 60+ days + places to pri 300

## Systems Notes Quo:

Skilled light blue
Brinks Cellular Connection instead of Landline
Sys Configuration to chk sys type & when put in
Radio is not LTE
AM has to help with system Upgrade for TS 333 Total Security
No call upgrade for TS Panel 333 Total Security
Verizon can need whole new [illegible]
CMS Customer monitoring to send Cell bridge
CTS Cust troubleshooting group
or to sales to switch to Command.
Transfer to ACT 958-1625
If have AM option in checking a link if not then AM
OOS Cust needing service Resale dept
012-2758
Can [illegible] sales rep to look up if did a quote
TS System: cust can/need to [illegible] order cell bridge
Parts for 46 DSC upgrade
ADEMCO LYNX/Quick Connect may/can change cell guard
CTS can help with that
Panic Button for sm. bus.
$299.00 first hr ea addtl 30 min
Drop Kit — Drop Ship Dept
Emmy Livingston
Kathy [illegible] Sales
Tech Jose Aristides
Shirley Wadham
Katrina Lancaster CSG
Cell bridge DIY call 1-800-724-9097
VSC Virtual Service Call Tech will call w/in 1hr sched appt.
For vaccinated tech reach out to chat able to see if tech has volunteered disclosure vaccinated status, if not email FOSC
I understand concern, based on info tech has voluntarily disclosed to us, I cannot guarantee your tech will be

3g 4000 replaced to LTE400
LE400 cellular communicator is replacing the 3G/Safewatch the panel communicator is being upgraded to LTE400

8Am – 6pm EST
EST = 1hr behind CST
6:30 = 5:30
6:30 PST = 8:30 CST 2hrs before

198851 ID#

Vaccinated technician

Tech req add on for Contact per PS ~~[illegible]~~ do svc parts add on
Reached VSC same day cancel & create new one.

EMS: If cust refuse to reschedule MSDEMT.

Vaccinated, we req all
Speak to mgr:
Process is to submit for review

Zakiyyah Saint Jean

Command = all in one panel
Safewatch = separate from keypad usually in utility Rm has a keypad & panel has radio/radio on outside of panel

CTRL P = verify Pic
CTRL U E = employee info
VSC SVC VSC

If cust turns off svc

Cust need a certificate permit etc
Alarm Monitoring Certificate
958-8465 genicare

Hardwired smoke detector

Virtual tech will call w/in 1hr & 30 min window

QA: sup type battery type if can be sent by mail;

333 Total Security (TS) system
Can upgrade to command sup.
key pad does not work off cell guard

Guard Run Desirae Gessin

Breakin
For Just coming out nothing wrong with sup.
Tech can come for assessment free & charge if any work done then charges may apply
Receive Call w/in 1-2 hrs

All installs
Onbd pre-install = after sale up until its install rework quote Needs to be Rebuilt
Ctrl 24 5 min wait
green made as scheduled
orange 1 hr behind ctrl 1L
yellow 5-30 min | ctrl 1x
Red need to reschedule

Cell is a bridge for the radio only for the TS sys.
Command & TS does not requiring a radio not compatible to radio update TS panel

Existing Sales

Aug 4 To go pass Any work then 4 on keypad

Exceptions are for loggin phone times.
96 goal
Hold Time 160
Transfers do less create tkts.
Do Pri 4 only

Reactive
oscrsboff loading@adt.com for svc only for install

Priority Codes
900 part reqd
901 part ordered
902 part ready for pickup
Alarm Ems
-888-2387374

Informer Billed is the Dealer
virtual appts can reached my adt no unit for auth dealer.

Sup Type
Command
Safewatch
versus tech
Skill set
be sure correct tech for sup type skill set

Tanya Sims Gencare

Request to Review Could Send NSC
Feedback Req form for call to be pulled & reviewed w/ follow up cuts

Tell support candidate
some Beep Beeping?
add duty Sec code

IVR Cust Site Site Site options add IVR OPT option
To stop automated when there is a troublde alarm calls dispatch dept

FOSC Dealer Down Line Load 958-8986
Refer to ~~name~~ matrix to determine if door locks are offered
Acct Mgmt: Thermostat-Door Lock Policy.
Whether Can be offered in cust location may be sold if:
The dead bolt door lock is not present
The door has signs of warping
The door locks but has issues (i.e door must be pushed for dead bolt to lock)
Thermostat:
To Sched a tech for sub resi
Kathy Larson For Spec Ops dept

Vendor Meet
Copy of Fire Report

DSC Panel
3G to 5G does sensors need to be changed out
does camera need to be changed out

New Sales
Thermostat issue HVAC issue not ADT
If an HVAC issue cust will be charged

Relocation: If moving to new location & has Serve.

Safe Haven 1 yr Everyone else 90 days
PS UA SE Region Jeremy Knoll Mgr Early Jan 2022

Morning
TO: OSC Mgrs: & SVC STM/ITM
CC: SVC GGM GOM & OSC Regional Unit Mgr, Team Leads, FOSC Training
EOD EOD

Late Onsite: Reply To All Send Report
To: OSC Mgrs & SVC STM/ITM
CC: SVC GGM GOM (EOD) & OSC Regional Unit Mgr, Team Leads, FOSC Training

make note:
EOD: Send Report Reply to All Add evening Mgrs & Evening RSS & Eve leads
TO: OSC Evening RSS, Evening Lead, RSS Mgrs, Evening RSS Mgr
CC: OSC Regional Unit Mgr, Team Lead, Training

TO: STM/ITM
CC: GGM GOM
morning + LOS ONLY

TO: RSS Mgrs
cc: Regional RSS Unit Mgr, Team Lead, Training

Full sched
QA
Copanet

OSC Team
RSS, Leads, Lead Mgrs, Unit Mgr, Training,
Regional Unit Mgr for late onsite, morning, & evening

Determine Technology
H Acct — Digital Dialer - RSS/SMB - CID Format
verify
2 way look in H acct — 2 way voice Digital NOT Direct

T21 TSS Total Security Panel (T21) = TSSC
U38 DSC Radio (U38) = DSC GSM Communicator
U79 AlarmNet/Honeywell (U79) = AlarmNet - GSM NOT Direct
U68 Telguard = Telguard Digital
U46 Alarm.com U46 = Alarm.com, Dealer
T51 NOT Command = NOT Command
8- Non monitored = Non monitored Technologies

Reasons Deactivate
Previous radio not deactivated when replaced / removed
Primary communication method changed
The acct is canceled
Primary CS# is canceled/purged
Acct does not exist in MAS
The acct belongs to same address as the one being installed
For DSC Radios, find mastermind CS# by searching Signal on Demand using DNIS + acct code listed in Vendor Software.

Templating Chart

| | | | | |
|---|---|---|---|---|
| ✓ ① In Serv | if panel Δ | Create New CS# line Ctrl Shift C | Transfer zones only if requested | Place old CS# OOS Deactivate Old Radio |
| X ② In Srvc | No panel Δ | Overwrite Old CS# New temp if communication method changed ie H to U | | 1. Screen shot zones from H acct 2. Delete zones 3. Ctrl Shift C to add new template 4. update zones pg from screen shots |
| ✓ ③ OOS | Δ ing Panel type Yes | Create new CS# line Ctrl Shift C | New temp needed Yes | 1. Ctrl Shift C 2. verify Sig Type is listed correct |
| X ④ OOS | Δ ing Panel Type NO | Overwrite old CS# | Only if communication method is changing H to U | 1. Screen Shot zones from H acct 2. Delete zones 3. CTRL Shift C 4. update zone pg from screen shot |

Incidents F4 Job Summary F1 Cust Site F2 Contracts F3 Monitoring F3 Sys Config
Sys screen / panel / Sys Screen / Google
Transformer / Touchpad / Sounder

# Confirmation Cheat Sheet

Ins

1. Create Incident F5
2. Determine Acct Type / Sys Type

## Job Summary CTRL F4 (Job Hist)

1. CS# in job matches #CS# tech working on

## Customer Site: CTRL F1 (Cust Site)

1. At least one contact ph number CTRL F1 → CONTACTS
2. PIC CTRL F1 → CONTACTS CTRL F1
3. XST: [1] exists on General Dispatch page

## Contracts: CTRL F2 (Contracts)

1. Do the customer signing a new contract
2. Do the contract linked to the job

## Maintaining/System CTRL F3 (Monitoring)

1. System Screen
   - Panel location
   - panel ph (landline Only) Has N Auto premise ph#

2. System Config Screen
   - Transformer, Touchpad, Sounder locations
   - CCTV: FOR NVR/DVR visually verify item # & Serial # is listed

## Interactive Services:

CNA error engagement

1. Verify Signals in Pulse Admin / 3PS
   - For Alarm.com check dual path is enabled for cust w wifi ie cellular broadband success
2. Ask Tech "Are you installing a Google Doorbell on this acct?
   - verify google Nest Doorbell + google subscription in MMB ie.
   - if status & Subscription not Active, confirmation cannot be provided

## Confirm Signals

1. Generate confirmation # in NICAD / Informix
2. Document Incident Comments
3. Close Incident

---

Interactive 3PS
Check alarm.com dual communication cust w/ wifi & google nest. F3 monitoring options sys → options

Confirm Signals
F3 ... zones / ... zone
... Dispatch History
place in ...
OOS for Conversion from land to command
Always 6 OOS waiting purge

Close Daily
Conf #
Incident
Close Tkt

ICRCH / ERP
Data Confirm DComplete

---

Radios — Alarm.Com Radios T51 U46 primary only

Primary Only Registered Via 3PS

Alarm.com Radio & requires T51 acct # used w Command panel
T51 acct # & alarm.com radio to be used w Command panel
U46 acct # used w any other alarm.com panel

ADT LTEA - ADTCTE-V are ADT Command Technology (All are Interactive Services 2-way)
all others → are Alarm.Com Dealer
SEM210, XT512 US-AT, ...-5A-US-VZ, CD-410-US-VZ, CD-421-US-VZ
SEM Device

AlarmNet. Radios Require U79 acct # Register Via 3PS

[redacted] used as primary or back up
SOD Technology Type:
AlarmNet - GSM ADT Direct

DSC Radios Require U38 acct # to be primary registered via 3PS
SOD technology: DSC GSM Communicator

DSC Radios:
LE 4000RF
DSC 3G2075 3G3070 3G4000

U68 acct # Telguard Radios used as primary or back up
Register via telguard, Require a receiver from
Signal on demand
TG-4 SODTech: Telguard Digital

## Template

| | | |
|---|---|---|
| Ademco/DSC | Resi t landline | C-ADT-R |
| | Resi Cell | C-ADT-CELL-R |
| | Resi landline + 2way | C-ADT-2WV-R |
| | Resi Cell + 2way | C-ADT-2WV-CELL-R |
| | Resi cell backup / 2way | |

---

To Delete ph # from contact select # & enter CTRL D

Virtual install team email — Do not work

Sr. Specialist 958-8893
1-855-404-1634
CPQ
OE 1-800-966-1234
833-968-2034 if showing NVD google nest
Tech Suppo 958-8465
Help Desk 1-877-335-4357

1-866-764-8465 Scheduling

Billing = Order Entry
Access = PSG
Add Google = PSG

turn on Z wave:

Sys Errors #11500525

Unacceptable:
Engagement Errors
Communication
Panel, Sensors

Resolve Communication Error on Alarm.com Accounts in 3PS
ensure programming or cust adm is not occurring
1. go alarm.com in 3PS, remote toolkit
Command catalog, Communication, Radio Diagnostic Check, Send Command: forces radio to recheck Sig strength. wait 2 min, click arrow in top left corner to return to Remote Toolkit
if communication path fails
if path is set to dual path check in 3PS it's set to dual path:
command catalog, communication, dual path settings, dual path, And command
if does not have wifi: Check cell

## Priorities

| |
|---|
| 9 Call after SS NALM |
| 10 ... SS |
| 40/403 all to sched |
| 15 Drop Ship part Ordered |
| 14 Drop Ship Deliv / Rec'd |
| 20 cust req appt Removed for non confirm |
| 75 jobs not sched by FOSC |
| 90 priority for new/ap install |
| 92 call 2x to offer SS NALM |
| 93 call 3x after SS NALM |
| 100 tech not have part NO. 550 to order part |
| 104 part need sent for repair |
| 550 need thru 104 equip |
| 200 man intervention incomplete job |
| 300 scheduling issue |

Virtual ... Jobs Should not be Sched by FOSC ...
Priority 20 ...

Safewatch

U38
Ademco 2GIG Command Only
Note: Network Carrier VZ, AT&T ... LTE
Network Type LTE

U46

U79 Safewatch 5000

Radio Registration Site
Alarm.com

# EXHIBIT 5

Fw: Corrective Action

From: sonya chapman (snychpmn@yahoo.com)

To: snychpmn@gmail.com

Date: Monday, March 7, 2022, 07:29 PM CST

Sent from Yahoo Mail on Android

----- Forwarded Message -----
**From:** "Chapman, Sonya" <SonyaChapman@adt.com>
**To:** "snychpmn@yahoo.com" <snychpmn@yahoo.com>

**Sent:** Mon, Mar 7, 2022 at 4:37 PM
**Subject:** Corrective Action

## Corrective Actions

×

Edit Corrective Action

| Name | Category | Code | Level | Status |
|---|---|---|---|---|
| Chapman, Sonya | Behavior | Unprofessional Behavior | Verbal Warning | Completed |

| Supervisor | Created By | Created Date |
|---|---|---|
| Merrick, Ashley | Merrick, Ashley | 2/10/22 |

| Expectation | Actual |
|---|---|
| As an ADT Team Member, customers depend on you to protect their lives, families and property. As a result, it is our expectation that you adhere to our policies at all times. Any deviation from that expectation adversely impacts our organization, customers and/or work environment and must be addressed. You are a valuable member of the organization and we are dedicated to your continued success. If there are problems affecting your work that you wish to discuss in a confidential manner, the Employee Assistance Program (EAP) is available for your use. This is a free and confidential service provided to all ADT employees and their families for their private use. Please feel free to call 1-855-423-8327 where the staff at the EAP can direct you to a wide variety of support. | 2/8/22- Sonya has a habit logging back from payroll and saying nothing, after repeated calling she will unmute after a few minutes and say yes. Sonya has difficulties applying what she learned in RSS during OJT. Sonya talks herself into confusion then presents this to the customer. When the mentor guides her through steps she is not listening to the mentor, and not able to repeat back to the customer what the mentor has previously spoke on. She had an escalated customer who when she mentioned 'Unfortunately' and it seemed to set off the customer during already escalated scene. Sonya has has been addressed about her tone and behavior on her calls. Sonya's tone - "Whatchu you think you need?" with a tech asking her what to do. It took Sonya 1hr to complete EOD/prep email after all techs were called. She said it wasn't her fault, she still learning. Mentor addressed this and Sonya still said it was not her fault. Sonya gets elevated quickly and does not take accountability during OJT for any mishaps. The training team tries to help Sonya, but she gives pushback. Sonya has difficulties focusing on details of the job or techs and often can't perform RSS duties without continuous help from training team. 2/9/22: Sonya called a customer, trying to give her a tracking# that was placed in ticket last week. Sonya goes back and forth with customer about length of time since job open etc. The customer says they ordered the part 3 weeks ago as that's when ticket was created, Sonya says actually ma'am its been 4 days. The customer disconnected the line due to the tone and unprofessional responses. At 1619 Sonya told the mentor, "I don't see how can I complete stuff when you have me noting tickets 2-3 times!" This was regarding end of day notes for techs that can not be reached. Sonya needs to work on her attitude as situations quickly escalate. Sonya still struggles with RSS role and job functions. She still needs constant support and guidance to complete RSS tasks. Both days Sonya did not want to go over with the mentor how her day went and what changes we can work on. She steps away after EOD is completed and comes back when its time to clock out avoiding the review with the mentor. |

**Supervisor Plan 1 [2/11/22]:** Sonya, please work on your attitude, tone and professionalism at work. Situations can quickly escalate when we are not professional with our customers, technicians, or fellow employees. Please work with the training team when they are trying to provide support to help understand the RSS role.

## Corrective Actions

Edit Corrective Action

| Name | Category | Code | Level | Status |
| --- | --- | --- | --- | --- |
| Chapman, Sonya | Behavior | Unprofessional Behavior | Written Warning | Completed |

| Supervisor | Created By | Created Date |
| --- | --- | --- |
| Merrick, Ashley | Merrick, Ashley | 2/22/22 |

**Expectation**

As an ADT Team Member, customers depend on you to protect their lives, families and property. As a result, it is our expectation that you adhere to our policies at all times. Any deviation from that expectation adversely impacts our organization, customers and/or work environment and must be addressed. You are a valuable member of the organization and we are dedicated to your continued success. If there are problems affecting your work that you wish to discuss in a confidential manner, the Employee Assistance Program (EAP) is available for your use. This is a free and confidential service provided to all ADT employees and their families for their private use. Please feel free to call 1-855-423-8327 where the staff at the EAP can direct you to a wide variety of support.

**Actual**

Sonya Chapman is still showing no improvements between interactions with customers and technicians. Sonya has had 1x1 coaching from multiple mentors as well as the training team lead and discussions with the training manager. During OJT mentors will provide support and feedback to help Sonya throughout the RSS tasks. Sonya will often look past the support and continue to struggle with the task at hand. Navigation is still an area of improvement for Sonya. When coaching to this additional opportunity, Sonya insists to do it her way and does not apply the feedback given from the training team. Not being able to apply the feedback / coaching has hindered Sonya from improving with her performance.

**Supervisor Plan 1 [2/24/22]:** Work with mentors and training team lead to further your retention of the RSS tasks. Take the feedback and apply it to help gain confidence in your role.

Close

Avail % ACD %

Thank you.

## Corrective Actions

Edit Corrective Action

| Name | Category | Code | Level | Status |
| --- | --- | --- | --- | --- |
| Chapman, Sonya | Behavior | Unprofessional Behavior | Written Warning | Completed |

| Supervisor | Created By | Created Date |
| --- | --- | --- |
| Merrick, Ashley | Merrick, Ashley | [illegible] |

**Expectation**

As an ADT Team Member, customers depend on you to protect their lives, families and property. As a result, it is our expectation that you adhere to our policies at all times. Any deviation from that expectation adversely impacts our organization, customers and/or work environment and must be addressed. You are a valuable member of the organization and we are dedicated to your continued success. If there are problems affecting your work that you wish to discuss in a confidential manner, the Employee Assistance Program (EAP) is available for your use. This is a free and confidential service provided to all ADT employees and their families for their private use. Please feel free to call 1-855-423-8327 where the staff at the EAP can direct you to a wide variety of support.

**Actual**

Sonya Chapman has made tremendous improvements with her behavior but she is still behind where she needs to be with the policies and procedures. Sonya's previous behaviors impacted her performance to be on pace with the class. With her behavior improvements she is still behind where she needs to be to perform the RSS role at the pace of her peers. [illegible]

**Employee Plan 1 [illegible]:** [illegible]

**Supervisor Plan 1 [illegible]:** Manager will continue to check in daily on Sonya. Mentors will continue to provide all feedback at the end of day.

Close

Sonya Chapman
Specialist III.OpsSuptCntr
8880 Esters Blvd | Irving, TX 75063

The information contained in this transmission is confidential and/or may contain attorney-client privileged communications intended for the use of the individual or entity named above. If the reader of this electronic message is not the intended recipient, or the employee or agent responsible to deliver it to t recipient, you are hereby notified that any dissemination, distribution or copying is strictly prohibited. ADT Security Services and its affiliates reserve the right to monitor communications handled by its data communications systems to help ensure compliance with ADT's policies, confidentiality obligations, a laws.

This email, including attachments, may contain information that is private or confidential. If you received this communication in error, please delete it from your system without copying it anc sender by reply communication. ADT Security Services and its affiliates reserve the right to monitor communications handled by its data communications systems to help ensure complianc ADT's policies, confidentiality obligations, and applicable laws.

21.056, "Aiding and Abetting Discrimination". Jurisdiction of this action is vested in this Court as the causes of action alleged herein are based upon the actions and activities of the parties that took place at all relevant times in Dallas County, Texas. By reason thereof, the jurisdiction and venue of this action is proper in any district court of Dallas County, Texas.

5. This is a civil liability case brought to collect a legal debt of money damages due and owing to Plaintiff by reasons of the injuries to and damages of Plaintiff due to improper and wrongful conduct on the part of Defendant. The Court has jurisdiction over the controversy because the damages are within the jurisdictional limits of the Court. As required by Rule 47(c), Texas Rules of Civil Procedure, Plaintiff states that she seeks monetary relief in an amount in excess of $1,000,000.00. The amount of monetary relief actually awarded, however, will ultimately be determined by a jury. Plaintiff also seeks pre-judgment and post-judgment interest at the highest legal rate.

## FACTUAL STATEMENT

6. Plaintiff was an employee for Defendant from January 2021 until March 7th, 2022. In January 2022, Plaintiff began training for a new position of Regional Support Specialist. She was determined to be qualified for the new position. (Exhibit 1 Attached).

7. Plaintiff attempted to perform her job duties to the best of her ability during the training period, but Defendant refused to properly train Plaintiff, and consequently undermined the work Plaintiff did.

8. Plaintiff was punished for taking notes during training. She was instead asked to use the trainers' notes. Plaintiff was also punished for using leisure time to go over material pertaining to the job.

9. Plaintiff requested Defendant to move her to the new position on March 8, 2022. Despite several requests, Defendant without any good cause, refused to move her to the new position. The only excuse Defendant gave was that he believed Plaintiff would be unable to perform the duties of the new position. Defendant failed to elaborate his reasons for the refusal. (Exhibit 2 Attached).

10. Despite everything, Plaintiff continued to fulfill her employment duties to the best of her ability. On one occasion, Defendant refused to train Plaintiff and instead asked her to "figure it out". (Exhibit 2 Audio Link Ashley 20220307-153427 - Copy.mp3), Training Audio Phil 1st Training - Copy.m4a.)

11. Additionally, Plaintiff was reprimanded for her performance and behavior during the course of training, resulting in her unlawful termination. (Exhibit 3 Attached).

12. In March 2022, Plaintiff asked to be transferred to a different position as an alternative to termination.

13. Plaintiff applied for multiple jobs postings that the Defendant had posted, but Defendant refused to hire Plaintiff for those positions even though Plaintiff was determined to be qualified for those positions. (Exhibit 2 Attached, Exhibit 9 Attached)

14. Defendants refused to allow Plaintiff to remain employed at any position at the Company and instead terminated her.

15. Additionally, Defendant placed reprimands in Plaintiffs file, making her ineligible for rehire at a different position in the Company.

16. Plaintiff was subject to a hostile, retaliatory, and discriminatory atmosphere at her workplace. Defendants intentionally constructively discharged Plaintiff as the same HR personnel that hired Plaintiff were the same Defendants that terminated. Plaintiff contends Defendants had no intention of

Plaintiff working the RSS position she was hired for. (Exhibit 1 Attached Exhibit 2 Attached, Exhibit 2 Audio Ashley 20220307-153427 - Copy.mp3, Training Audio Phil 1st Training - Copy.m4a, Day 4 of the training https://drive.google.com/file/d/1c_Z_5ytLrQPt4WwsDJfl6gPyarWHnoFw/view?usp=sharing). Day five of the training, trainer Samuel said not to log on to the computer before 5 minutes until shift starts when all of the trainers and employees in training chatted long before the shift started in Teams, below audio and Exhibit 6)

https://drive.google.com/file/d/1_2dM27lJ9Ko8d1oTMpOkP8Albg2E0xxn/view?usp=share_link

Plaintiff has experience as a customer service representative and has since become employed as a customer service representative. Plaintiffs was subject to undue hardship as Defendant's intentionally treated Plaintiff indifferently by testing her differently, requiring her to have a different skill than other employees in the same and or similar role as Plaintiff. Other employees had issues with the new role just as Plaintiff (Exhibit 6 USB )

17. Defendant intentionally treated Plaintiff differently than her peers, who were younger, of a different race, sex and color than the Plaintiff. Defendant's actions and comments on numerous occasions implied that Plaintiff's other co-workers were more subservient than the Plaintiff and hence, more suitable for the job. (Exhibit 2 USB- Audio)

18. Defendants are the direct and or proximate cause of Plaintiffs injury, and but for Defendant's actions, Plaintiff would not have suffered injury.

Defendants intentionally offered the RSS role to Plaintiff with the intent to constructively discharge Plaintiff, and by not reserving their right to at will employment by ending the

temporary position an allegation of intentional discrimination is made. Defendants for discriminatory reasons including but not limited to disparate treatment treated Plaintiff differently by requiring Plaintiff to have skills that were not required of other same or similar situated employees and was terminated when same and or similar situated employees remained employed. Defendants during their training had issues with other employees not learning their new assigned position and remained employed (Exhibit 6 Attached). Plaintiff was not given the time it takes for a new role to be learned and practiced outside of a training environment as the other employees. Plaintiff repeatedly asked for a different position which Defendants were hiring at the time for roles similar to the RSS role and afterward until now. (Exhibit 7 Attached). Defendants denied any wrong doing, compelling Plaintiff to record some of their actions. Defendants refused to assist Plaintiff if her head set was not plugged in so they could continue the unfair treatment without notice. Defendants reason for terminating Plaintiff is not the true reason. Plaintiff asks that the Defendant's may be required to answer to Plaintiff's claims.

## CAUSES OF ACTION

### I. Violation of Title VIl

19. Plaintiff incorporates herein by reference the factual statements set forth in the foregoing paragraphs.

20. Plaintiff sues under Title VIl of the Civil Rights Act of 1964, as amended, and the Texas Human Rights Act, each which prohibit discrimination in employment on the basis of national origin, race and sex as detailed above.

21. Plaintiff timely filed her charge of discrimination with the Equal Employment Opportunity Commission, exhausting all of her administrative remedies.

22. Plaintiff received her Right to Sue letter from the EEOC and timely filed suit in Federal Court against the Defendant. Federal court dismissed Plaintiff's original federal law action claim, and hence declined supplemental jurisdiction over the state law claims. (Exhibit 8 Attached)

23. The actions taken against Plaintiff were willful and with the intent to violate her rights under Title VII of the Civil Rights Act of 1964, as amended.

24. Therefore, Plaintiff is timely exercising her right to refile her employment discrimination complaint against the Defendant in State court.

II. Violations of Texas Labor Code

25. Plaintiff incorporates herein by reference the factual statements set forth in each of the foregoing paragraphs.

26. Plaintiff engaged in protected activity as set forth in Texas Labor Code section 21.055. Pursuant to Sec. 21.055, *"an employer, labor union, or employment agency commits an unlawful employment practice if the employer, labor union, or employment agency retaliates or discriminates against a person who, under this chapter (i) opposes a discriminatory practice; (ii) makes or files a charge; (iii) files a complaint; or (iv) testifies, assists, or participates in any manner in an investigation, proceeding, or hearing."*

27. Defendant took actions that were discriminatory in nature against Plaintiff including but not limited to wrongful termination. Defendant intentionally retaliated against Plaintiff and ultimately terminated Plaintiff's employment as set out herein in violation of the Texas

Labor Code 21.055. Defendants retaliated against Plaintiff if she said anything they did not approve of, which was anything Plaintiff did or said and is hostile in and of itself. Defendants ridiculed Plaintiffs work style throughout the training periods for both positions. (Exhibits 2 Audio Link Ashley 20220307-153427 - Copy.mp3), Training Audio Phil 1st Training - Copy.m4a.) and 3 Attached). Directly violating the terms and conditions of Plaintiffs employment as provided below Texas Labor Code Section 21.051.

28. Defendant's conduct as set forth above also violated Texas Labor Code Section 21.051 "Discrimination by Employer." Sec 21.051 provides, *"An employer commits an unlawful employment*

29. *practice if because of race, color, disability, religion, sex, national origin, or age the employer:*

*(1) fails or refuses to hire an individual, discharges an individual, or discriminates in any other manner against an individual in connection with compensation or the terms, conditions, or privileges of employment; or*

*(2) limits, segregates, or classifies an employee or applicant for employment in a manner that would deprive or tend to deprive an individual of any employment opportunity or adversely affect in any other manner the status of an employee."*

30. Here, Defendant violated s.21.051 by deliberately placing baseless reprimands on Plaintiff's file due to her race, color and sex, limiting her growth into her new role by failing to giving her adequate and proper training, and thus, resultantly depriving her of an employment opportunity at the Company, even for other job openings for which she was qualified.

31. Additionally, Defendant violated Section 21.056, "Aiding and Abetting Discrimination", which provides *"An employer, labor union, or employment agency commits an unlawful employment practice if the employer, labor union, or employment agency aids, abets, incites, or coerces a person to engage in a discriminatory practice."*

32. Here, Defendant aided and abetted in discrimination by trainer Latoya and Phil intentionally, willingly and knowingly made a disparate impact during Plaintiff's training by telling Plaintiff to figure it out and refusing to train Plaintiff for a temporary customer support role. Defendant's treatment worsened after offering Plaintiff a permanent role that Defendant's did not intend for Plaintiff to work saying Plaintiff was not a good fit from day one. (Exhibit 2 Audio Link Ashley 20220307-153427 - Copy.mp3), Training Audio Phil 1st Training - Copy.m4a.)

33. Trainers Latoya, Phil, Samuel, Kayla, and Ashley all showed open disparagement towards Plaintiff both in their evaluation of Plaintiffs work and while training Plaintiff. This behavior is condemned by the companies Code of Conduct, yet nothing was done. Defendants' actions were intentional as these same Defendants are the same Defendants that hired Plaintiff for both positions temporary and permanent. Defendants made it obvious that Plaintiff was unwelcomed.

34. Defendant's actions against Plaintiff were intentional and willful and violated Plaintiff's rights. Plaintiff now sues to recover any and all damages she may be entitled to.

III. Violation of Constitutional Rights

29. Plaintiff incorporates herein by reference the factual statements set forth in each of the foregoing paragraphs.

30. Defendant's actions in unlawfully discharging Plaintiff violated Plaintiffs procedural and substantive Due Process rights guaranteed under the United States and Texas Constitutions. Defendant's total disregard of Plaintiffs interests in her continued employment and the arbitrary and capricious manner in which Plaintiff was unlawfully discharged constitute these complained of violations.

31. Plaintiff now sues to recover any and all damages she may be entitled to.

IV. <u>Negligence and Gross Negligence</u>

32. Plaintiff incorporates herein by reference the factual statements set out in the foregoing paragraphs.

33. Defendants owed Plaintiff a duty to ensure that she was not subjected to the retaliatory, discriminatory, and wrongful conduct that she faced. Defendants were guilty of breaching that duty by failing to undertake reasonable measures to ensure that the conduct and actions Plaintiff was subjected to would not happen, and by failing to ensure that procedures and policies were in place and adhered to, which breach was a proximate cause of the injuries and damages sustained by Plaintiff.

34. Defendants owed Plaintiff the duty to exercise reasonable care in the supervision, conduct, and training of its personnel and to provide a work environment free from such dangers and harassment. Defendants' acts and omissions, taken separately or collectively, constitute a direct and proximate cause of the damages, including damages for mental pain, anguish and suffering, suffered by Plaintiff in an amount within the jurisdictional limits of this Court.

35. Defendants' negligent acts, as shown, were aggravated by that kind of wantonness, and gross indifference to the welfare and rights of Plaintiff for which the law allows the

imposition of exemplary damages. Defendant acted with gross indifference to Plaintiff's rights and welfare. In this connection, Plaintiff will show that as a result of Defendants' wrongful conduct and gross negligence, she has suffered damages, and other expenses incurred in the investigation and prosecution of this action. Accordingly, Plaintiff requests an award of exemplary damages of and from Defendants.

V. Infliction of Emotional Distress

36. Plaintiff incorporates herein by reference the factual statements set out in the foregoing paragraphs.

37. Defendants' actions were intentional and reckless and so extreme and outrageous to directly and proximately cause Plaintiff tremendous emotional distress and mental anguish for which Plaintiff now seeks recovery.

38. Defendant knowingly, intentionally, willfully, and maliciously repeatedly acted without regard to the outcome of their actions, and harm caused to Plaintiff.

39. Plaintiff is caused harm by Defendants acts and or omission of acts by being forced to work a different position by terminating her employment, causing more stress, and anxiety, forcing her to work part-time hours earning less in income.

40. Plaintiff contends it takes time to build experience/seniority at a work position, and due to the stress and anxiety caused by Defendants actions she has difficulty obtaining employment. Plaintiff contends that she would have to start over, building experience/seniority learning a new position, achieving maximum productivity with minimal wasted effort or expense i.e. 100 percent, is delayed to the extent she works less

than full time hours and could possibly delay her achievement at her new position, thus causing further harm.

41. Plaintiff contends she worked full-time hours in her position with Defendants and was dedicated to learning and performing well. Plaintiff contends she performed above what was expected of her regarding learning and performance. Plaintiff contends she was dedicated to learn more in her previous role with Defendants by consulting with team leads, colleagues, management, by taking notes, which better suited her for the position of Regional Support Specialist. A colleague wrote a statement of appreciation to Plaintiff on the great job she did assisting her and the customer. The actions mentioned by my colleague in this compliment statement are the same steps I would have taken as an RSS agent but without the title. Plaintiff learned RSS duties as an OSC agent to better assist her in her role as an OSC agent and later applied for the RSS role. Plaintiff mentored with management staff in her OSC role to prepare her for the RSS role. Plaintiff had skills from working in OSC the trainees in her training class did not have that prepared her for her role as RSS agent. OSC and RSS agents work directly together in scheduling and rescheduling field appointments. Plaintiff has numerous notes she took she would like to include as evidence she was diligent in both her roles as OSC agent and RSS agent. (Exhibit 4 Attached).

42. Plaintiff contends to be efficient in her position as well as any position i.e., working in a well and organized competent way she must learn and know related tasks to best perform her duties, in which Plaintiff took thorough notes and reached out to other colleagues for support as the scenarios were ever changing, and not all colleagues had the same skill level.

VI. Disparate Treatment Under TCHRA , 29 CFR 1607.11

43. Plaintiff incorporates herein by reference the factual statements set out in the foregoing paragraphs.

44. Plaintiff is a member of a protected class. Plaintiff applied for a job, and her application was rejected. The position remained opened for a considerable length of time after her rejection. Plaintiff is a 54-year old female and was the eldest person of color present at the time of the incidence. Although Plaintiff had the qualifications required for the job, Defendant arbitrarily rejected her. Following her wrongful termination, Defendants continued to hire and look for other applicants with Plaintiffs qualifications. (Exhibit 9 Attached)

45. Plaintiff was denied the same employment, training, promotion, opportunity, available to other employees or applicants. Defendant intentionally treated Plaintiff less favorable than other similarly situated individuals because of her race, age, and sex.

46. Defendants continued to hinder Plaintiffs training by refusing to allow Plaintiff to interact during training, such as ask questions. Plaintiff was reprimanded and retaliated against for taking notes during the training, forcing her to rely on the trainer's instruction alone at times.

47. Plaintiff had to be persistent in order to make notes during the training by informing the trainer of what notes were being taken by her, whilst being cautious of not dissatisfying the trainer regarding the notes being taken.

48. Defendants wrote false disciplinary actions against Plaintiff. (Exhibit 4 Attached) The disciplinary actions state falsely Plaintiff intentionally clocked back in, abandoned her duties waiting until it is time to clock out to avoid end of day reviews. Plaintiff first asked

the trainers and training manager Ashley to go over what she needed help with the most at the end of the day and she would not have avoided a review at the end of the day. Plaintiff contends Defendants actions are injurious intentional acts, and unlawful.

49. Plaintiff would not have suffered injury but for Defendants intentional acts, and or omission and the same acts or omissions are the cause of Plaintiffs injury.

50. Defendant's actions violated section 21.051 of the Texas Labor Code, TCHRA, 42 USC 1981, Title VII Civil Rights Act of 1964, and 29 USC § 623(c), and Fair Employment Act.

## VII. Disparate Impact under TCHRA, Title VII

51. Plaintiff incorporates herein by reference the factual statements set out in the foregoing paragraphs.

52. Plaintiff is a female, over age 40, and person of color. Plaintiff accepted an offer of permanent employment. Plaintiff suffered adverse action and treatment at the hands of the Defendant. Plaintiff was the only female, over age 40, person of color, a temporary employee in the group promoted to a permanent position and subsequently terminated during training phase only.

53. Defendants continued to hire and look for other applicants with Plaintiffs qualifications despite Plaintiff satisfactorily meeting all the required qualifications.

54. Plaintiff while working was attentive, met performance metrics taking 60 to 120 calls per day, had great attendance, positive attitude, hard-working, invested, approachable, and loyal to the company.

55. Plaintiff had the education and work experience to perform all of the related job tasks. Plaintiff began telephone sales/telemarketing in 1986 at 18 years of age, customer service

in restaurant business in 1983 at 15 years of age, grocery business in 1984 at 16 years of age, and first computer training school in 1987 at 18 years of age. (Exhibit 1). Plaintiff has had training since 1987 in how to operate a computer and subsequent computer training continued from 1987 until 2014.

56. Plaintiff has worked steadily in a call center environment since November 2017, where she had to perform same and similar job duties related to the position with Defendants.

57. Defendants in their corrective action publication state Plaintiff's *"behaviors impacted her performance to be on pace with the class….. "step away to avoid reviews, that Plaintiff "has a habit logging back from payroll and saying nothing, after repeated calling she will unmute after a few minutes and say yes"* (Exhibit 4).

58. Defendants, in publishing the corrective action plan, attempted to defame Plaintiff by including these false statements of facts.

59. Plaintiff contends that Defendants' reason for terminating her, which were that she could not perform the job duties are a disputed material fact. It is also a disputed material fact whether Defendant's training manager, Ashley Merrick, who terminated Plaintiff did or did not witness Plaintiff's behavior for which she was terminated for.

60. Defendant's conspired to deprive Plaintiff of her due process, inalienable right to life, liberty, and the pursuit of happiness. Plaintiff contends civil conspiracy took place in that a combination of two or more persons for the purpose of injuring Plaintiff resulting in special damages.

61. Plaintiff contends that Defendants intentionally committed the unlawful act of conspiring to injure Plaintiff by terminating her, by making defamatory statements in their corrective action publication to make it look like their reason for terminating the Plaintiff was lawful.

62. Plaintiff contends that Defendants knowingly, intentionally, willfully, and maliciously knew that their corrective action publication is not a correct assessment of Plaintiffs abilities to perform her work duties.

63. Plaintiff contends that Defendants knowingly, intentionally, willfully, and maliciously knew or should have known that their publication was false regarding Plaintiff avoiding review.

64. Plaintiff contends that Defendants' defamatory publication is not supported by Plaintiffs previous reviews just prior to her promotion to the RSS role, and is a just cause to avoid summary judgment in favor of Defendants, and a material fact to be disputed avoiding summary judgment.

65. Plaintiff contends Defendants knowingly, intentionally, willfully, and maliciously, conspired to terminate her for reason of causing her harm.

66. Plaintiff contends Defendants knowingly, intentionally, willfully and maliciously committed more than one unlawful act while terminating Plaintiff. Plaintiff contends that civil conspiracy to terminate Plaintiff is different from Defendants' defamation corrective action publications, different from Defendant's reason given for terminating Plaintiff as at will employee, different from wrongful termination, and different from discrimination based on race, age, and sex.

67. Defendants acts and or omissions proximately caused Plaintiff damages, and but for Defendant's acts and or omissions Plaintiff would not have suffered injury.

68. Plaintiff position with the Defendant was fully remote, work at home position. It prevented Plaintiff from the danger of traveling in busy traffic, road rage, wear and tear to Plaintiffs vehicle. It also prevented Plaintiff from the expense of fuel to travel to and from work.

Plaintiff had to retain new employment, new training skills for this new position. Plaintiff's work environment changed from work at home to an in-office call center environment, where there are new challenges of working in an in-office call center environment. The two are not comparable positions in relation to work environments.

69. Plaintiff was unlawfully and wrongfully forced to accept a lower paying position.

70. Plaintiff made notes throughout her tenure which assisted her as well as colleagues to be more efficient. Plaintiff was often thanked by members of the sales team, technicians, service and install coordinators for her support, hard-work and diligence. (Exhibit 1). Plaintiff during her tenure frequently assisted colleagues with processes, both colleagues with more and less seniority than Plaintiff. (Exhibit 1)

71. Defendant's employment practice of offering employment to employees of a less dominant personality for hire into an already management workforce with more dominant personalities for purposes of training and development to later impart fundamentally different treatment has a disparate impact.

72. Defendant's arbitrarily and unreasonably required Plaintiff to perform work duties during a training period as those of an experienced employee working the same position per Defendants statement during recorded audio. (Exhibit 6)

73. Defendant's expectations of the Plaintiff during training per the Defendants reason for termination were unreasonable as Defendants did not allow Plaintiff to work the position and was not the "best estimate of anticipated experience".

74. Defendant's made mention of Plaintiff use of the word "Unfortunately" in the corrective action setting off the customer. Defendant's made use of the same word when terminating

Plaintiff saying it was "Unfortunate". Defendants used unfortunate in one of the scripts provided to employees used to respond to customers.

75. Defendants used double standards when evaluating Plaintiff's performance during training,

76. Although Defendants state Plaintiff's employment was at will, and termination was a business necessity, Defendants "reason for its decision is unworthy of belief".

77. "Defendants practice or policy in question has not demonstrated that terminating Plaintiff during training has a demonstrable relationship to the requirements of the job, the business necessity defense".

78. Plaintiff contends Defendants have a duty to train and develop Plaintiff as an employee, and this requirement is not equivalent to at will employment, and is protected under due process, and anti-discrimination laws.

## VIII. Age Discrimination——TCHRA

79. Plaintiff incorporates each of the foregoing paragraphs.

80. Plaintiff is a member of a protected class 40 years and older.

81. Plaintiff is qualified for the position; Plaintiff worked a previous position for 12 months with similar duties while working for Defendants. Plaintiff suffered a final, adverse employment action.

82. Plaintiff was replaced by someone younger.

83. Plaintiff was treated less favorable than others who were similarly situated, including persons of color, persons of a different race, and persons under the age of 40 years that were part of the same training class as Plaintiff.

84. Plaintiff was the only female, person of color, over age 40 that received corrective action and terminated during the training process.

85. Defendants punished Plaintiff for exercising her right to employment training, right to take notes during training, right to be treated fairly, and that but for Defendants actions Plaintiff would have no injury.

86. Defendants refused to provide necessary lawful indiscriminatory training for new position to Plaintiff.

87. Plaintiff was the only female, over age 40, and person of color terminated during training.

88. Plaintiff has no recourse but Defendants Human Resource Department, who are responsible for the actions complained of in this complaint.

89. Plaintiff would not have suffered injury but for Defendants intentional acts and or omissions.

90. Defendant's actions violated section 21.051 of the Texas Labor Code, TCHRA, 42 USC 1981, Title VII Civil Rights Act of 1964, and 29 USC § 623(c).

IX. Hostile Work environment - Race Discrimination—TCHRA , Title VII Civil Rights Act 1964, 42 USC 2000 (e), 14th Amendment, 18 USC 1001

91. Plaintiff incorporates herein by reference the factual statements set out in the foregoing paragraphs.

92. Defendant discriminated against Plaintiff because of Plaintiff' race, age, and sex. Plaintiff is a female, over age 40, and a person of color.

93. Defendants made written and verbal untrue statements that Plaintiff abandoned her employment while punched in to avoid performance reviews of her work. (Exhibit 5)

94. Defendants "willfully" made a false statement with intent to deceive, a design to induce belief in the falsity, or to mislead. Defendants "made a conscious effort to avoid learning the truth, and is a material misrepresentation of the truth".

95. Defendants neglected to train Plaintiff telling Plaintiff to "figure it out" when questions arose during periods of training.

96. Defendants knew or should have known their actions were discriminatory, intentional, and unlawful.

97. Plaintiff would not have suffered injury but for Defendants acts and or omissions.

98. Defendant's actions violated section 21.051 of the Texas Labor Code, TCHRA, 42 USC 1981, Title VII Civil Rights Act of 1964, 29 USC § 623(c), and 42 USC 2000(e) .

## X. Wrongful Termination—Constructive Discharge Discrimination—TCHRA

99. Plaintiff incorporates herein by reference the factual statements set out in the foregoing paragraphs.

100. Defendant terminated Plaintiff's employment as a constructive discharge due to race, age, and sex.

101. Defendants refused to offer Plaintiff fair training, and made statements that Plaintiff "figure it out" during training. (Exhibit 2).

102. Plaintiff is not responsible for the training process or lack thereof. Plaintiff made audio recordings of the training staff's actions towards her during training.

103. Defendants intentionally labeled Plaintiff throughout the entire training period by isolating Plaintiff, refusing to allow Plaintiff to participate, by not calling on Plaintiff with raised hands during question answer session of the training.

104. Defendants' expectations of the job performance during the training period were unreasonable.

105. Plaintiff has the necessary experience and skills to perform the job tasks. She has performed similar job-related tasks for the Defendant previously for over 12 months, yet Defendants discriminatorily picked the most desired employees in the training class, causing disparate impact towards Plaintiff.

106. Defendant's "suspicious timing" in terminating Plaintiff is ambiguous as well as confusing since Plaintiff had worked in a position with similar duties for 12 months prior to the new position.

107. Plaintiff was not allowed the opportunity to even practice and implement the newly introduced job duties fully before being wrongfully terminated.

108. Prior to applying for the position from which she was wrongfully terminated, Plaintiff consulted with management as to whether they felt she had the experience required for the job and she was given an affirmative response. Plaintiff, after training for a period of 4 months in preparation to apply for the Regional Support Specialist role, applied and was hired instantly.

109. Normal practice in customer service, support specialist roles is to allow an employee time to build their new skills of the position by practice, trial and error. Plaintiff's performance reviews exceeded expectations and the new position was an extension of the same duties. Plaintiff went in to the new position with experience performing the same duties.

110. Defendants' actions are subjective in nature, and violates Plaintiff's due process right to employment, life, liberty, and property. Defendants did not allow any due process regarding Plaintiffs termination.

111. Plaintiff inquired from the Defendants about the possibility of appeal, and she was denied a hearing as well as any process to refute her termination.

112. Defendants used Plaintiff's behavioral issues as the reason for terminating her, coupled with the right to terminate Plaintiff at will due to business necessity.

113. Defendants limited Plaintiff's ability to speak during training and asking questions. Defendants also limited Plaintiff's opportunity to give feedback. When Plaintiff did give feedback, she was retaliated against by undermining her performance during training.

114. Defendants wrote false disciplinary actions against Plaintiff during the last training period during which Plaintiff exceeded expectations performance reviews, and she had excellent attendance in her previous position.

115. Defendants were hostile towards Plaintiff during both training periods of 2021 and 2022, forcing Plaintiff to ask Defendants to go over what she lacked at the end of the remaining training days in March 2022. The training staff gave poor performance reviews without going over ways to improve.

116. Defendants bullied Plaintiff throughout the entire training period while displaying mob like, discriminatory treatment.

117. Defendants hostile work environment escalated and manifested by a series of harassing acts.

118. Plaintiff is a minority female over age forty working in a position primarily assigned to younger employees statistically.

119. Defendant's actions violated section 21.051 of the Texas Labor Code; Title VII, TCHRA, 42 USC 1981, 29 USC § 623(c), 42 USC 2000(e), 14th Amendment.

## XI. Defamation, Libel and Slander

120. Plaintiff incorporates herein by reference the factual statements set out in the foregoing paragraphs.

29. Defendants made a publication of a false statement of fact to a third party. The publication was oral as well as written, and defamatory concerning the Plaintiff. Defendants defamatory statement caused harm resulting in damages to the Plaintiff.

30. Plaintiff was terminated by final written notice on March 7, 2022. Defendant made a false statement of fact in their corrective action publication, and the false statement pertaining to the Plaintiff was published.

31. Plaintiff suffered injury to her reputation, character, professional reference and background due to Defendants false statements.

## XII. RESPONDEAT SUPERIOR

32. Plaintiff incorporates each of the foregoing paragraphs.

33. Defendant is liable for the acts and/or omissions of their respective agents, representatives, employees, servants, and officers.

34. Plaintiff was subjected to unwelcome harassment based on her race, age, and sex. The harassment was severe and pervasive so as to alter the conditions of Plaintiff's work environment by creating a hostile and abusive situation, creating a basis for employer liability. Plaintiff was determined to have behavioral issues by the training and management staff for the role of RSS. Plaintiff worked with much of the same staff in her OSC role and behavioral issues were not an issue. Defendants had mixed motives for terminating Plaintiff and false pretense. Defendant's Inclusive Diversity policy was not

followed saying the environment is "a place where you can be your authentic self". The training staff Phil, Samuel, Kayla, and Ashely did not comply with the companies Inclusive Diversity policy, by retaliating against Plaintiff during training for asking questions and denying her to be her own person by saying she had behavioral issues disregarding company policy. Defendant's Inclusive Diversity actions according to Defendant's included placing Plaintiff with new trainers. (Exhibit 10 USB)

DAMAGES

35. Plaintiff' s unlawful discharge had an incredibly devastating effect on Plaintiff and her family's emotional and financial stability. Plaintiff was humiliated that she lost her job and extremely depressed and anguished that she could not continue to contribute to the family's economic well-being.

36. Plaintiff was quite fearful of how she and her family would survive without the income they needed, which has caused her extreme anxiety.

37. Defendants' actions violated the TCHRA, which entitles Plaintiff to recover from Defendants back pay, front pay, compensatory damages, as well as pre-judgment and post-judgment interest.

38. Because Defendants' actions were done with malice and/or reckless indifference to Plaintiff's state-protected rights, Plaintiff is entitled to recover from Defendants punitive damages. 42 USC 1981(a).

39. Plaintiff seeks all damages available to her under the TCHRA; Title VII, 42 USC 1981, Title VII Civil Rights Act of 1964, 29 USC § 623(c), 42 USC 2000(e), 14th Amendment.

ATTORNEY'S FEES

40. Defendants' conduct, as described in this Petition has necessitated the employment by Plaintiff of the undersigned attorneys, and the agreement by Plaintiff to pay the attorneys a reasonable fee and reimburse their expenses. Accordingly, Plaintiff is entitled to recover reasonable attorneys' fees. Plaintiff is additionally entitled to recover from Defendants an additional sum to compensate Plaintiff for her attorney's fees in the preparation and prosecution of this action, as well as a reasonable fee for appeals to all other courts. In the event of one or more appeals by Defendants, additional reasonable attorney's fees will be incurred.

## NOTICE OF INTENT

41. Plaintiffs hereby gives notice of intent to utilize any and all items produced in discovery in the trial of this matter and the authenticity of such items is self-proven per the Texas Rules of Civil Procedure 193.7.

## REQUEST FOR DISCLOSURE

42. Pursuant to Texas Rules of Civil Procedure 194, Plaintiff requests that Defendant disclose and produce to Plaintiff's counsel within 30 days of the service of this request, the information or material described in Rule 194.2.

## JURY DEMAND

43. Plaintiff requests that this case be tried to a jury.

## RELIEF REQUESTED

WHEREFORE, PREMISES CONSIDERED, Plaintiff **SONYA L. CHAPMAN** requests Defendant be cited to appear and answer, and that upon final trial of this matter, the Court enter judgment, exclusive of interest and costs, when including all claims and causes of action, including equitable relief, awarding Plaintiff:

1. Actual and compensatory damages, for the Defendant's discharge of the Plaintiff to include back and front pay and Plaintiffs emotional distress;
2. Exemplary damages for Defendants' conduct in willfully discharging the Plaintiff;
3. Punitive damages;
4. All damages, jointly and severally to which Plaintiff may be entitled pursuant to this Original Petition;
5. Pre-judgment interest on the amounts owed at the maximum rate allowed by law
6. Attorneys' fees and expenses;
7. Costs of court;
8. Post-judgment interest on the amount of judgment until paid at the maximum rate allowed by law;
9. Injunctive and declaratory relief, including but not limited to, an Order:
   i. Prohibiting Defendant from engaging in unlawful discrimination;
   ii. Reinstating Plaintiff's employment with Defendant with back pay;
   iii. Reporting to the Court on the manner of compliance with the terms of a final order issued by this Court;
   iv. Paying court costs;

v. A declaration that Defendant violated Plaintiff's rights under Chapter 21 of the Texas Labor Code, engaged in unlawful employment discrimination, and considered an illegal factor in terminating Plaintiff's employment; and

10. Such other and further relief, legal and equitable, as may be warranted under the facts and the law.

Respectfully submitted,

Done this 14th day of March 2023.

Sonya Chapman
Pro Se
1533 Honey Trl.
Glenn Heights, Texas 75154
214-694-5770

# EXHIBIT 1

Offer of Employment ADT LLC Work From Home-Regional Support Specialist , Confidentiality Agreement & Benefits Overview

---

From: ADT Careers (noreply@recruiting.mail.adt.com)

To: snychpmn@gmail.com

Date: Wednesday, December 1, 2021 at 02:04 PM CST

---

Dear Sonya,

Congratulations on your offer for the Work From Home-Regional Support Specialist position with ADT! You may review the details of this offer and all supporting documentation by logging into ADT's Confidential Portal. Please log in with the username and password you created when applying (your username has been provided for you below as a reminder). If you decide to accept our offer, we ask that you electronically, review, sign, and/or acknowledge (as appropriate) the Offer Letter and Confidentiality Agreement within 48 hours of receipt of this email.

Please log in with this username: SonyaChapman@ADT.com

Thank you,

ADT, Talent Acquisition Team




Back

Subject:ADT- Important First Day Instructions

From: shelbyroyster@adt.com

Sent date: Dec 22, 2021

Dear Sonya,

We are excited to share that your background has been successfully completed. We are looking forward to welcoming you to the ADT family, a purpose-driven Company providing protection, peace of mind and security.

Since 1874, ADT has been helping save lives and now, you become a part of this mission. The ADT family encompasses 19,000 talented team members across 200+ sales and service locations and we're thrilled you have selected to begin your journey with us. Our customers are our North Star and our mission is protecting and connecting people and things that matter most.

**First Day Confirmation Details:**

Your start date has been confirmed for: **January 17, 2022. You will receive your arrival time and additional information regarding equipment from your Department Manager/Onboarding Team prior to your start date.**

When you arrive at ADT, please enter through the main entrance. Please see the reception desk and inform them that you are reporting to your first day. Please note that you will be asked to provide a valid photo ID for security purposes.

On your first day:

- **Employment Eligibility** - Please be sure to bring your required I-9 identification. We have attached a copy of the acceptable documents for your convenience. You can also access the information on the New Hire Onboarding Portal.
- **Perform a Wellness Check** - The safety and health of our employees is our top priority. Conducting a daily wellness check is vital for your and your family's health, at or away from work, and is an important daily habit. Before entering an ADT office, ***please ensure you can pass ourdaily wellness check to acknowledge that you are not experiencing any of the listed symptoms***. If you cannot satisfy all of the conditions outlined in the wellness check, please reach out to Christina-Jo Raymer.
  - Fever (100.4 or higher)
  - Early symptoms of acute respiratory illness such as chills, body aches, sore throat, headache, diarrhea, nausea/vomiting, runny nose, muscle pain
  - Shortness of breath, difficulty breathing
  - New loss of taste or smell
  - Coughing, sneezing
  - In the past 14 days, you have not had close contact (within 6 feet/2 meters for more than 15 minutes) with anyone who is either confirmed or suspected of having COVID-19, including experiencing any of the known symptoms listed above.
  - In the last 14 days, you have not tested positive for COVID-19, or have been tested and are awaiting the results.

Congratulations, again, and welcome to the ADT family, where we work each and every day to help customers protect what they love and cherish the most.

Thank you,
Mona Jill Lunin
mlunin@adt.com

ADT, Talent Acquisition Team



© 2018 ADT LLC dba ADT Security Services. ADT is an equal opportunity employer committed to diversity in the workplace.

# Sonya Chapman

(214)-694-5770 snychpmn@yahoo.com

**Career Objective:** A detail-oriented customer service professional possessing strong technical skills with the ability to learn concepts quickly seeking an administrative support position.

**Summary of Qualifications:**

- Skilled in the use of standard Microsoft Office applications, business computer and integrated Software applications including multitasking general office related tasks.
- Seasoned naturally friendly mature active listener with clear speaking and quality focused problem-solving skills.

**Relevant Skills and Accomplishments:**

Receipt of recognition for assisting the City of Dallas Streets and Sanitation Department staff in a project that lead to greater efficiency within the Department is a related accomplishment. Possess advanced computer skills with exceptional oral and written communication skills.

**Professional Experience:**

- General office clerk two years plus for government, Title Company, Legal Support, and Fleet Service Industries.
- Customer Service Representative less than a year for a telecommunications company.
- Retail sales customer service for more than five years, and telemarketer for over three years.

**Employment History**

- **MCI Inc. Personal Phone Banker** **04/2022-Present**
  Take inbound calls, account management, assist with loan application process, administrative assistance all while multi-tasking using multiple applications, and monitoring screens.
- **Tek Systems (ADT Security) Customer Relationship Specialist** **02/2021-03/2022**
  Answer incoming calls, deescalate customer calls, problem solving, resolve account issues, interpret contracts, and communicate terms and conditions.
- **Amazon Fulfillment (FC1)** **06/2019 –09/2020**
  Pick inventory for consumers, manage inventory, and enhance the customer experience.
- **Inmar Rx Solutions** **10/2019-09/2020**
  Processed controlled substances and prescriptions for inventory while assisting the Drug Enforcement Agency with logging and record keeping of such medications.
- **Dialog Direct Customer Service Advocate** **10/2017- 04/2019**
  Resolve customer complaints, determine eligibility of prospect clients for consultation with a banker, manage customer accounts, and manage inbound and outbound calls up to 500 calls per day.
- **Amazon Fulfillment (Seasonal)** **11/2014-04/2017**
  Maintain quality standards, meet productivity requirements, and perform other duties as assigned.
- **G & K Uniform Services** **02/2015-03/2015**
  Heavy production requirements, physically handle several hundred items per hour.
- **Washington International Services (Inventory Specialist)** **09/2014-02/2015**
  Inventory area stores using scanning tools along with using correct counting procedures and handling of store items.
- **Randstad (Dispatcher)** **03/2014-05/2014**
  Use of warehouse management system to check in/check out drivers, inventory control, multitasking using up to ten different screens.
- **Student Attended Collin County Community College** **1/2008-05/2011**
- **Student Texas Woman's University** **07/ 2011-05/2014.**
- **RR Donnelley (Quality Control Clerk)** **05/2001 - 07/2002**
  Inspected outbound trucks for efficient loading and accuracy, calibrated shipping scales, sorted goods, took samples of finished freight to assure quality and prepared accuracy reports.
- **Associates Fleet Service Clerk** **12/2000-07/2001**
  Enter incoming bank drafts, researched computerized accounts payable records to correct errors, assured matching virtual invoices. Processed real estate closing documents, and manually maintained files.

**Education and Training:**

| | | |
|---|---|---|
| **Texas Woman's University** | Denton, Texas Legal Studies | **BS 05/2014** |
| **Collin County Community College** | Plano, Texas Legal Assistant | **AAS Paralegal 2011** |

**Certifications/Activities/Honors:**

- **Certified Member of National Academies of Emergency Dispatch** **2012-2022**
- **Member of Pi Sigma Alpha National Political Science Honor Society** **2014-2019**

Brookhaven College

DALLAS COUNTY COMMUNITY COLLEGE DISTRICT

# Workforce & Continuing Education

## AWARD OF MERIT

# Sonya L. Chapman

## Electrocardiography Technician

**July 26, 2017**

*Has met attendance requirements for 50 hours of instruction and is hereby awarded 5.0 continuing education units.*

| Thom D. Chesney, Ph.D | Vernon Hawkins | James Stewart |
|---|---|---|
| President<br>Brookhaven College | Associate Vice President<br>Workforce and Continuing Education | Instructor<br>Workforce and Continuing Education |

*Educational and employment opportunities are offered by Brookhaven College without regard to race, color, age, national origin, religion, sex, disability or sexual orientation.*

# National Technical Honor Society

SUCCESS FAVORS THE PREPARED MIND

*This Certifies That*

## *Sonya L Chapman*

*Because of Outstanding Character and Achievement*

*Has Been Elected into the*

## National Technical Honor Society

*at*

## Collin County Community College

Executive Director

April 2, 2012

Date

Advisor

Chief School Administrator

# CERTIFICATE
# NATIONAL ACADEMY of EMERGENCY DISPATCH of the UNITED STATES OF AMERICA

Upon recommendation of its Faculty and Fellows, the National Academy hereby attests that

*Sonya Chapman*

has successfully fulfilled the National Academy's requirements for honored level of

## Certified
## Emergency Telecommunicator

with all Rights and Responsibilities this *13th* day of *January*, *2012*

*Scott Freitag*
President of the Academy

Board of Trustees

Certification No. *371680*

*Pamela Stewart*
Chair, Board of Certification

*Susi B. Marsan*
Chair, Board of ETC Curriculum

Chair, College of Fellows

NATIONAL ACADEMIES OF EMERGENCY DISPATCH CERTIFIED

# Collin County Community College

## Sonya L. Chapman

*having successfully completed the course of study as prescribed by the faculty and Board of Trustees and having complied with all other requirements of this institution is hereby awarded this*

## Associate of Applied Science

### Paralegal/Legal Assistant

August 11, 2011

Cary A. Israel
*President*

Brenda W. Goodell
*Chairman, Board of Trustees*

# CERTIFICATE OF ACHIEVEMENT IN

## Computer Operating System

*Awarded To:* Sonya Chapman

Presented By:

## Dominion Training and Support Center

Rita Greer
*Executive Director*

Johnel Jones
*Instructor*

*December 9, 2005*

# North Texas Professional Career Institute

The President of the Institute upon recommendation of the faculty

hereby certifies that

## Sonya Chapman

having successfully completed the course of studies for a

Medical Record Coding as required

by this school is entitled to receive this

**Certificate**

Director, Medical Record Coding Program

President

Issued this 1st day of NOV, 2002, in Dallas, Texas

# Matrix Training Division

*of*

*Microcomputer Technology Institute*

*proudly acknowledges that*

## Sonya Chapman

has demonstrated knowledge and skills in the following areas
used in Database Management Occupational Technology:

Word Processing; preparation of letters, forms, tables and reports, entering and editing documents, formatting and printing documents, and use of mailmerge.

| 6-19-96 | C. E. Wilkins | [signature] |
|---|---|---|
| Date | Instructor | School Administrator |

DMT 2/7

FORM NO. 353-3—CITATION

# THE STATE OF TEXAS

**CERTIFIED MAIL**

## CITATION

**No.: DC-23-03371**

**SONYA L. CHAPMAN**
**vs.**
**ADT LLC ET SEQ**

**To: ADT LLC ET SEQ**
**1501 YAMATO RD**
**BOCA RATON FL 33431**

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. on the Monday next following the expiration of twenty days after you were served this citation and **AMENDED** petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **134th District Court** at 600 Commerce Street, Dallas, Texas 75202.

Said Plaintiff being **SONYA L. CHAPMAN**

Filed in said Court **21st day of March, 2023** against

**ADT LLC ET SEQ**

For Suit, said suit being numbered **DC-23-03371,** the nature of which demand is as follows:
Suit on **DEFAMATION** etc. as shown on said petition **REQUEST FOR DISCLOSURE**, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office **on this the 22nd day of March, 2023**

ATTEST: FELICIA PITRE,
Clerk of the District Courts of Dallas County, Texas

By____________________, Deputy
**ALICE TORRES**

**ISSUED**
**on this the 22nd day of March, 2023**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By ALICE TORRES, Deputy

**Attorney for Plaintiff PRO SE**
SONYA L. CHAPMAN
1533 HONEY TRL
GLENN HEIGHTS TX 75154
214-694-5770
SNYCHPMN@YAHOO.COM

**DALLAS COUNTY**
**SERVICE FEES PAID**

**EXHIBIT A-7**

**OFFICER'S RETURN**

Cause No. DC-23-03371

Court No.: 134th District Court

Style: SONYA L. CHAPMAN
vs.
ADT LLC ET SEQ

Came to hand on the __________day of __________________________, 20_________, at __________o'clock _________.M. Executed at ___________________________________________, within the County of __________________________ at ____________ o'clock _______ .M. on the ___________day of_____________________________________, 20__________, by delivering to the within named ________________________________________________________________________________________________________________ ________________________________________________________________________________________________________________ each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was __________miles and my fees are as follows: To certify which witness my hand.

For serving Citation $__________ _______________________________________________

For mileage $__________ of__________________ County, ____________________

For Notary $__________ By______________________________________ Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said_________________________________ before me this_______ day of __________________________, 20_______, to certify which witness my hand and seal of office.

_______________________________________

Notary Public____________ County__________

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Sonya L. Chapman

**(b)** County of Residence of First Listed Plaintiff: Dallas
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Pro Se

## DEFENDANTS

ADT LLC

County of Residence of First Listed Defendant: Palm Beach (Florida)
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

Stephen J. Roppolo and Brent Sedge
Fisher & Phillips, LLP, 500 N. Akard, Suite 3550, Dallas, TX

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☒ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

**Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

**Other:**
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark
- ☐ 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit (15 USC 1681 or 1692)
- ☐ 485 Telephone Consumer Protection Act
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing ***(Do not cite jurisdictional statutes unless diversity)***:
28 U.S.C. 1332, and then 42 U.S.C. §§ 2000e - 2000e17 (28 U.S.C. 1331)

Brief description of cause:
Employment Discrimination and Related Torts

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $** $1,000,000

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):* JUDGE Senior Judge Sidney A. Fitzwater DOCKET NUMBER 3:22-cv-02188-D-BN

DATE
Apr 17, 2023

SIGNATURE OF ATTORNEY OF RECORD
/s/ Brent Sedge

**FOR OFFICE USE ONLY**

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below**; NOTE: federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related cases, if any. If a related case exists, whether pending or closed, insert the docket numbers and the corresponding judge names for such cases. A case is related to this filing if the case: 1) involves some or all of the same parties and is based on the same or similar claim; 2) involves the same property, transaction, or event; 3) involves substantially similar issues of law and fact; and/or 4) involves the same estate in a bankruptcy appeal.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

# United States District Court
# Northern District of Texas

## Supplemental Civil Cover Sheet For Cases Removed From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.**

1. **State Court Information:**

Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

| Court | Case Number |
|---|---|
| 134th Judicial District<br>Dallas County | DC-23-03371 |

2. **Style of the Case:** *Sonya L. Chapman v. ADT LLC ET SEQ*

Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code.)

| Party and Party Type | Attorney(s) |
|---|---|
| Plaintiff<br>Sonya L. Chapman | Pro Se<br>1533 Honey Trl.<br>Glenn Heights, TX 75154<br>(214) 694-5770 |
| Defendant<br>ADT LLC (incorrectly named as "ADT LLC ET SEQ" in *Plaintiff's Original Petition* and *Plaintiff's Original Petition Amended).* | Stephen J. Roppolo<br>Texas Bar No. 00797939<br>Brent Sedge<br>Texas Bar No. 24082120<br>FISHER & PHILLIPS LLP<br>500 North Akard Street, Suite 3550<br>Dallas, Texas 75201<br>Telephone: (214) 220-9100<br>Facsimile: (214) 220-9122<br>*sroppolo@fisherphillips.com*<br>*bsedge@fisherphillips.com* |

3. **Jury Demand:**

Was a Jury Demand made in State Court? ☒ Yes ☐ No

If "*Yes*," by which party and on what date?

Plaintiff March 14, 2023

Party Date

4. **Answer:**

Was an Answer made in State Court? ☐ Yes ☒ No

If "*Yes*," by which party and on what date?

Party Date

5. **Unserved Parties:**

The following parties have not been served at the time this case was removed:

| **Party** | **Reason(s) for No Service** |
|---|---|
| None. | |

6. **Nonsuited, Dismissed or Terminated Parties:**

Please indicate any changes from the style on the State Court papers and the reason for that change:

| **Party** | **Reason** |
|---|---|
| None. | |

7. **Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| **Party** | **Claim(s)** |
|---|---|
| Plaintiff | Plaintiff asserts several claims of employment discrimination against Defendant under Title VII of the Civil Rights Act of 1964, Chapter 21 of the Texas Labor Code, violations of Constitutional rights, negligence, gross negligence, infliction of emotional distress, wrongful termination, defamation, libel, and slander. |
| Defendant | Defendant is not asserting any counterclaims against Plaintiff at this time. Defendant denies all claims asserted by Plaintiff. |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jamie McDanal on behalf of Brent Sedge
Bar No. 24082120
jmcdanal@fisherphillips.com
Envelope ID: 74701964
Filing Code Description: Notice Of Removal To Federal Court
Filing Description:
Status as of 4/17/2023 2:23 PM CST

Associated Case Party: ADT LLC ET SEQ

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Stephen Roppolo | | sroppolo@fisherphillips.com | 4/17/2023 11:00:24 AM | SENT |
| Brent Sedge | | bsedge@fisherphillips.com | 4/17/2023 11:00:24 AM | SENT |